UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV16-01955 JAK (FFMx) | Date | December 1, 2016 |
| Title | Power Analytics Corporation v. Operation Technology, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING PRETRIAL AND TRIAL DATES**

The Court has reviewed the parties November 10, 2016 joint report and sets the following deadlines:

**Patent Claims:**

| | |
|---|---|
| December 19, 2016: | Defendants to serve invalidity contentions |
| January 9, 2017: | Last day to amend or add parties |
| January 9, 2017: | Parties to exchange proposed terms for construction |
| January 23, 2017: | Parties to exchange proposed constructions and evidence |
| February 27, 2017: | Claim Construction Discovery Cut-Off |
| March 6, 2017: | Joint Markman Prehearing Statement Due |
| March 13, 2017: | Simultaneous Opening Markman Briefs Due |
| April 27, 2017: | Simultaneous Responsive Markman Briefs, Tutorials, and Presentation Materials Due |
| April 17, 2017 at 10:00 a.m.: | Markman Hearing |
| May 15, 2017: | Anticipated Ruling to be Issued on Markman Issues |
| June 12, 2017: | Patentee's Deadline to File Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties File Advice of Counsel Disclosures |
| July 10, 2017: | Accused Infringer's Deadline to File Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV16-01955 JAK (FFMx) | Date | December 1, 2016 |
| Title | Power Analytics Corporation v. Operation Technology, Inc., et al. | | |

| | |
|---|---|
| | Reports Where Accused Infringer has Burden of Proof |
| TBD: | Last day to participate in a settlement conference/mediation |
| TBD: | Last day to file a notice of settlement or a joint report re status of settlement |
| TBD: | Post Mediation Status Conference |
| August 7, 2017: | Patentee's Deadline for Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof |
| September 5, 2017: | Discovery Cut-Off |
| October 2, 2017: | Last day to file motions *(including discovery motions)* |
| November 20, 2017: | Last day to hear motions *(including discovery motions)* |
| December 18, 2017: | Anticipated ruling on all motions |
| March 19, 2018: | Last day to file all pretrial documents |
| April 2, 2018 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Exhibits, and Hearing on Motions in Limine |
| April 17, 2018 at 9:00 a.m.: | Jury Trial (est. tbd days) |

**Non-Patent Claims:**

| | |
|---|---|
| Within 14 days after the ruling on the Motions to Dismiss, if leave to amend is granted: | Last day to amend or add parties |
| January 30, 2017 at 8:30 a.m.: | Hearing on Defendant Schneider Electric USA, Inc.'s Motion to Dismiss (Dkt. 42) and Defendants Operation Technology, Inc. and Osisoft, LLC's Second Motion to Dismiss (Dkt. 44) ("Motions") |
| January 30, 2017 at 8:30 a.m.: | Status Conference re Settlement and Discovery |
| September 5, 2017: | Non-Expert Discovery Cut-Off |
| September 18, 2017: | Initial Expert Disclosures |
| October 2, 2017: | Rebuttal Expert Disclosures |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV16-01955 JAK (FFMx) | Date | December 1, 2016 |
| Title | Power Analytics Corporation v. Operation Technology, Inc., et al. | | |

| | |
|---|---|
| October 23, 2017: | Expert Discovery Cut-Off |
| November 6, 2017: | Last day to file motions *(including discovery motions)* |
| January 29, 2018: | Last day to hear motions *(including discovery motions)* |
| March 5, 2018: | Anticipated ruling on all motions |
| March 19, 2018: | Last day to file all pretrial documents |
| April 2, 2018 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| April 17, 2018 at 9:00 a.m. | Jury Trial (est. tbd days) |

The Court will determine the number of days allotted for trial at the time of the Final Pretrial Conference.

Counsel shall deliver a courtesy copy of the Motions, responses, and replies no later than December 8, 2016. The documents shall be printed from CM/ECF and include the CM/ECF generated header consisting of the case number, document control number, date of filing, page number, etc.

The request to stay non-patent discovery pending the ruling on the Motions is denied other than as to depositions. The timing of the commencement of depositions will be discussed with counsel at the January 30, 2017 hearing on the Motions. With respect to the time allocated for depositions, each side is permitted 150 hours for depositions of non-expert witnesses as to both patent and non-patent issues; provided, however, of this 150 hours, no more than 70 hours may be applied to depositions of witnesses who are officers, employees or otherwise specifically linked to a particular party to this action.

The Court will confer with counsel about a settlement process at the hearing on the Motions.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 107.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | ak | |