# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-1955 JAK (FFMx) | Date | March 17, 2017 |
|---|---|---|---|
| Title | POWER ANALYTICS CORP. v. OPERATION TECHNOLOGY, INC., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**   **(IN CHAMBERS) ORDER VACATING HEARING DATES**

The Court is in receipt of plaintiff's motions to compel (Dkt. 164, 165) and the supplemental response filed by defendant OSIsoft, LLC (Dkt. 168). The motions are deemed submitted without oral argument. Thus, the noticed hearing dates of March 21, 2017, are hereby VACATED.

|  | : |
|---|---|
| Initials of Preparer | JM |