# EXHIBIT 1

OSIsoft Agreement # *1015974*

## OSIsoft Umbrella Partner Agreement

*July 15, 2010*
("Effective Date")

OSIsoft, LLC ("**OSIsoft**")
Legal Department
777 Davis Street, Suite 250
San Leandro, California 94577
Phone: (510) 297-5800
legal@osisoft.com

EDSA Micro Corporation ("**Partner**")
16870 West Bernardo Drive, Suite 330
San Diego, CA 92127
Phone: 858 675 9211

**Contacts:**
*Business:*
Name: Tom Gilson
Email: tom@osisoft.com
Phone: 510 297 5813

**Contacts:**
*Business:*
Name: Rodger Koopman
Email: rkoopman@edsa.com
Phone: 919 848 6625 x224

*Techinical*
Name: Tom Gilson
Email: tgilson@osisoft.com
Phone: 510 297 5813

*Technical:*
Name: Rodger Koopman
Email: rkoopman@edsa.com
Phone: 919 848 6625 x224

OSIsoft and Partner hereby agree as follows:

1.      **OSIsoft Virtual Campus Membership.**  Partner agrees that Partner must maintain a current Team level subscription to OSIsoft Virtual Campus at all times except the first year when an Individual level subscription is required.  Partner shall have thirty (30) days from the Effective Date of this Partner Agreement to register and pay the required fees via the OSIsoft Virtual Campus website.  The then current terms and conditions of the OSIsoft Virtual Campus Agreement ("OVC Agreement"), **Exhibit A**, are herein incorporated by reference.  Any capitalized terms not defined herein shall have the meaning stated in the OVC Agreement.  In the event of any inconsistency between the terms and conditions of this Partner Agreement and the terms and conditions of the OVC Agreement, the terms and conditions of this Partner Agreement shall control and govern.

2.      **OSIsoft Partner Program.**  Additional OSIsoft Partner Program benefits and obligations are detailed in **Exhibit B**.

2.1     **Acknowledgement.**  Partner acknowledges and agrees that OSIsoft reserves the right, with thirty (30) days written notice, to change the scope of or expand, delete and otherwise modify any of the terms or benefits offered under the OSIsoft Partner Program set forth herein.  In the event Partner is dissatisfied with any material change made to the OSIsoft Partner Program, Partner may terminate this Partner Agreement without cause in accordance with Section 3.2 and will have no further recourse against OSIsoft.  Partner acknowledges and agrees that Partner must fulfill and comply with the Partner requirements and obligations set forth herein.

2.2     **Public Announcements and Use of Marks.**  Each party will have the right to review and approve any public announcements regarding this Partner Agreement, the other party, or the other party's products or services prior to the announcement.  With prior written notice from OSIsoft, Partner may use and agrees to use the trademarks, trade names, logos and designations OSIsoft uses for OSIsoft Software in connection with Partner's marketing of OSIsoft Software ("**OSIsoft Marks**").  Partner's use of OSIsoft Marks will be in accordance with OSIsoft's guidelines as provided to Partner by OSIsoft from time to time.  Partner has paid no consideration for the use of OSIsoft Marks and Partner agrees that it will not at any time:  (i) claim any right, title or interest in any OSIsoft Mark; (ii) register, seek to register, or cause to be registered any OSIsoft Mark, other than in OSIsoft's name and at OSIsoft's specific request; (iii) adopt and use any trademark, trade name, logo or designation that might be confusingly similar to any OSIsoft Mark; (iv) attach any other trademark, trade name, logo or designation to OSIsoft Software; or (v) use any OSIsoft Mark in connection with products other than the appropriate OSIsoft Software.

Scully Decl. Page  008
Exhibit 1

Partner will assist OSIsoft, if requested and at OSIsoft's expense, to register OSIsoft's trademarks in OSIsoft's name in countries outside of the United States where Partner uses OSIsoft Marks.

**3.     Term and Termination.**

**3.1.     Term.** This Partner Agreement shall have a Term as specified in **Exhibit B.**

**3.2.     Termination.** OSIsoft may terminate this Partner Agreement at OSIsoft's sole discretion if Partner fails to maintain a current subscription to OSIsoft Virtual Campus for longer than thirty (30) days. OSIsoft may terminate this Partner Agreement by written notice to Partner at any time in the event that Partner is in breach of this Partner Agreement and such breach continues unremedied for a period of thirty (30) days following written notice by OSIsoft, or Partner becomes the subject of a petition in bankruptcy or any proceeding relating to insolvency, receivership, liquidation, or composition for the benefit of creditors. OSIsoft may terminate the Partner Agreement at its sole discretion if Partner does not satisfactorily complete OSIsoft's due diligence process within ninety (90) days of the Effective Date.

**3.3.     Effect of Termination or Expiration.** Upon termination or expiration of this Partner Agreement all of the following shall occur:

(i)     The due dates of all outstanding invoices to Partner will be accelerated automatically, and become due and payable on the effective date of termination or expiration, even if longer terms were previously provided.

(ii)    For a period of two years after the date of termination or expiration, Partner shall make available to OSIsoft for inspection and copying all books and records of Partner that pertain to Partner's performance of and compliance with its obligations and representations under this Partner Agreement.

(iii)   Partner shall cease using any OSIsoft Mark.

(iv)    Partner shall return or destroy all of the OSIsoft Confidential Information within its possession or control as a result of membership in the OSIsoft Partner Program

**3.4.     Survival.** The rights and obligations of the parties contained in Section 3 as well as Sections 3 though 6 of the OVC Agreement will survive the termination of this Partner Agreement.

**4.     FCPA Agreement.** Partner shall complete and comply with all the terms of the Foreign Corrupt Practices Act Agreement in **Exhibit C.**

**5.     Tech Support.** In addition to the technical support provided for the OSIsoft Virtual Campus, Partner shall be eligible for five (5) technical support calls in regard to their Partner offering. Thereafter, Partner offering technical support calls shall be billed at $500.00 per call

**6.     Entire Agreement, Waiver and Language.** This Partner Agreement is the entire agreement between OSIsoft and Partner with respect to OSIsoft Partner Program, superseding any prior agreements or understandings related to the OSIsoft Partner Program. This Partner Agreement cannot be amended except by (i) a writing which specifically references this Partner Agreement and is signed by both parties; or (ii) in the same manner in which this Partner Agreement was executed. In no event will any purported amendment or agreement be binding on OSIsoft, unless executed by an OSIsoft officer. The failure by either party to enforce any provision of this Partner Agreement will not constitute a waiver of future enforcement of that or any other provision. The parties hereto have agreed that this Partner Agreement and any documentation, agreements and/or correspondence ancillary thereto be written in English. This Partner Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

IN WITNESS WHEREOF, the parties have executed this Partner Agreement as of the Effective Date through their duly authorized representatives. Each individual signatory below hereby represents and warrants that they have full corporate power and authority to execute this Partner Agreement and bind the respective parties to the terms and conditions of this Partner Agreement.

| OSIsoft, LLC | Partner |
|---|---|
| Signature: | Signature: |
| Name: Ronald J. Kolb | Name: |
| Sr. VP of Sales & Business Development | Title: CFO |
| Title: OSIsoft, LLC | |

**Exhibit A – OSIsoft Virtual Campus Agreement**

**OSIsoft Virtual Campus Agreement**

OSIsoft and Licensee hereby agree as follows:

**Definitions:**

**Add-ins** shall mean those programs which are programmed in Visual Basic for Applications as hosted by and executed within OSIsoft's PI ProcessBook and PI DataLink software.

**Anonymous Connection** shall mean a connection between a Developed Application and a production PI server through the use of the SDK or AF SDK which is not identified by a Globally Unique Identification.

**CBT Software** shall mean computer based training modules and associated streaming media

**Developed Applications** shall mean Open Applications, Add-ins and SDK-based Applications, collectively. Developed Applications may contain Sample Code, but no other Software and no OSIsoft Confidential Information.

**Licensee Affiliate** shall mean any entity that controls, is controlled by, or is under common control with Licensee, where "control" of an entity means ownership of more than fifty percent (50%) of the voting equity or beneficial interest of an entity.

**Named User** shall mean an individual who is designated by Licensee to OSIsoft as the user of the Software.

**Open Applications** shall mean those software programs developed that interoperate with OSIsoft software products through open standard protocols.

**Sample Code** shall mean those items of sample source code provided by OSIsoft contained in the OSIsoft Accelerators and similar software.

**SDK-based Applications** shall mean those software programs developed using or referencing OSIsoft's PI SDK or AF SDK Software.

**Software** shall mean all software programs, development tools and related documentation delivered through the OSIsoft Virtual Campus program.

**Term:** The term of this OVC Agreement one (1) year from completion of the application and payment of the fee as specified by OSIsoft during the OSIsoft Virtual Campus registration process.

1. **License**

1.1 **License Grant.** Subject to the terms and conditions of this OSIsoft Virtual Campus Agreement (this "**OVC Agreement**"), OSIsoft grants to Licensee for the Term of this OVC Agreement a nonexclusive license for the installation and use of the Software to design, develop, test and demonstrate Developed Applications. Except as otherwise expressly provided in Section 1.3, nothing in this OVC Agreement permits Licensee to distribute any Software.

1.2 **CBT License Grant.** Subject to the terms and conditions of this OVC Agreement, OSIsoft grants to Licensee a nonexclusive license to use the CBT Software solely for the purpose of self-training for use by the Named User.

1.3 **Developed Applications.**
(a) **Ownership.** Subject to the terms and conditions of this OVC Agreement, as between OSIsoft and Licensee, Licensee shall own all rights, title and interest in and to the Developed Applications.

(b) **Limitations on SDK-based Applications.** All SDK-based Applications must meet OSIsoft's then-current technical standards and requirements applicable to Licensee's use and distribution of the SDK-based Applications. This OVC Agreement does not grant any rights to SDK-based Applications developed prior to the Term or any SDK-based Application not subject to the appropriate license from OSIsoft.

(c) **Application Registration.** Subject to the terms and conditions of this OVC Agreement, upon registration and acceptance by OSIsoft of a Developed Application with OSIsoft, Licensee shall be granted a GUID to be incorporated with the Developed Application. This GUID shall be added to the master GUID list to be recognized on all PI Servers whose license file is generated subsequent to the addition. The grant of a GUID is solely for identification purposes and does not grant any rights to distribution.

(d)  **Anonymous Connections.**  Anonymous connections to production PI Severs through the use of the OSIsoft SDK, AF SDK or OSIsoft API are unauthorized and can be disabled.

1.4  **Sample Code.**  Subject to the terms and conditions of this OVC Agreement, solely with respect to Sample Code, OSIsoft also grants Licensee a limited, nonexclusive, royalty-free license to: (a) use and modify the Sample Code for the sole purposes of designing, developing, and testing Developed Applications, and (b) to reproduce and distribute the Sample Code, along with any modifications thereof, in object and/or source code form.

1.5  **License Restrictions**.

(a)  **Software.**  This License grants no rights to develop applications which interface through the OSIsoft API. Licensee agrees that: (i) the Software may only be used by Named Users, (ii) Named Users may only be changed, transferred, assigned, added or deleted through the OSIsoft Virtual Campus web site or other such means as OSIsoft may designate, and (iii) each Named User requires a separate subscription to OSIsoft Virtual Campus.  Licensee agrees that it has no right to:  (i) use the OSIsoft Software in production or otherwise to process data from Licensee's business operations, (ii) modify the Software or to permit any third party to do so, (iii) copy the Software, except as strictly required to install the OSIsoft Software and make a reasonable number of copies for archival or backup purposes, or (iv) use the Software to provide service-bureau, software rental, time-sharing or any data services to any third party.  Licensee acknowledges that except for the Sample Code, the Software contains trade secrets of OSIsoft, and in order to protect such trade secrets, Licensee agrees not to disassemble, decompile or reverse engineer such Software, nor permit any third party to do so, except to the extent such restrictions are prohibited by applicable law.

(b)  **CBT Software.**  Licensee agrees that they have no right to:  (i) modify the CBT Software or to permit any third party to do so; (ii) copy the CBT Software, (iii) use the CBT Software to provide service-bureau, software rental, time-sharing or any data services to any third party, or (iv) use the CBT Software in production or to otherwise conduct your business operations.  The CBT Software is licensed as and must be used as a bundled unit. No components may be separated from the CBT Software package.  You agree not to disassemble, decompile or reverse engineer the CBT Software, nor permit any third party to do so.  Your rights in the CBT Software will be limited to those expressly granted in this Section 1, and OSIsoft reserves all other rights, title, interest and licenses therein.  The CBT Software contains OSIsoft confidential information (**"Confidential Information"**) which you agree not to use or disclose except as expressly permitted herein.

(c)  **Sample Code.**  Licensee's rights to the Sample Code are conditioned upon Licensee: (i) not incorporating Identified Software into, or combining Identified Software with, the Sample Code or a derivative work thereof; and (ii) not distributing Identified Software in conjunction with the Sample Code or a derivative work thereof.  "Identified Software" means software which is licensed pursuant to terms that directly or indirectly (A) create, or purport to create, obligations for OSIsoft with respect to the Sample Code or derivative work thereof or, (B) grant, or purport to grant, to any third party any rights or immunities under OSIsoft's intellectual property or proprietary rights in the Sample Code or derivative work thereof.  Identified Software includes, without limitation, any software that requires as a condition of its use, modification and/or distribution, that any other software incorporated into, derived from or distributed with such software must also be (1) disclosed or distributed in source code form; (2) licensed for the purpose of making derivative works; or (3) redistributable at no charge.

(d)  **Sample Code Redistribution.**  If Licensee chooses to redistribute the Sample Code, Licensee agrees:  (i) to distribute the Sample Code only as a part of a Developed Application; (ii)  not to use OSIsoft's name, logo, or trademarks to market the Developed Application; (iii) to display Licensee's own valid copyright notice which shall be sufficient to protect OSIsoft's copyright in the Sample Code; (iv) to indemnify, hold harmless, and defend OSIsoft from and against any claims or lawsuits, including attorney's fees, that arise or result from the use or distribution of the Sample Code; and (v) not to permit further distribution of the Sample Code by Licensee's end users.

(e)  **User Based Licenses.**  Users of Developed Applications must have the appropriate server/client licenses in place for runtime connection to any PI server.

Scully Decl. Page  011
Exhibit 1

1.6     **Limited Rights**.  Licensee's rights in the Software will be limited to those expressly granted in this Section 1, and OSIsoft reserves all other rights, title, interest and licenses therein.  All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 are provided with the commercial license rights and restrictions described in this OVC Agreement.  All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 are provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

1.7     **Audit Rights**.  Upon OSIsoft's written request, Licensee shall furnish OSIsoft with a certification signed by an officer of Licensee verifying that the Software is being used pursuant to the terms of this OVC Agreement.  In addition, upon prior written notice, OSIsoft may audit Licensee's use of the Software to ensure that Licensee is in compliance with the terms of this OVC Agreement.  Any such audit shall be conducted during regular business hours at Licensee's facilities and shall not unreasonably interfere with Licensee's business activities.  Licensee shall provide OSIsoft access to the relevant Licensee records and facilities.  If an audit reveals that Licensee has underpaid fees to OSIsoft, Licensee shall be invoiced for such underpaid fees based on OSIsoft's price list in effect at the time the audit is completed.  Licensee shall promptly deliver to OSIsoft any unpaid fee for any errors or omissions disclosed by such audit.  Licensee shall pay OSIsoft an additional fee of twenty-five percent (25%) of the applicable unpaid fee disclosed by the audit to compensate for Licensee's over use of the Software.  If the results of the audit disclose any breach of this OVC Agreement, Licensee shall also pay OSIsoft's reasonable costs of conducting the audit.

1.8     **Electronic Delivery**.  OSIsoft may issue Licensee a password authorization to access and download the Software.  Licensee agrees only its employees authorized to use the OSIsoft Software in accordance with this OVC Agreement will have access to such passwords.  WARNING: THE OSISOFT SOFTWARE MAY HAVE A TIME-OUT FEATURE THAT WILL CAUSE IT TO BECOME INOPERABLE AND ANY DATA STORED IN THE OSISOFT SOFTWARE TO BECOME INACCESSIBLE AT ANY TIME WITHOUT ADDITIONAL WARNING.  WITHOUT LIMITING THE GENERALITY OF THIS OVC AGREEMENT, OSISOFT WILL NOT BE RESPONSIBLE FOR ANY CLAIMS OR DAMAGES WHICH MAY ARISE OR RELATE TO THIS TIME-OUT FEATURE AND Licensee WILL INDEMNIFY AND HOLD OSISOFT HARMLESS FROM ANY CLAIMS WHICH ARISE OR RELATE TO SUCH TIME-OUT TAKING EFFECT.  In the event the OSIsoft Software times-out during the term of this OVC Agreement, OSIsoft will make new copies of replacement OSIsoft Software available to Licensee upon notice.

2.      **Technical Support**.  Licensee will be enrolled in the OSIsoft Virtual Campus then-current Technical Support Program as described on the Virtual Campus web site.

3.      **No Warranty or Liability**.  The OSIsoft Software is being supplied to Licensee "AS IS" without any warranty of any kind.  OSIsoft DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE and NONINFRINGEMENT.
IN NO EVENT WILL OSISOFT BE LIABLE TO LICENSEE OR TO ANY THIRD PARTY FOR DAMAGES OF ANY KIND ARISING FROM LICENSEE'S USE OF THE OSISOFT SOFTWARE OR OTHERWISE, INCLUDING BUT NOT LIMITED TO DIRECT, INDIRECT, SPECIAL, INCIDENTAL AND CONSEQUENTIAL DAMAGES, AND PARTNER EXPRESSLY ASSUMES THE RISK OF ALL SUCH DAMAGES.  LICENSEE WILL DEFEND, INDEMNIFY AND HOLD OSISOFT HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, ACTIONS, LIABILITY AND LOSS ARISING FROM OR RELATING TO PARTNER'S PERFORMANCE OR ANY BREACH OF THIS OVC AGREEMENT.

4.      **Ownership and Confidentiality**. The OSIsoft Software is licensed, not sold, to Licensee. Licensee's rights in the OSIsoft Software will be limited to those expressly granted in this OVC Agreement.  OSIsoft retains all right, title and interest in and to the OSIsoft Software including all worldwide intellectual property rights therein.  Licensee will not delete or alter any proprietary notices or labels appearing on or in the OSIsoft Software.  "*Confidential Information*" means OSIsoft Software or any materials created with reference to the OSIsoft Software including, without limitation, benchmark tests.  "*Confidential Information*" shall also mean OSIsoft's non-public or proprietary technical information, future business plans, marketing strategies and product roadmaps that are marked as confidential or with a similar legend.  OSIsoft does not represent or warrant the accuracy or completeness of the information so disclosed or that OSIsoft will (or will not) make any products or services

available. The entire risk arising out of the use of such Confidential Information remains with Licensee. OSIsoft may change or cancel its plans at any time. Licensee may not use or disclose to third parties OSIsoft's Confidential Information except as expressly permitted in this OVC Agreement. Licensee will use all reasonable measures to maintain the confidence of all such Confidential Information, which measure in no event will be less than the measures that Licensee takes to protect their own confidential information of similar importance. These obligations shall be in addition to, not in lieu of, any other confidentiality obligations Licensee may have pursuant to any other agreement currently in effect with OSIsoft. Confidential Information will not include information which: (i) is or becomes publicly available without fault of the receiving party; (ii) is independently developed by the receiving party without use or access to the Confidential Information; or (iii) was known to the receiving party prior to its receipt of the Confidential Information from the disclosing party and is not subject to other restrictions on disclosure or use.

5.     **Term and Termination.**  This OVC Agreement will remain in effect for the Term, unless terminated pursuant to this Section. Either party may terminate this OVC Agreement if the other party breaches any material term, and such breach remains uncured for thirty (30) days after receiving notice thereof. In the event of any termination of this OVC Agreement, Licensee agrees to destroy copies of the Software and any other Confidential Information within its possession and control within three (3) business days. Licensee may terminate its license to the Software under this OVC Agreement at any time by destroying all copies of the Software and Confidential Information within its possession or control. Termination of this OVC Agreement by either party will be a nonexclusive remedy for breach without prejudice to any other right or remedy of such party. The rights and obligations of the parties contained in Sections 1.7 and 3 through 6 will survive the termination of this OVC Agreement.

6.     **General**

       6.1     **Assignment, Independent Contractors, Notices and Force Majeure.**  Licensee may not assign this OVC Agreement or Software licensed under this OVC Agreement. Any attempted assignment, whether by operation of law, as a result of any change in control (as control is defined under "Affiliate") of Licensee or otherwise shall be null and void. The parties to this OVC Agreement are independent contractors and neither party will have the power to bind the other or incur obligations on the other's behalf without the other's prior written consent. All notices required or permitted under this OVC Agreement will be sent to the address specified above (or such other address specified by the receiving party) in writing and will be deemed effective upon receipt. OSIsoft will not be responsible for any failure or delay in its performance under this OVC Agreement due to causes beyond its reasonable control.

       6.2     **Disputes and Governing Law.**  Any dispute arising out of or relating to this OVC Agreement, including without limitation its existence, validity or termination, shall be referred to and finally resolved by arbitration under the Commercial Rules of the American Arbitration Association (the "*AAA*"). The arbitration panel shall consist of a single arbitrator experienced in the enterprise software industry, selected and agreed to by the parties. If the parties cannot agree upon selection of an arbitrator, then the AAA shall appoint the arbitrator. The place of the arbitration will be San Francisco, California. The arbitration will be conducted in English. The arbitrator shall apply the substantive law of California. The arbitrator shall provide detailed written findings of fact and conclusions of law in support of any award. Judgment upon any such award may be enforced in any court of competent jurisdiction. Notwithstanding the foregoing, OSIsoft may file an action in any court of competent jurisdiction to enforce its intellectual property rights in the Software without first submitting its claim to arbitration, Licensee hereby submits to the jurisdiction and venue of the federal or state courts located in San Francisco, California for this purpose. This OVC Agreement will be governed by and construed in accordance with the laws of the State of California, excluding that body of law pertaining to conflicts of law and the United Nations Convention on Contracts for the International Sale of Goods. The prevailing party in any action arising from or relating to this OVC Agreement shall be entitled to recover all attorneys' fees and costs including, without limitation, arbitration fees and fees of experts.

       6.3     **Compliance with Laws; Government Approvals and Severability.**  Licensee's use of the Software will comply with all laws, rules, and regulations of the United States and other countries that may be applicable to the Software. Without limiting the generality of the foregoing, Licensee acknowledges that the distribution and use of Software and any technical data related thereto (collectively "*OSIsoft Technology*") may be

Scully Decl. Page  013
Exhibit 1

subject to U.S. export control laws and regulations including, but not limited to, the U.S. Export Administration Act of 1979, as amended, and the regulations promulgated there under. Any falsification of Licensee information during the registration process shall be ground for immediate termination of the OVC Agreement. Licensee will not export or re-export, directly or indirectly, any OSIsoft Technology, to any destination for any use that is restricted by U.S. export control laws and regulations including, without limitation, to any party that is involved in sensitive or unguarded nuclear activities, or activities related to chemical or biological weapons or missiles, unless Licensee first obtains the required authorizations from the U.S. Department of Commerce or other appropriate governmental agencies. Licensee may not use the Software to operate or control any inherently dangerous application. Notwithstanding the preceding sentence, Licensee may use the Software in a commercial nuclear power facility so long as Licensee does not use the Software: (i) in any manner where failure of the Software would affect the operability of Licensee's facility or affect Licensee's ability to safely cease all operations of the facility; (ii) to control any safety related system or in any safety related application; or (iii) in any manner that would violate applicable laws or regulations. Licensee shall indemnify and hold OSIsoft harmless from any and all claims, liability, costs, damages and losses arising out of nr related use of the Software in violation of this section. OSIsoft shall have no responsibility to test, certify, validate or to take any other action regarding the Software with the Nuclear Regulatory Commission or any other governmental agency. Obtaining such approvals, if any, will be the sole responsibility of Licensee. Within ninety (90) days of the Effective Date, Licensee must, at Licensee's expense, obtain and arrange for the maintenance of all government approvals, if any that may be necessary to make this OVC Agreement effective in the locations where the Software are used by Licensee. If for any reason any part of this OVC Agreement is found unenforceable, the remainder of this OVC Agreement will be enforced to the maximum extent permissible.

6.4   **Name and Mark Usage**. Licensee consents to OSIsoft's use of Licensee's non-stylized corporate name in its marketing literature related to the OSIsoft Virtual Campus program. Licensee may withdraw such consent at any time with reasonable notice. In no event may Licensee use any OSIsoft trademark, trade name, service mark, logo or brand under the terms of the OVC Agreement without OSIsoft's express written consent. In the event the Licensee joins OSIsoft's Partner Program, Licensee consents to the use of Licensee's trademarks, service marks and or logos in OSIsoft's marketing literature related to OSIsoft's Partner Program. Licensee shall have the right to review any public use of the marks or logo and may withdraw such consent at any time upon reasonable notice.

6.5   **Entire Agreement, Waiver and Language**. This OVC Agreement is the entire agreement between OSIsoft and Licensee with respect to OSIsoft Virtual Campus, superseding any prior agreements (except for agreements which pertain to trial or beta software) or understandings related to any Software or services. This OVC Agreement cannot be amended except by (i) a writing which specifically references this OVC Agreement and is signed by both parties; or (ii) in the same manner in which this OVC Agreement was executed. In no event will any purported amendment or agreement be binding on OSIsoft, unless executed by an OSIsoft officer. The failure by either party to enforce any provision of this OVC Agreement will not constitute a waiver of future enforcement of that or any other provision. The parties hereto have agreed that this OVC Agreement and any documentation, agreements and/or correspondence ancillary thereto be written in English. Les parties aux présentes ont exigés que ce contrat et toute documentation, convention et/ou correspondance pouvant y être acessoire soient rédigés en anglais. This OVC Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

## Exhibit B – OSIsoft Partner Program Benefits and Obligations

| Benefit | Description | Primary Partner Input |
|---|---|---|
| Term: | The Term of this Partner Agreement shall be for the remaining Term of the OSIsoft vCampus (OVC) Agreement and shall automatically renew for one (1) year Term(s) upon subsequent renewal(s) of the OVC Agreement unless either party notifies the other with thirty (30) days prior written notice of an intent not to renew. | |
| Annual Program Fee | There is no specific UPA fee. However, a Team level (or better) Virtual Campus Subscription is required. | |
| Partner Practices Characterization (Scorecard) | To allow OSIsoft and partner to highlight partner skill sets with OSIsoft technology, partner will complete the Partner Practices Characterization Scorecard as part of the Finalization Collateral for the UPA. OSIsoft will provide list of skill sets and mechanism to complete scorecards. Scorecard will highlight Microsoft expertise (i.e. SharePoint Practice, ProductionPoint Practice, SQL Server Practice) and OSIsoft expertise (i.e. practices in localization support , RtWebParts) and is for OSIsoft internal use only. | Completed Practices Characterization (Scorecard) |
| Partner Product Characterization* (Scorecard)  *for partners with products | In like manner to allow OSIsoft to highlight Microsoft and OSIsoft incorporated technologies in Partner products, partner will complete the Partner Product Characterization Scorecard as part of the Finalization Collateral for the UPA. Criteria will include utilization of Microsoft technologies (Active Directory, SharePoint, for example) and utilization of OSIsoft technologies (i.e. RtWebParts, PI Notifications) and is for OSIsoft internal use only. | Completed Product Characterization (Scorecard) |
| Partner Web Listing | Partner's name and address shall be listed on OSIsoft's Partner Web Page once the Finalization Collateral for the UPA is in OSIsoft's hands and UPA is executed. | Partner name, address and Partner Type |
| Partner Web Listing: Partner Logo | Partner's Logo will be included with partner web listing once the Finalization Collateral for the UPA is in OSIsoft's hands and UPA is executed. | Partner logo and Usage Requirements |
| Partner Joint Value Statement web page | After partner web site includes a web page dedicated to the joint value statement and product integration, content subject to OSIsoft's review and approval, OSIsoft Partner Web Listing will add link to the web page. (In most cases, this will be a second link.) | Partner Joint Value web page |
| OSIsoft Partner Logo | Partner may use OSIsoft Partner Logo per logo guidelines and according to the terms of Section 2.2 of this agreement. | |
| PI UC Registration Discount | Partner shall receive a 25% discount of attendee registration fees for the annual OSIsoft User's Conference for up to 2 attendees. | |
| UC Sponsorships | Partners will be made aware of a variety of PI User Conference fee-based sponsorship opportunities and may participate as desired. | |
| Training Discount | The tuition fee for OSIsoft training taken at OSIsoft Training Centers will be discounted by 50 %, subject to availability. The current curriculum and schedule is listed at training.osisoft.com. | |
| Joint Activity Report | On a monthly basis Partner will report any new projects or project updates that relate to the OSIsoft products. This report will contain estimated and actual completion dates, name, location, type of opportunity for OSIsoft, List of OSIsoft Software and Partner Services, estimated amount of PI sale, and any open issues/needs and any collaboration with the OSIsoft Sales Team. Partner PI Training and OSIsoft event participation must be reported also. Partner will not be required to report during months when there are no new activities to report. | |

| | |
|---|---|
| **Training Requirements** | Within six months and then throughout the term of this Agreement, Partner is required to maintain at least two people trained in PI System Manger 1: Essential Skills. This is available in a variety of formats including from OVC.<br><br>Partner may be required by OSIsoft to fulfill additional reasonable training requirements of which OSIsoft will notify Partner from time to time. |

**\* Finalization Collateral** shall mean the documentation and information, in addition to the signed contract, needed to finalize the UPA. This includes draft the Partner Profile, draft Product Profile (if partner has a product), Partner Practices Characterization and Partner Product Characterization (if partner has a product). The UPA shall not be deemed binding until these materials have been provided to OSIsoft in a manner deemed acceptable by OSIsoft.

<u>Exhibit C – OSIsoft, LLC FOREIGN CORRUPT POLICY ACT COMPLIANCE AGREEMENT</u>

(a)      It is the intent of the Parties that no payments or transfers of value by OSIsoft,
LLC ("OSIsoft") or EDSA Micro Corporation ("EDSA") in connection with this Agreement shall be
madethat may be in violation of the United States Foreign Corrupt Practices Act and/or have the
purpose or effect of public or commercial bribery, or acceptance of or acquiescence in, extortion,
kickbacks, payoffs or other unlawful or improper means of obtaining business.

(b)      In carrying out their responsibilities under this Agreement, EDSA and its
subsidiaries, owners, partners, officers, directors, employees, agents, representatives, and
subcontractors (collectively, "Affiliates") shall not make, offer, promise, or authorize any payment or
offer of money or anything of value, directly or indirectly, to any foreign government official, foreign
political party or party official, candidate for foreign political office, employee of a government owned
or controlled business, or any person acting in an official capacity on behalf of a government entity
(collectively, "Government Official"), for the purpose of improperly influencing the Government Official
or obtaining any improper advantage.

(c)      EDSA hereby represents, warrants, and covenants that EDSA and Affiliates: (i)
have not and will not make any bribes, kickbacks, payoffs, or other improper payments to, or
entertainment of, Government Officials; (ii) will immediately advise OSIsoft in the event that it knows or
suspects that any bribes, kickbacks, payoffs or other improper payments have been or may be made;
and (iii) will ensure that any persons or entities involved inEDSA's performance of this Agreement are
informed of, and comply with EDSA's obligations under and the restrictions contained in this Section.

(d)      EDSA hereby represents, warrants, and covenants that no Affiliate of EDSA, any
parent or subsidiary company of EDSA, or any entity that controls, is controlled by or is under common
control EDSA, is or will become a Government Official during the term of this Agreement, unless such
person first gives notice to OSIsoft and agrees to additional representations and warranties, as
appropriate.

(e)      In the event that there is a breach of any of the representations, warranties or
covenants in this Section  or OSIsoft has reason to believe that a breach of any of the representations,
warranties or covenants in this Section has occurred or will occur, OSIsoft at its election may,
notwithstanding any other provision of this Agreement, at any time cancel or terminate this Agreement
by written notice of cancellation or termination to EDSA (without further delivery of products and other
performance under this Agreement by OSIsoft), and any claims for payment by EDSA, including claims
for sales previously concluded, orders previously accepted by OSIsoft or sales previously rendered shall
be surrendered by EDSA, without any payment, premium or penalty by OSIsoft EDSA.  EDSA shall further
indemnify and hold OSIsoft harmless against any and all claims, losses or damages arising from or
related to such breach or OSIsoft's termination or cancellation of the Agreement, or both.

(f)      EDSA shall maintain accurate books and records and shall maintain a system of
internal accounting controls sufficient to provide reasonable assurances that such books and records are
accurate.

(g)      Promptly following a request by OSIsoft, EDSA shall execute and deliver to
OSIsoft a certification in the form attached as <u>Exhibit A</u> to this Agreement.  EDSA agrees to cause its

Affiliates to execute and deliver to OSIsoft such a certification promptly following a request therefore by OSIsoft.

**IN WITNESS WHEREOF,** OSIsoft and the Company have caused this FCPA Compliance Agreement to be duly executed and delivered as of the day and year first written above.

"OSIsoft, LLC"

By: _____

Name: _____Ronald J. Koh_____
Sr. VP of Sales & Business Development
Title: _____OSIsoft, LLC_____

"EDSA MICRO CORPORATION"

By: _____

Name: _____

Title: _____CFO_____

**EDSA CERTIFICATION**

The undersigned has delivered this **CERTIFICATION** to OSIsoft, LLC ("OSIsoft"), pursuant to that certain Foreign Corrupt Policy Act Compliance Agreement dated [_____], by and between OSIsoft and EDSA (the "Agreement"). Any term not defined in this Certification shall have the meaning ascribed to such term in the Agreement.

1.      The undersigned hereby represents, warrants, and certifies that the undersigned has been advised of the existence of the United States Foreign Corrupt Practices Act, and is familiar with its terms, and that the undersigned: (a) has not and will not make any bribes, kickbacks, payoffs, or other improper payments to, or entertainment of, Government Officials; (b) has no information, reason to believe, or knowledge of anyone else having made or intending to make any bribes, kickbacks, payoffs or other improper payments to, or entertainment of, Government Officials; and (c) will immediately advise OSIsoft's General Counsel of the undersigned's knowledge or suspicion of any such violation.

2.      The undersigned hereby represents, warrants, and certifies that no Government Official or government entity has any ownership interest, direct or indirect, in the undersigned or any of its Affiliates.

3.      The undersigned hereby affirms that the undersigned has disclosed to OSIsoft that no employee, officer, or director of any partnership, corporation, entity or business arrangements represented by or affiliated with the undersigned is a Government Official. In the event that during any period of the effectiveness of any part of the Agreement there is any change to the foregoing sentences, the person signing below agrees to make immediate disclosure to OSIsoft's General Counsel.

By: _____

Name: _____

Title: _____

Date: _____

        Any notification called for by this Certification shall be sent to OSIsoft by express courier or facsimile as follows:

                OSIsoft LLC
                777 Davis St., Ste. 250
                San Leandro, CA 94577
                Attn : Legal Dept.
                Fax : 510-667-0894
                Email : legal@osisoft.com

## DEMONSTRATION SOFTWARE ADDENDUM

OSIsoft and Partner agree that this is an addendum to the Umbrella Partner Agreement # *101 5974* between OSIsoft and, with and Effective Date of *7/15/10*, the terms and conditions of which are incorporated herein by reference. All capitalized terms shall have the meaning specified in the Umbrella Partner Agreement.  In the event of any inconsistency between the Umbrella Partner Agreement and the terms of this Addendum, this Addendum shall prevail.

The parties agree that Partner shall have the right to additional OSIsoft Demonstration Software as mutually agreed to by the parties.  The license terms and conditions to the Demonstration Software shall be governed by the click-wrap license associated with each piece of Software.

**Demonstration Systems**
**(Software is labeled as PI Dev Station-Partner 1K(Timeout))**
PI System 1000 tags
Advanced Computing Engine, AF, AutoPoint Sync, Data Access
OPC DA/HDA Server
PI Notifications

**Interfaces:**
None needed for Demo System

**Connection Software**
PI SDK, AF SDK (includes Notifications SDK) OLEDB Provider , ODBC Server

**Client Software:**
DataLink, ProcessBook, Manual Logger
RtWebParts. Microsoft SharePoint required

Partner may install this Demonstration PI Server on up to eight (8) machines (real or virtual) for demonstration. This Addendum addresses demonstration only.  For development software installations a separate Development Software Addendum is used.

The Demo Systems have the following monikers:

1.  To be provided by Partner and added to this contract.
2.  To be provided by Partner and added to this contract.
3.  To be provided by Partner and added to this contract.
4.  To be provided by Partner and added to this contract.
5.  To be provided by Partner and added to this contract.
6.  To be provided by Partner and added to this contract.
7.  To be provided by Partner and added to this contract.
8.  To be provided by Partner and added to this contract.

Scully Decl. Page  014
Exhibit 1

IN WITNESS WHEREOF, the parties have executed this Addendum as of the Effective Date through their duly
authorized representatives. Each individual signatory below hereby represents and warrants that they have full
corporate power and authority to execute this Addendum and bind the respective parties to the terms and conditions
of this Addendum.

**OSIsoft, LLC**

Signature: _____

Name: Ronald J. Kolz
Sr. VP of Sales & Business Development
OSIsoft, LLC

Title: _____

**Partner**

Signature: _____

Name: _____

Title: _____

# EXHIBIT 2

OSIsoft Agreement # 1017706

## OSIsoft Umbrella Partner Agreement
### November 4, 2013
### (*"Effective Date"*)

| | |
|---|---|
| OSIsoft, LLC (*"OSIsoft"*) | ETAP (R) (Operation Technology, Inc.)(*"Partner"*) |
| Legal Department | 17 Goodyear, Suite 100 |
| 777 Davis Street, Suite 250 | Irvine, California 92618 |
| San Leandro, California 94577 | 949-900-1000 |
| Phone: (510) 297-5800 | |
| legal@osisoft.com | |
| **Contacts:** | **Contacts:** |
| *Business:* | *Business:* |
| Name: Norma Tam | Name: Shervin Shokooh |
| Email: ntam@osisoft.com | Email: Shervin@etap.com |
| Phone: 949-651-1839 | Phone: 949-900-1020 |
| | |
| *Technical* | *Technical:* |
| Name: vCampus | Name: |
| Email: vCampus@osisoft.com | Email: |
| Phone: | Phone: |

OSIsoft and Partner hereby agree as follows:

1. **OSIsoft Virtual Campus Membership.** Partner agrees that Partner must maintain a current subscription to OSIsoft Virtual Campus at all times. Partner shall have thirty (30) days from the Effective Date of this Partner Agreement to register and pay the required fees via the OSIsoft Virtual Campus website (http://vcampus.osisoft.com/). The then current terms and conditions of the OSIsoft Virtual Campus Agreement ("OVC Agreement") are herein incorporated by reference. Please refer to the OSIsoft Virtual Campus website for the current terms. Any capitalized terms not defined herein shall have the meaning stated in the OVC Agreement. In the event of any inconsistency between the terms and conditions of this Partner Agreement and the terms and conditions of the OVC Agreement, the terms and conditions of this Partner Agreement shall control and govern.

2. **OSIsoft Partner Program.** Additional OSIsoft Partner Program benefits and obligations are detailed in **Exhibit A**.

2.1 **Acknowledgement.** Partner acknowledges and agrees that OSIsoft reserves the right, with thirty (30) days written notice, to change the scope of or expand, delete and otherwise modify any of the terms or benefits offered under the OSIsoft Partner Program set forth herein. In the event Partner is dissatisfied with any material change made to the OSIsoft Partner Program, Partner may terminate this Partner Agreement without cause in accordance with Section 3.2 and will have no further recourse against OSIsoft. Partner acknowledges and agrees that Partner must fulfill and comply with the Partner requirements and obligations set forth herein.

2.2 **Public Announcements and Use of Marks.** Each party will have the right to review and approve any public announcements regarding this Partner Agreement, the other party, or the other party's products

**Scully Decl. Page 023**
**Exhibit 2**

or services prior to the announcement. With prior written notice from OSIsoft, Partner may use and agrees to use the trademarks, trade names, logos and designations OSIsoft uses for OSIsoft Software in connection with Partner's marketing of OSIsoft Software ("*OSIsoft Marks*"). Partner's use of OSIsoft Marks will be in accordance with OSIsoft's guidelines as provided to Partner by OSIsoft from time to time. Partner has paid no consideration for the use of OSIsoft Marks and Partner agrees that it will not at any time: (i) claim any right, title or interest in any OSIsoft Mark; (ii) register, seek to register, or cause to be registered any OSIsoft Mark, other than in OSIsoft's name and at OSIsoft's specific request; (iii) adopt and use any trademark, trade name, logo or designation that might be confusingly similar to any OSIsoft Mark; (iv) attach any other trademark, trade name, logo or designation to OSIsoft Software; or (v) use any OSIsoft Mark in connection with products other than the appropriate OSIsoft Software. Partner will assist OSIsoft, if requested and at OSIsoft's expense, to register OSIsoft's trademarks in OSIsoft's name in countries outside of the United States where Partner uses OSIsoft Marks.

## 3.    Term and Termination.

**3.1.    Term.** This Partner Agreement shall have a Term as specified in **Exhibit A.**

**3.2.    Termination.** OSIsoft may terminate this Partner Agreement at OSIsoft's sole discretion if Partner fails to maintain a current subscription to OSIsoft Virtual Campus for longer than thirty (30) days. OSIsoft may terminate this Partner Agreement by written notice to Partner at any time in the event that Partner is in breach of this Partner Agreement and such breach continues unremedied for a period of thirty (30) days following written notice by OSIsoft, or Partner becomes the subject of a petition in bankruptcy or any proceeding relating to insolvency, receivership, liquidation, or composition for the benefit of creditors. OSIsoft may terminate the Partner Agreement at its sole discretion if Partner does not satisfactorily complete OSIsoft's due diligence process within ninety (90) days of the Effective Date.

**3.3.    Effect of Termination or Expiration.** Upon termination or expiration of this Partner Agreement all of the following shall occur:

(i)    The due dates of all outstanding invoices to Partner will be accelerated automatically, and become due and payable on the effective date of termination or expiration, even if longer terms were previously provided.

(ii)    For a period of two years after the date of termination or expiration, Partner shall make available to OSIsoft for inspection and copying all books and records of Partner that pertain to Partner's performance of and compliance with its obligations and representations under this Partner Agreement.

(iii)    Partner shall cease using any OSIsoft Mark.

(iv)    Partner shall return or destroy all of the OSIsoft Confidential Information within its possession or control as a result of membership in the OSIsoft Partner Program

**3.4.    Survival.** The rights and obligations of the parties contained in Section 3 as well as Sections 3 through 6 of the OVC Agreement will survive the termination of this Partner Agreement.

**4.    ACCA Agreement.** Partner shall complete and comply with all the terms of the Anti-Corruption Compliance Agreement in **Exhibit B.**

**5.    Tech Support.** In addition to the technical support provided for the OSIsoft Virtual Campus, Partner shall be eligible for five (5) technical support calls in regard to their Partner offering. Thereafter, Partner offering technical support calls shall be billed at $500.00 per call.

**6.    Entire Agreement, Waiver and Language.** This Partner Agreement is the entire agreement between OSIsoft and Partner with respect to OSIsoft Partner Program, superseding any prior agreements

**Scully Decl. Exhibit 024**
**Exhibit 2**

DocuSign Envelope ID: A843DD67-9058-4216-A704-271A2CA0B941
*OSIsoft Confidential*                                                    *Execution Copy*

or understandings related to the OSIsoft Partner Program. This Partner Agreement cannot be amended except by (i) a writing which specifically references this Partner Agreement and is signed by both parties; or (ii) in the same manner in which this Partner Agreement was executed. In no event will any purported amendment or agreement be binding on OSIsoft, unless executed by an OSIsoft officer. The failure by either party to enforce any provision of this Partner Agreement will not constitute a waiver of future enforcement of that or any other provision. The parties hereto have agreed that this Partner Agreement and any documentation, agreements and/or correspondence ancillary thereto be written in English. This Partner Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

IN WITNESS WHEREOF, the parties have executed this Partner Agreement as of the Effective Date through their duly authorized representatives. Each individual signatory below hereby represents and warrants that they have full corporate power and authority to execute this Partner Agreement and bind the respective parties to the terms and conditions of this Partner Agreement.

| OSIsoft, LLC | Partner |
|---|---|
| Signature: *Martin Otterson* <br> DocuSigned by: <br> C38294AAA0264A3 | Signature: |
| Name: Martin Otterson | Name: Shervin Shokooh |
| Title: SVP Sales, Marketing & Industry | Title: Chief Operation Officer |



ETAP UPA 05-29-2013 Final (2).doc

Scully Decl. Page 025
Exhibit 2

## Exhibit A - OSIsoft Partner Program Benefits and Obligations

| Benefit | Description |
|---|---|
| Term: | The Term of this Partner Agreement shall be for the remaining Term of the OSIsoft vCampus (OVC) Agreement (requiring minimum Team level subscription) and shall automatically renew for one (1) year Term(s) upon subsequent renewal(s) of the OVC Agreement (requiring minimum Team level subscription) unless either party notifies the other with thirty (30) days prior written notice of an intent not to renew. |
| Annual Program Fee | There is no specific UPA fee. However, a Team level (or better) Virtual Campus Subscription is required. |
| Partner Web Listing | Partner's name and address shall be listed on OSIsoft's Partner Web Page once the Finalization Collateral for the UPA is in OSIsoft's hands and UPA is executed. |
| OSIsoft Partner Logo | Partner may use OSIsoft Partner Logo per logo guidelines and according to the terms of Section 2.2 of this agreement. |
| PI UC Registration Discount | Partner shall receive a 25% discount of attendee registration fees for the annual OSIsoft User's Conference for up to 2 attendees. |
| UC Sponsorships | Partners will be made aware of a variety of PI User Conference fee-based sponsorship opportunities and may participate as desired. |
| Training Discount | The tuition fee for OSIsoft training taken at OSIsoft Training Centers will be discounted by 50%, subject to availability. The current curriculum and schedule is listed at training.osisoft.com. |
| Joint Activity Report | On a monthly basis Partner will report any new projects or project updates that relate to the OSIsoft products. This report will contain estimated and actual completion dates, name, location, type of opportunity for OSIsoft, List of OSIsoft Software and Partner Services, estimated amount of PI sale, and any open issues/needs and any collaboration with the OSIsoft Sales Team. Partner PI Training and OSIsoft event participation must be reported also. Partner will not be required to report during months when there are no new activities to report. |
| Training Requirements | Within six months and then throughout the term of this Agreement, Partner is required to maintain at least two people trained in PI System Architecture, Planning and Implementation. This is available in a variety of formats including from OVC. Partner may be required by OSIsoft to fulfill additional reasonable training requirements of which OSIsoft will notify Partner from time to time. |
| Qualifications | Partner shall maintain at least one staff member with a Microsoft certification on one of the Microsoft Windows Server products currently supported by Microsoft. |

\* Finalization Collateral shall mean the documentation and information, in addition to the signed contract, needed to finalize the UPA. The UPA shall not be deemed binding until these materials have been provided to OSIsoft in a manner deemed acceptable by OSIsoft.

ETAP UPA 05-29-2013 Final (2).doc
Scully Decl. Page 026
Exhibit 2

## Exhibit B – ANTI-CORRUPTION COMPLIANCE AGREEMENT

    (a)    It is the intent of the Parties that no payments or transfers of value by OSIsoft, LLC ("OSIsoft") or [Provider] ("Company") in connection with this Agreement shall be made that may be in violation of the United States Foreign Corrupt Practices Act and/or have the purpose or effect of public or commercial bribery, or acceptance of or acquiescence in, extortion, kickbacks, payoffs or other unlawful or improper means of obtaining business.

    (b)    In carrying out their responsibilities under this Agreement, Company and its subsidiaries, owners, partners, officers, directors, employees, agents, representatives, and subcontractors (collectively, "Affiliates") shall not make, offer, promise, or authorize any payment or offer of money or anything of value, directly or indirectly, to any foreign government official, foreign political party or party official, candidate for foreign political office, employee of a government owned or controlled business, or any person acting in an official capacity on behalf of a government entity (collectively, "Government Official"), for the purpose of improperly influencing the Government Official or obtaining any improper advantage.

    (c)    Company hereby represents, warrants, and covenants that Company and Affiliates: (i) have not and will not make any bribes, kickbacks, payoffs, or other improper payments to, or entertainment of, Government Officials; (ii) will immediately advise OSIsoft in the event that it knows or suspects that any bribes, kickbacks, payoffs or other improper payments have been or may be made; and (iii) will ensure that any persons or entities involved in Company's performance of this Agreement are informed of, and comply with, Company's obligations under and the restrictions contained in this Section.

    (d)    Company hereby represents, warrants, and covenants that no Affiliate of Company, any parent or subsidiary company of Company, or any entity that controls, is controlled by or is under common control with Company, is or will become a Government Official during the term of this Agreement, unless such person first gives notice to OSIsoft and agrees to additional representations and warranties, as appropriate.

    (e)    In the event that there is a breach of any of the representations, warranties or covenants in this Section or OSIsoft has reason to believe that a breach of any of the representations, warranties or covenants in this Section has occurred or will occur, OSIsoft at its election may, notwithstanding any other provision of this Agreement, at any time cancel or terminate this Agreement by written notice of cancellation or termination to Company (without further delivery of products and other performance under this Agreement by OSIsoft), and any claims for payment by Company, including claims for sales previously concluded, orders previously accepted by OSIsoft or sales previously rendered shall be surrendered by Company, without any payment, premium or penalty by OSIsoft to Company. Company shall further indemnify and hold OSIsoft harmless against any and all claims, losses or damages arising from or related to such breach or OSIsoft's termination or cancellation of the Agreement, or both.

    (f)    Company shall maintain accurate books and records and shall maintain a system of internal accounting controls sufficient to provide reasonable assurances that such books and records are accurate.

    (g)    Promptly following a request by OSIsoft, Company shall execute and deliver to OSIsoft a certification in the form attached as Exhibit A to this Agreement. Company agrees to cause its

ETAP UPA 05-29-2013 Final (2).doc

**Scully Decl. Page 027**
**Exhibit 2**

Affiliates to execute and deliver to OSIsoft such a certification promptly following a request therefor by OSIsoft.

**IN WITNESS WHEREOF,** OSIsoft and the Company have caused this Anti-Corruption Compliance Agreement to be duly executed and delivered as of the day and year first written above.

**OSISOFT, LLC**

By: *Martin Otterson*

DocuSigned by:
C38294AAA0284A3

Name: Martin Otterson

Title: SVP Sales, Marketing & Industry



**Company**

By: _____

Name: Shervin Shokooh

Title: COO

ETAP UPA 05-29-2013 Final (2).doc

**Scully Decl. Page 028**
**Exhibit 2**

*OSIsoft Confidential*                                                      *Execution Copy*

## Company CERTIFICATION

The undersigned has delivered this **CERTIFICATION** to OSIsoft, LLC ("OSIsoft"), pursuant to that certain Anti-Corruption Compliance Agreement dated [NOV 4, 2013   ], by and between OSIsoft and [Provider] (the "Agreement"). Any term not defined in this Certification shall have the meaning ascribed to such term in the Agreement.

1.      The undersigned hereby represents, warrants, and certifies that the undersigned has been advised of the existence of the United States Foreign Corrupt Practices Act, and is familiar with its terms, and that the undersigned: (a) has not and will not make any bribes, kickbacks, payoffs, or other improper payments to, or entertainment of, Government Officials; (b) has no information, reason to believe, or knowledge of anyone else having made or intending to make any bribes, kickbacks, payoffs or other improper payments to, or entertainment of, Government Officials; and (c) will immediately advise OSIsoft's General Counsel of the undersigned's knowledge or suspicion of any such violation.

2.      The undersigned hereby represents, warrants, and certifies that no Government Official or government entity has any ownership interest, direct or indirect, in the undersigned or any of its Affiliates.

3.      The undersigned hereby affirms that the undersigned has disclosed to OSIsoft that no employee, officer, or director of any partnership, corporation, entity or business arrangements represented by or affiliated with the undersigned is a Government Official. In the event that during any period of the effectiveness of any part of the Agreement there is any change to the foregoing sentences, the person signing below agrees to make immediate disclosure to OSIsoft's General Counsel.

By:   _____

Name:   __Shervin  Shokooh__

Title:   __COO__

Date:   __11 / 1 / 13__

Any notification called for by this Certification shall be sent to OSIsoft by express courier or facsimile as follows:

> OSIsoft LLC
> 777 Davis St., Ste. 250
> San Leandro, CA 94577
> Attn : Legal Dept.
> Fax : 510-667-0894
> Email : legal@osisoft.com

ETAP UPA 05-29-2013 Final (2).doc

**Scully Decl. Page 029**
**Exhibit 2**

# EXHIBIT 3
# REDACTED VERSION

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                                                    *Execution Copy*

OSI Agreement # 1017706

### PARTNER PROGRAM OEM ADDENDUM

OSIsoft, LLC ("OSIsoft") and Operation Technology, Inc. ("Partner") agree that this Partner Program OEM Addendum ("Addendum") is an addendum to the Umbrella Partner Agreement # 1017706 between OSIsoft and Partner with an Effective Date of November 4, 2013 the terms and conditions of which are incorporated herein by reference. All capitalized terms not defined herein shall have the meanings specified in the Umbrella Partner Agreement. In the event of any inconsistency between the Umbrella Partner Agreement and the terms of this Addendum, this Addendum shall prevail. Concurrently with this Addendum, the parties are also entering into a Strategic Partnership Agreement (the "SPA"). The Umbrella Partner Agreement, this Addendum and the SPA constitute the "Agreement" herein.

### 1.    Territory, Rights, and Restrictions.

**1.1.    Territory**. OSIsoft appoints Partner as an independent, nonexclusive, authorized OEM for the products (the "*OSIsoft Products*") and limited to the territory (the "*Territory*") as specified in **Schedule A**. Without limitation, OSIsoft reserves the right during the term of this Addendum (this "*Addendum*") and thereafter, in its sole discretion and without obligation or liability of any kind to Partner, to increase or decrease the number of OSIsoft OEM resellers in the Territory or any part of the Territory; to distribute and license OSIsoft Products directly to customers in the Territory, using its own personnel, distributors, independent sales representatives or any through any other sales channel.

**1.2.    Distribution Rights.** This Addendum only grants to Partner a license to distribute OSIsoft Products and does not transfer any right, title or interest in any such products to Partner. Title to and ownership of OSIsoft Products and all copies thereof shall remain with OSIsoft. Subject to the terms and conditions of this Agreement, OSIsoft grants to Partner a nonexclusive, nontransferable license to distribute the OSIsoft Products only in combination with substantial added value in the form of the Partner products specified in **Schedule A** (the combined products being the "*OEM Products*").

### 1.3.    Distribution Restrictions.

(i)    In no event will Partner deliver OSIsoft Products on a stand-alone basis. Partner must ensure that the OSIsoft Products can only be used by end users in conjunction with the OEM Products. Partner may not distribute any OSIsoft Products to any customer without first obtaining a software license agreement properly executed by such customer and Partner. At a minimum each such end user agreement must: (a) prevent the end user from using the OSIsoft Products beyond the scope of the licenses purchased by Partner; (b) prohibit Partner's customers from disassembling, decompiling, reverse engineering or otherwise attempting to derive the source code of the OSIsoft Products; (c) make no representations or warranties on behalf of OSIsoft; and (d) prohibit the Partner's customers from copying the OSIsoft Products except as necessary for archival and back-up purposes.

(ii)    In addition to the above, Partner's license agreement shall contain a provision substantially similar to the following: Licensing Full Versions of OSIsoft Software. Your system contains software from OSIsoft, LLC ("OSIsoft Software"). Your usage of the OSIsoft Software is limited to use solely with the system in which it is embedded. Should you desire to license OSIsoft Software for use beyond the embedded system, you may submit orders for such additional licenses to OSIsoft subject to OSIsoft's then-current standard license terms and technical support services. Your submission of such an order to OSIsoft indicates your assent to such terms. OSIsoft may be contacted at (510) 297-5862 or orders@osisoft.com.

  Partner will confirm to OSIsoft those Partner customers that have licensed the OEM Products pursuant to agreements that contain this provision and provide all reasonably requested identifying information necessary for OSIsoft to accept direct orders from such customers.

(iii)    Partner will place primary emphasis on the benefits and features of the OEM Products when marketing, selling or otherwise describing the OEM Products, including, without limitation, in all sales literature, advertisements, presentations and product specifications. At no time shall Partner attempt to persuade or suggest to customers that they purchase or license the OEM Products in lieu of purchasing a license to the OSIsoft Products directly from OSIsoft.

**1.4.    Partner Use of OSIsoft Products.** Partner will be entitled to enroll in OSIsoft's Virtual Campus program and receive certain demonstration, testing and development rights to OSIsoft Products.

ETAP OEM UPA Addendum discussion copy 8-26-2014

Scully Decl. Page 031
Exhibit 3

*OSIsoft Confidential*                                                                                      *Execution Copy*

## 2.  Partner's Obligations.

**2.1.  OSIsoft Partner Program.**  Partner acknowledges and agrees that OSIsoft reserves the right, with thirty (30) days written notice, to change the scope of or expand, delete and otherwise modify any of the terms or benefits offered under the OSIsoft Partner Program set forth in **Schedule B**, **Table 2**. In the event Partner is dissatisfied with any material change made to the OSIsoft Partner Program, Partner may terminate this agreement without cause in accordance with Section 10 and will have no further recourse against OSIsoft. Partner acknowledges and agrees that Partner must fulfill and comply with the Partner Requirements set forth in **Schedule B**, **Table 1** of this Agreement. Subject to Partner's compliance, OSIsoft shall deliver the OSIsoft Program Benefits set forth in **Schedule B**, **Table 2**

**2.2  Minimum Annual Commitment.**  "*Minimum Annual Commitment*" shall mean the cumulative total of License Fees paid to OSIsoft by the Partner during the preceding twelve (12) month period as of each anniversary of the Effective Date of this Agreement. Partner's Minimum Annual Commitment will be the amount as stated in **Schedule B**. Partner agrees that any pricing, Partner Level, and related OSIsoft Program Benefits shall be earned based upon meeting Partner's Minimum Annual Commitment.

**2.3.  Customer Support.**  Partner will be primarily responsible for providing all first-line technical support to its end users of the OEM Products, including, without limitation:  (i) installation, training, configuration, and consultation on the use of the OEM Products; (ii) reasonable telephone support during Partner's normal business hours to answer questions regarding the use of the OEM Products; (iii) assisting in the diagnosis and correction of problems in the use of the OEM Products; and (iv) providing Partner's end users with any error corrections, updates, modifications and enhancements to the OSIsoft Products that OSIsoft provides to Partner hereunder for redistribution.  Without limiting the generality of Partner's obligation hereunder, Partner will maintain the OEM Products current with the then-current release of the OSIsoft Products.  Partner shall keep a service copy of OSIsoft Products running at its service centers for use in supporting Partner products and applications.  OSIsoft will have no obligation to provide support of any kind directly to OEM Product customers.

**2.4. OSIsoft Product Training for Partner.**
OSIsoft will provide Partner personnel with opportunities for training in the embedded OSIsoft Products to align customer support, product design, application engineering activities with the capabilities of the OSIsoft Products and the intent of the Partner.  In addition, OSIsoft and Partner agree to jointly develop and complete an education program plan so that engineers can, in accordance with the specifics of their architecture, install, maintain, and troubleshoot the PI System.  This education program plan can be accomplished using OSIsoft courses and content, Partner developed courses and content, or any combination thereof.

**2.5. Ongoing OSIsoft Product Training for Partner.**  Partner will send at least one member of Partner technical support personnel to OSIsoft's VCampus LIVE! Or its equivalent every year that the Undersigned Agreement is in effect so as to become current on OSIsoft's Products and technology.

**2.6.  No Competing Products.**  Partner will not distribute or represent, without prior written mutual agreement, during the term of this Agreement any additional manufacturers or distributors or products or technologies that could be used for time series data in a way that would compete with or potentially replace OSIsoft products ("Competing Products"). These products include but are not limited to such companies/products as GE Proficy and IBM Informix. Upon notification to OSIsoft of Partner's intent to distribute or represent any Competing Products, OSIsoft will have the right to re-evaluation of commercial terms of the undersigned OEM Addendum. Current partners/technologies that partner uses, that OSIsoft accepts are MongoDB and SQL as listed in **Schedule A**.

**2.7.  Quarterly Activity Report.**  Partner will submit a ("*Quarterly Activity Report*") to OSIsoft containing the information specified in **Schedule B**.

**2.8.  Technical Capability.**  Throughout the term of this Agreement, Partner will maintain trained personnel as specified in **Schedule C**.

**2.9.  Customer Restrictions.**  Except as set forth herein, Partner will not, nor will Partner authorize or knowingly permit its customers or any other party to reproduce, alter, modify, reverse engineer, decompile or disassemble, rent, electronically distribute, share or market by interactive cable, remote processing services, micro-mainframe linkups or multi-user local area network any OSIsoft Product or portion thereof.  If applicable law limits the foregoing restriction, it shall apply to the fullest extent permissible.  Partner will notify OSIsoft in writing promptly if it discovers any infringement of OSIsoft's rights in OSIsoft Products and Partner will provide OSIsoft with all reasonable assistance, at OSIsoft's expense, if OSIsoft initiates legal action in the Territory to protect its proprietary rights in OSIsoft Products.

ETAP OEM UPA Addendum Execution copy 8-26-2014

Scully Decl. Page 032
Exhibit 3

*OSIsoft Confidential*                                                    *Execution Copy*

**2.10. Records.** Partner will maintain for at least two (2) years its records, contracts and accounts relating to distribution of OSIsoft Products.

**2.11. Audit.** Upon OSIsoft's written request, Partner shall furnish OSIsoft with a certification signed by an authorized representative of Partner verifying all the OSIsoft Products distributed to customers under this Agreement. In addition, upon prior written notice, OSIsoft may audit Partner's distribution of OSIsoft Products to ensure that Partner is in compliance with the terms of this Agreement. Any such audit shall be conducted during regular business hours at Partner's facilities and shall not unreasonably interfere with Partner's business activities. In the event that such audit indicates an underpayment to OSIsoft or any breach of this Agreement, without limiting OSIsoft's remedies at law or in equity, Partner shall pay all amounts due upon invoice in addition to OSIsoft's costs associated with performing the audit.

**2.12. Compliance with Laws and Export Restrictions.** Partner will be fully responsible for ensuring that its use of the OSIsoft Products will comply with all laws, rules, and regulations of the United States and other countries that may be applicable to the OSIsoft Products. Partner acknowledges that the distribution of OSIsoft Products and any technical data related thereto are subject to U.S. export control laws and regulations, including but not limited to the U.S. Export Administration Act of 1979, as amended, and the regulations promulgated thereunder. Partner will not export or re-export (directly or indirectly) any OSIsoft Products to any destination or to any customer or for any uses that involve sensitive or unguarded nuclear activities, or activities related to chemical or biological weapons or missiles, unless Partner first obtains the required authorizations from the U.S. Department of Commerce or other appropriate governmental agencies. Partner will prohibit its customers from using the OSIsoft Products to operate or control any inherently dangerous application. Notwithstanding the preceding sentence, Partner may permit the use of OSIsoft Products in a commercial nuclear power facility so long as the OSIsoft Products are not used: (i) in any manner where failure of the OSIsoft Products would affect the operability of the facility or affect the ability to safely cease all operations of the facility; (ii) to control any safety related system or in any safety related application; or (iii) in any manner that would violate applicable laws or regulations Partner will indemnify and hold OSIsoft harmless from all liability arising out of use of the OSIsoft Products in violation of any applicable laws, rules or regulations and any breach of this Section. OSIsoft will have no responsibility to test, certify, validate or to take any other action regarding the OSIsoft Products with the U.S. Nuclear Regulatory Commission or any other governmental agency.

**2.13. Governmental Approval.** If any approval or registration of this Agreement is required to make it enforceable in the Territory, or to comply with exchange regulations or other requirements to allow remittance abroad of United States dollars hereunder, Partner will immediately take all required action, and any charges incurred as a result shall be Partner's sole responsibility.

**3.   Ordering and Delivery.** Partner may submit orders for the OSIsoft Products ("**Orders**") to OSIsoft for the purchase of new or additional licenses of OSIsoft Products or for Software Reliance Program services on behalf of Partner customers. The required information, format, and process are specified in the Order Procedure set forth in **Schedule A**. Any OSIsoft Products received by Partner via FTP or other electronic delivery method will be governed by this Agreement even if no reference to this Agreement is made in connection with such electronic delivery. Any "click wrap" or other terms or conditions, which are presented to Partner during the FTP or other electronic delivery process, will be superseded by this Agreement, unless such software is designated as trial, test or beta software. All OSIsoft Products will be delivered ex works or FOB OSIsoft. OSIsoft will deliver the then-current version of the OSIsoft Products. The rights granted in this Agreement and all risk of loss will transfer to Partner upon delivery of the OSIsoft Products. OSIsoft will replace copies of OSIsoft Products that are lost or damaged in transit without charging additional license fees. Orders submitted directly to OSIsoft will not be deemed binding on OSIsoft until an authorized representative of OSIsoft expressly accepts such Order in writing or until Partner receives the OSIsoft Products, whichever first occurs. Partner must notify OSIsoft prior to shipping any OSIsoft Product to a location other than the one specified in the applicable Order. Except for information necessary to place an Order, such as identification of the OSIsoft Product, quantity and other similar information, any terms and conditions of any Order that are inconsistent with or in addition to the terms and conditions of this Agreement will be deemed stricken from such Order. OSIsoft hereby expressly rejects such terms and conditions even if OSIsoft accepts such Order. OSIsoft reserves the right to refuse, cancel or delay shipment to Partner if Partner (i) fails to make any payment as provided herein or under the terms of payment set forth in any invoice or otherwise agreed to by OSIsoft, or (iii) otherwise fails to comply with the terms and conditions of this Agreement. OSIsoft also reserves the right to discontinue the distribution of any and all OSIsoft Products at any time and to cancel any orders therefor without liability of any kind to Partner or any other person. No such cancellation, refusal or delay will be deemed a termination (unless OSIsoft so advises Partner) or breach of this Agreement by OSIsoft.

ETAP OEM UPA Addendum Execution copy 8-26-2014

**Scully Decl. Page 033**
**Exhibit 3**

4. **Prices and Payment.**

4.1. **Current OSIsoft Prices**. Partner will pay the license fee amounts specified in **Schedule A**.

4.2. **Payment.** Payment of all fees and expenses pursuant to OSIsoft's invoices will be due and payable within ninety (90) days of the date of invoice. All fees are non-cancelable, non-contingent and non-refundable except as expressly stated in this Agreement. Partner will pay and send all amounts due to the address designated by OSIsoft in U.S. currency, free of all currency controls or other restrictions. All past due amounts will incur interest at a rate equal to the lower of 1.5% per month or the highest rate permitted by law, beginning as of forty (40) days after the applicable due date. Except for taxes paid by OSIsoft on its net income, all amounts due are net of, and Partner will be solely responsible for, any shipping charges, withholding, use, sales, value-added, import and any other taxes, fees, tariffs or duties associated with this Agreement or Partner's use of the OSIsoft Products.

5. **Public Announcements and Use of Marks.** OSIsoft will have the right to review and approve any public announcements regarding this Agreement, OSIsoft, or the OSIsoft Software prior to the announcement. With prior written notice from OSIsoft, Partner may use and agrees to use the trademarks, trade names, logos and designations OSIsoft uses for OSIsoft Software in connection with Partner's marketing of OSIsoft Software ("***OSIsoft Marks***"). Partner's use of OSIsoft Marks will be in accordance with OSIsoft's guidelines as provided to Partner by OSIsoft from time to time. Partner has paid no consideration for the use of OSIsoft Marks and Partner agrees that it will not at any time: (i) claim any right, title or interest in any OSIsoft Mark; (ii) register, seek to register, or cause to be registered any OSIsoft Mark, other than in OSIsoft's name and at OSIsoft's specific request; (iii) adopt and use any trademark, trade name, logo or designation that might be confusingly similar to any OSIsoft Mark; (iv) attach any other trademark, trade name, logo or designation to OSIsoft Software; or (v) use any OSIsoft Mark in connection with products other than the appropriate OSIsoft Software. Partner will assist OSIsoft, if requested and at OSIsoft's expense, to register OSIsoft's trademarks in OSIsoft's name in the Territory.

6. **Ownership and Confidentiality.** The OSIsoft Products are licensed, not sold, to Partner. Partner will not delete or alter any proprietary notices or labels appearing on or in the OSIsoft Products. Partner will not use or disclose the OSIsoft Products, any sales, marketing or technical information related thereto, or any materials created with reference to the OSIsoft Products including without limitation software, technology and benchmark tests ("***Confidential Information***") except as expressly permitted in this Agreement. "***Confidential Information***" shall also mean either party's non-public or proprietary technical information, future business plans, marketing strategies and product roadmaps that are marked as "Confidential" or with a similar legend. The discloser does not represent or warrant the accuracy or completeness of the information so disclosed or that the discloser will (or will not) make any products or services available. The entire risk arising out of the use of such Confidential Information remains with recipient. The discloser may change or cancel its plans at any time. Both parties will use all reasonable measures to maintain the confidence of all such Confidential Information, which measures in no event will be less than the measures that the parties take to protect their own confidential information of similar importance. These obligations shall be in addition to, not in lieu of, any other confidentiality obligations Partner may have pursuant to any other agreement currently in effect with OSIsoft. Confidential Information will not include information which: (i) is or becomes publicly available without fault of the receiving party; (ii) is independently developed by the receiving party without use or access to the Confidential Information; or (iii) was known to the receiving party prior to its receipt of the Confidential Information from the disclosing party and is not subject to other restrictions on disclosure or use.

7. **Indemnification**

7.1. **OSIsoft's Indemnification.** OSIsoft will defend, indemnify, and hold harmless Partner against any third party claim that OSIsoft Products as provided by OSIsoft infringe such third party's patents or such party's copyright or trade secret rights, and will pay any costs, damages and reasonable attorney's fees attributable to such claims that are finally awarded or paid in settlement in any such action. This obligation will be subject to the following terms and conditions:

(i) The obligation will arise only if Partner gives OSIsoft prompt notice of the infringement claim; grants OSIsoft, in writing, exclusive control over its defense and any settlement; and provides OSIsoft all reasonably necessary information and cooperation at OSIsoft's expense;

(ii) This obligation will not cover any claim that arises from: (a) use of any OSIsoft Product in combination with any hardware or software not developed by OSIsoft, if that claim could have been avoided but for such combination; (b) modification of any OSIsoft Products other than by OSIsoft; or (c) failure to use updated or modified versions of OSIsoft Products provided by OSIsoft to avoid a claim; and

(iii) THE PROVISIONS OF THIS SECTION 7.1 SET FORTH OSISOFT'S SOLE AND EXCLUSIVE OBLIGATIONS AND PARTNER'S SOLE AND EXCLUSIVE REMEDIES WITH RESPECT TO ANY CLAIMS OF INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS BY OSISOFT PRODUCTS.

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*           *Execution Copy*

If an infringement claim is asserted, or if OSIsoft believes one likely, OSIsoft will have the obligation: (a) to procure a license from the party claiming or likely to claim infringement; (b) to modify the OSIsoft Product to avoid the claim of infringement, or (c) if neither of the foregoing can be accomplished despite OSIsoft's reasonable efforts, then OSIsoft may terminate Partner's rights and OSIsoft's obligations hereunder with respect to such OSIsoft Products. And, to the extent partner is required to provide a refund to its end users, to pay to Partner an unamortized pro rata refund of the fees paid by Partner to OSIsoft for the applicable OSIsoft Product, depreciated on a 12 month straight line basis, commencing as of the date Partner received such OSIsoft Products.

**7.2. Distribution Indemnity.** Subject to the provisions of Section 7.1, Partner agrees to indemnify OSIsoft against any third party claims for loss, damage, liability, or expense (including, but not limited to, attorneys' fees) arising out of any acts or omissions of Partner in connection with its activities under this Agreement.

## 8. Warranties.

**8.1. *Limited Warranty*.** OSIsoft warrants that, for a period of one (1) year after delivery of the OSIsoft Products to Partner, the OSIsoft Products will, if properly installed on a computer platform with which OSIsoft Products are designed to operate, function substantially in accordance with documentation provided with such OSIsoft Products. As Partner's sole and exclusive remedy and OSIsoft's entire liability for any breach of the foregoing warranty, OSIsoft will, at its sole option: (i) repair or replace, at no additional charge to Partner, any OSIsoft Products which fail to meet this limited warranty, provided that OSIsoft is able to reproduce the error on a computer at OSIsoft's facilities; or (ii) if, despite using its reasonable efforts, OSIsoft is unable to repair or replace the OSIsoft Products, refund to Partner the applicable license fees paid for the nonconforming OSIsoft Products after Partner returns the nonconforming OSIsoft Products to OSIsoft. The limited warranty set forth herein shall automatically become null and void if a party other than OSIsoft modifies the OSIsoft Products in any way.

**8.2 *Warranty of Noninfringement*.** OSIsoft warrants that, the OSIsoft Products do not infringe on any third party's patent, copyright, trade secret or other proprietary rights.

**8.3. *Disclaimer of Warranty*.** EXCEPT AS EXPRESSLY SET FORTH IN SECTION 8.1 AND SECTION 8.2, OSIsoft MAKES NO WARRANTIES OF ANY KIND WITH RESPECT TO THE OSIsoft PRODUCTS, EITHER EXPRESS OR IMPLIED, AND OSIsoft EXPRESSLY DISCLAIMS ANY AND ALL SUCH OTHER WARRANTIES, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT AND QUIET ENJOYMENT. OSIsoft does not warrant that the OSIsoft Products will be error-free or that they will operate without interruption. No third party is authorized to increase the scope of the express warranties set forth in Section 8.1 or to makes any new warranties, either express or implied on OSIsoft's behalf.

## 9. Limitations of Liability.

**9.1.** REGARDLESS OF WHETHER ANY REMEDY SET FORTH HEREIN FAILS OF ITS ESSENTIAL PURPOSE OR OTHERWISE, IN NO EVENT SHALL OSISOFT BE LIABLE, WHETHER ARISING UNDER CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, BREACH OF WARRANTY OR OTHERWISE, FOR SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL LOSS OR DAMAGES OF ANY KIND INCLUDING, WITHOUT LIMITATION, LOST PROFITS EVEN IF OSISOFT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGES.

**9.2.** EXCEPT AS TO OSISOFT'S OBLIGATIONS PURSUANT TO SECTION 7.1, IN NO EVENT SHALL OSISOFT'S TOTAL CUMULATIVE LIABILITY HEREUNDER, FROM ALL CAUSES OF ACTION OF ANY KIND, WHETHER ARISING UNDER CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, BREACH OF WARRANTY OR OTHERWISE, EXCEED THE TOTAL AMOUNT PAID BY PARTNER TO OSISOFT HEREUNDER DURING THE 6 MONTHS PRECEDING THE CLAIM.

**9.3.** Partner acknowledges that OSIsoft has set its prices and entered into this Agreement in reliance upon the disclaimers of liability, the disclaimers of warranty and the limitations of liability set forth herein and that the same form an essential basis of the bargain between the parties.

ETAP OEM UPA Addendum Execution copy 8-26-2014

Scully Decl. Page 035
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                                                  *Execution Copy*

10.   **Term and Termination.**

**10.1. Term.**  This Agreement shall have the terms specified in **Schedule A**. Distributor's license to distribute the OSIsoft Products will automatically terminate upon any expiration (unless extended by OSIsoft) or termination of this Agreement.

**10.2. Termination for Cause.**  Either Party may terminate this Agreement by written notice to the other Party at any time in the event that the other Party is in breach of this Agreement and such breach continues unremedied for a period of thirty (30) days following written notice by termination Party, or the other Party becomes the subject of a petition in bankruptcy or any proceeding relating to insolvency, receivership, liquidation, or composition for the benefit of creditors.

**10.3. Effect of Termination or Expiration.**  Upon termination or expiration of this Agreement:
   (a)  The due dates of all outstanding invoices to Partner for OSIsoft Products will be accelerated automatically, and become due and payable on the effective date of termination or expiration, even if longer terms were previously provided.
   (b)  All orders or portions thereof remaining unshipped as of the effective date of termination or expiration shall automatically be canceled.
   (c)  For a period of two years after the date of termination or expiration, Partner shall make available to OSIsoft for inspection and copying all books and records of Partner that pertain to Partner's performance of and compliance with its obligations and representations under this agreement.
   (d)  Partner shall cease using any OSIsoft Mark.
   (e)  Partner shall return or destroy all of the OSIsoft Products and Confidential Information within its possession or control.

**10.4. Waiver of Damages.**  Partner has no assurance that its business relationship with OSIsoft will continue beyond the expiration of this Agreement, or any renewal hereunder, or its earlier termination as herein provided, or that Partner will obtain any anticipated amount of profits by virtue of this Agreement.  NEITHER OSISOFT NOR PARTNER WILL BE LIABLE TO THE OTHER FOR DAMAGES OR REPARATIONS OF ANY KIND INCLUDING INCIDENTAL OR CONSEQUENTIAL DAMAGES ON ACCOUNT OF A TERMINATION PURSUANT TO THE TERMS OF THIS AGREEMENT.

**10.5. Survival of Certain Obligations.**  OSIsoft's rights and Partner's obligations under Sections 2.10, 6, 7, 9, 10.3, 11, 12 and 13 will survive any termination or expiration of this Agreement.

**11.   Disputes and Governing Law.**  Any dispute arising out of or relating to this Agreement, including without limitation its existence, validity or termination, shall be referred to and finally resolved by arbitration under the Commercial Rules of the American Arbitration Association (the "**AAA**").  The arbitration panel shall consist of a single arbitrator experienced in the enterprise software industry, selected and agreed to by the parties.  If the parties cannot agree upon selection of an arbitrator, then the AAA shall appoint the arbitrator.  The place of the arbitration will be California.  The arbitration will be conducted in English.  The arbitrator shall apply the substantive law of California.  The arbitrator shall provide detailed written findings of fact and conclusions of law in support of any award. Judgment upon any such award may be enforced in any court of competent jurisdiction.  Notwithstanding the foregoing, OSIsoft may file an action in any court of competent jurisdiction to enforce its intellectual property rights in the OSIsoft Products without first submitting its claim to arbitration, and Partner hereby submits to the jurisdiction and venue of the federal or state courts located in California for this purpose. This Agreement will be governed by and construed in accordance with the laws of the State of California, excluding that body of law pertaining to conflicts of law and the United Nations Convention on Contracts for the International Sale of Goods.  The prevailing party in any action arising from or relating to this Agreement shall be entitled to recover all attorneys' fees and costs including, without limitation, arbitration fees and fees of experts.

**12.   Assignment, Independent Contractors, Notices, and Force Majeure.**  This Agreement will not be assignable by Partner, in whole or in part, without the written consent of OSIsoft and any attempt to assign this Agreement without such consent will be void.  Any attempted assignment, whether by operation of law, as a result of any change in control of the Partner or otherwise without complying with this Section shall be null and void. The parties to this Agreement are independent contractors and neither party will have the power to bind the other or incur obligations on the other's behalf without the other's prior written consent. No agency relationship between OSIsoft and Partner is created by this Agreement.  All notices required or permitted under this Agreement will be sent to the address specified above (or such other address specified by the receiving party) in writing and will be deemed effective upon receipt. Proof of delivery by a national delivery service shall be conclusive evidence of receipt. OSIsoft will not be responsible for any failure or delay in its performance under this Agreement due to causes beyond its reasonable control.

ETAP OEM UPA Addendum Execution copy 8-26-2014

Scully Decl. Page 036
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                                                      *Execution Copy*

**13.** **Entire Agreement, Waiver and Language.** This Agreement is the entire agreement between OSIsoft and Partner with respect to the subject matter hereof, superseding any prior agreements (except for agreements that pertain to trial or beta software and any fully executed nondisclosure agreements) or understandings related to any OSIsoft products or services. This Agreement cannot be amended except by a writing, which specifically references this Agreement and is signed by both parties. In no event will any purported amendment or agreement be binding on OSIsoft, unless executed by an OSIsoft officer. The failure by either party to enforce any provision of this Agreement will not constitute a waiver of future enforcement of that or any other provision. The parties hereto have agreed that this Agreement and any documentation, agreements and/or correspondence ancillary thereto be written in English. Les parties aux présentes ont exigés que ce contrat et toute documentation, convention et/ou correspondance pouvant y être acessoire soient rédigés en anglais. This Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the Effective Date through their duly authorized representatives. Each individual signatory below hereby represents and warrants that they have full corporate power and authority to execute this agreement and bind the respective parties to the terms and conditions of this Agreement.

**OSIsoft, LLC**                                             **Partner**

Signature: _Martin Otterson_                           Signature: _____

Name: Martin Otterson                                  Name: Shervin S. Shokooh_____

Title: SVP Sales, Marketing & Industry          Title: Chief Operating Officer_____

9/12/2014



ETAP OEM UPA Addendum Execution copy 8-26-2014

Scully Decl. Page 037
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                          *Execution Copy*

<u>Schedule A</u>
**Partner Program OEM Addendum**

This Schedule is made pursuant to, forms part of and is governed by the certain Partner Program OEM Addendum (the "Addendum"), which Addendum is an addendum to and forms part of the Umbrella partner Agreement # <u>1017706</u> between OSIsoft, LLC ("OSIsoft") and Operation Technology, Inc. ("Partner") with an effective date of <u>November 4, 2013</u>.

## Territory, Products and Pricing

### 1. <u>Territory</u>

Worldwide where permitted by law

### 2. <u>OEM Products.</u>
ETAP® Power Simulator; and
ETAP® Real-Time™ power management platform

### 3. <u>OSIsoft Products</u>

Listed below are the OSIsoft software and services that OEM will be authorized to distribute in accordance with this Addendum.
Tag sizes available PI High Availability (HA) Server – only the sizes listed below
- 1K, 2K, 3K, 4K, 5K, 7K, 10K, 15K, 20K, 25K, 30K
  - For projects requiring sizes larger than listed OSIsoft will provide quotations on a case by case basis or if mutually agreed to OSIsoft and ETAP will have a joint pursuit with each selling their own solution.
- Number of client connections allowed – 8 total connections of any combination of PI Client tools – ProcessBook, DataLink and CoreSight
- <u>PI Server restricted to ETAP Products only – no Balance of Plant data</u>
- High Availability  - Includes as Standard
- 3 ea Standard interface as defined in the definitions page attached.



Scully Decl. Page 038
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                                 *Execution Copy*

**4. Development Licenses.**

*Development and Demonstration Copies.* OSIsoft will provide Partner with up to five (5) license fee-free timed-out demonstration licenses, the components of which will be later defined upon mutual agreement, of the OSIsoft Products

ETAP OEM Addendum- Schedules Execution Copy  - 9-04-2014.doc

Scully Decl. Page 039
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                                                  *Execution Copy*

("**OSIsoft Demo Products**") for Partner's use in sales demonstrations and development/testing of the Bundled System. In no event will Partner distribute such OSIsoft Demo Products to any third party.

- o   This type of OSIsoft Software is provided solely for Partner's internal development and support purposes on a single computer. Such OSIsoft Software cannot be used in production or otherwise used to process any data generated from Partner or its end user's business operations.
- o   These systems will be renewed annually for the term of this Addendum to ensure that Partner is developing on the latest OSIsoft technology.

## 5. Technical Standards

Partner will ensure that the OEM Product meets the following technical standards:

- 100% of the data streams be delivered to end users preconfigured and maintained by the OEM Product;
- Partner agrees to deliver to its current customers all OSIsoft updates within 12 months to ensure that the OEM Products are maintained and up-to-date;
- Partner agrees to deliver the most current OSIsoft Software within 6 months of any new releases or OSIsoft updates to ensure that the OEM Products are up-to-date.
- The OEM Product shall be designed such that configuration changes of components external to the OSIsoft Products are automatically updated in real time and propagated to the OSIsoft Products;
- End User has 100% visibility into any OSIsoft Product data that is stored in the OEM Product system subject to the security configuration set by the Partner;

## 6. Upgrades

Upgrades to the next server size can be accomplished only when the end user is current on OSIsoft's Software Reliance Program ("SRP") and pays the difference in cost between the two sizes.

## 7. Maintenance

The first 18 months of SRP will be included in the aforementioned license fees. Thereafter, SRP subscription fee is based upon 20% of the net price paid by Partner for the PI System per the Price Schedule in Section 3 above.

## 8. Term.

This Agreement will begin on the effective date of this OEM Addendum and will remain in effect for a term of three (3) years (unless extended by OSIsoft in writing) or earlier terminated in accordance with the terms of this Agreement.

## 9. Order Procedure

Orders must be submitted to OSIsoft, LLC through any of the following methods:

- Via Email to: orders@osisoft.com
- Via fax to:1-510-357-8136  Attention: Orders
- Via Mail:
  OSIsoft, LLC  Attn:  ORDERS  1100 San Leandro Blvd. 2nd FL  San Leandro, CA 94577

All orders shall include the OEM Customer /PO information which will be:

- o   End User's complete legal name
- o   End User's  address – street, city, state, country
- o   Primary contact name
- o   Phone number or e-mail address
- o   OEM download contact

ETAP OEM Addendum- Schedules Execution Copy  - 9-04-2014.doc

Scully Decl. Page 040
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*          *Execution Copy*

## Schedule B
### Partner Program OEM Addendum
### OEM Partner Program Obligations and Benefits

### Table 1 – Partner's Obligations

| Partner | Description |
|---|---|
| **Annual Program Fee** | Year 1- One thousand five hundred U.S. dollars ($1500). One V-Campus seat is included as part of the Program Fee. |
| **Minimum Annual Commitment** | **Waived** *Year 1—No Minimum*<br><br>Thereafter, forecasts will be conducted at the annual contract review meeting and this commitment will be revisited. |
| **Launch Plan** | Within 30 days of signing the contract both parties will jointly develop a launch plan to inform and educate both OSIsoft and Partner reading new agreement and the affects it will have on:<br>• Our customers<br>• Our Market<br>• Our sales efforts<br>• Other as needed<br>This launch plan will be developed and shown to both companies within 30 days of signing the agreement. |
| **Business Plan** | Companies will jointly develop a Business Plan within thirty (30) days of the Effective Date, and annually thereafter. The Annual Business Plan will include:<br><br>• The Companies' joint material objectives resulting from the partnership<br>• Specific actions that each party will undertake to achieve those objectives<br>• A description of Companies' targeted marketing described in a marketing plan, marketing development fund commitment and spending plan<br>• Channel strategies and objectives<br>• Identification of Companies' resources by skill type and training/certification level; training roster; and other areas for cooperation |
| **Training Plan** | Companies agree to provide on-going sales and technical training at least once per year, and more if necessary to meet customer demand. Companies agree to waive all fees associated with partnership programs and applicable training. Companies will jointly develop a Training Plan within thirty (30) days of the Effective Date, and annually thereafter. The Training Plan will include:<br><br>• Each party's business objectives for each contract year and specific |

ETAP OEM Addendum- Schedules Execution Copy - 9-04-2014.doc

Scully Decl. Page 041
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                                 *Execution Copy*

|  | |
|---|---|
|  | training courses or content that will support those objectives.<br>• Specific individuals or roles and training syllabus that will convey the skills needed to be successful.<br>• Custom reports that show training progress toward agreed milestones. |
| **Positioning Paper and Marketing Program** | Positioning paper that defines the relationship between OSIsoft and Partner and outlines how Partner's products and/or services fit into the OSIsoft product family. Partner will ensure that such paper remains complete, accurate and up to date. Marketing Program that defines the activities that Partner plans in order to promote OSIsoft products. |
| **Relationship Manager** | Companies will each name a Technical and Commercial Relationship Manager (s) to manage the parties' activities under this SPA. Relationship Managers will have overall responsibility for managing and coordinating the performance of each party's obligations and are authorized to act for and on behalf of their respective party with regard to all matters relating to this agreement |
| **Quarterly Activity Report** | The report must include Partner's win/losses and pipeline for the next quarter. |
| **Annual Review** | Partner Managers will coordinate an annual review to be held within 3 months of the anniversary date of the signing of the agreement. The purpose of this meeting is to review the business plan for and results from the prior year as well as plan for the upcoming year. |

ETAP OEM Addendum- Schedules Execution Copy  - 9-04-2014.doc

Scully Decl. Page 042
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*　　　　　　　　　　　　　　　　　　　　　　*Execution Copy*

### Table 2 – OSIsoft Program Benefits

| OSIsoft Program | Description | Conditions |
|---|---|---|
| OSIsoft Partner Web Listing | Listing on OSIsoft's Partner page. | Included in Program Fee |
| Sales Support | PowerPoint presentations, flash media presentations, and demonstrations. | Solely at OSIsoft's discretion, and will be based on a well-defined sales plan. |
| OSIsoft Development Community Membership | Partner must maintain a current subscription to OSIsoft's Development Community at all times. | Partner's current OSIsoft Virtual Campus Subscription as of execution of the Addendum. Upon expiry of aforementioned OSIsoft Virtual Campus subscription, 1 seat will be included in the Program Fee. |
| OSIsoft Marketing and Sales Collateral | Select OSIsoft brochures, PowerPoint Presentations and marketing materials | PDF provided free of charge. Hard copy format at OSIsoft's cost. |
| Technical Training | The current OSIsoft curriculum is listed at training.osisoft.com. | OSIsoft Facilities Training Discounts of 50%. Other venues availability and pricing through mutual agreement only. |
| Access to OSIsoft Technical Support | 24 X 7 worldwide support by phone, email, or Web. | <u>40 calls per year</u> included in Program Fee |
| Access to OSIsoft Partner Solution Architect | OSIsoft will provide architecture guidance. | Included in Program Fee |
| Access to OSIsoft University | OSIsoft will provide, when available, access to PI System sales and marketing training. | Included in Program Fee |
| Use of OSIsoft Partner Program Branding | Partner may use OSIsoft Partner Program branding may be used per guidelines and according to the terms in section 2.2 of the UPA agreement | Included in Program Fee |
| OSIsoft Users Conference Discount | Partner shall receive 25% discount for attendees registration fees for annual OSIsoft User Conference for up to 2 attendees | Included in Program Fee |
| Opportunity to Sponsor OSIsoft events | Partner will be made aware of a variety of PI Users conference fee-based sponsorship opportunities and may participate as desired | Included in Program Fee |
| Training | 50% discount on all training products | Included in Program Fee |

ETAP OEM Addendum- Schedules Execution Copy  - 9-04-2014.doc

Scully Decl. Page 043
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                        *Execution Copy*

<div align="center">

**Schedule C**
**Partner Program OEM Addendum**
**OEM Partner Training**

</div>

1.      **Training**

    1.1.      Partner agrees to maintain the level of trained personal according to the terms of this Agreement.

    1.2.      Partner and OSIsoft agree to jointly develop and complete a TRAINING PLAN so that Partner engineers can, in accordance with the specifics of their architecture, install, maintain, and troubleshoot the PI System.   This TRAINING PLAN can be accomplished using OSIsoft's courses and content, Partner developed courses and content, or any combination

    1.3.      The TRAINING PLAN will include, but is not limited to:

        1.3.a.      Defined roles of individuals to be trained;

        1.3.b.      Courses and training content designed to bring a proficiency based on role (training path);

        1.3.c.      Technical Support training tailored to troubleshoot the most common customer support issues;

        1.3.d.      Field Services best practices, possibly involving accompanying OSIsoft's field service technicians in real field scenarios;

        1.3.e.      Sales and Marketing messaging (as needed);

        1.3.f.      Knowledge metrics indicating successful mastery;

        1.3.g.      Milestones indicating completion dates for each role.

    1.4.      OSIsoft agrees to provide training in accordance with the list pricing less 50% unless otherwise noted.

OSIsoft will make available all course materials for Partner to use and re-brand for their own courses.  Partner may use course materials in training designed for and delivered to their customers as long as the materials are provided free of charge.

ETAP OEM Addendum- Schedules Execution Copy  - 9-04-2014.doc

**Scully Decl. Page 044**
**Exhibit 3**

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                    *Execution Copy*

## Definitions –
### subject to change as product evolves

Below Please find standard definitions of terms used in this addendum:

PI Server- The PI Server is the engine that stores and organizes your data.  The PI Server brings the data collected by PI System Interfaces into a single system, secures the data, and delivers it to authorized users.  The PI Server collects high-speed real-time data even at sub second speeds.  The PI Server uses the least amount of disk space possible to store data while still providing excellent data fidelity.  You can retrieve data— no matter how old—quickly, accurately, and securely.  Our customers keep years of data online in the PI Server.  Many of our customers have all of their data online—in many cases over ten years of data.  The only thing that limits the amount of historical data that you can keep online and available to your users is the capacity of your disk storage space.

PI Data Archive stores time stamped data.  It can store data for up to 20 million tags and capture hundreds of thousands of events per second.  It can provide up to millions of time-stamped events per second to thousands of concurrent client application connections.  Typical queries take just a few seconds to retrieve millions of time-stamped events from the PI Data Archive.

PI Asset Framework stores metadata in a Microsoft SQL database.  With PI Asset Framework, you define consistent representations of organizational assets and equipment and use the representations in simple or complex analyses.  You can configure an asset model to organize and structure PI System data and other data according to objects that your users are most familiar with, such as physical objects in production processes.  You can define and build connectivity models that reflect the process flow between assets.

PI System Access gives you access to PI System data and lets you develop custom applications and integrate PI System data into other products and business systems.

PI System Management Tools is a set of easy-to-use, Windows-based graphical applications to administer the PI System.

Interfaces - The flow of real-time data to the PI System starts from a DCS, PLC, SCADA, SAP, HVAC system, or other source.  OSIsoft has a well-earned reputation for providing the highest quality interfaces in the industry.  We have developed over 400 standard interfaces that collect data from devices, control systems, and supervisory systems.  PI System Interfaces provide connectivity to all major automation vendor systems and support popular standards including C37.118, OPC, Modbus, OLEDB, SNMP, BACnet, TCP/IP, SOAP, and Web Services, to name a few.

PI Interfaces create high-speed links to data sources to provide real-time, fault-tolerant data to the PI Server.

•Native Interfaces are customized interfaces to collect data directly from equipment, control systems, and supervisory systems.

•PI OPC Clients allow applications to access OPC compliant plant floor process data in a consistent manner.

•PI Manual Logger lets you manually record data on PCs and mobile devices.

•The PI Interface for Relational Database (PI RDBMS Interface) transfers data to and from the PI System and any relational database management system that supports Open Database Connectivity (ODBC) drivers.

•The PI Interface for Universal File and Stream Loading (PI UFL Interface) parses data in various ASCII file formats and stores the data in the PI System.  A configuration file controls how the interface parses the data files and stores data to the PI System.

Clients - PI ProcessBook is an easy-to-use display interface to the PI System.  Users can create, modify, and enhance displays without using consultants or custom code.  PI ProcessBook is an off-the-shelf product with a Microsoft-style GUI interface and extensive design tools.  PI ProcessBook includes a symbol library with over

ETAP OEM Addendum- Schedules Execution Copy  - 9-04-2014.doc

Scully Decl. Page 045
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                                              *Execution Copy*

3,000 images that feature configurable fill styles and orientation options. PI ProcessBook supports smart connections between design elements. As symbols are moved, the lines connecting them automatically move as well. PI ProcessBook supports multistate symbols that change color, flash, or disappear based on tag values and parameters that you define. PI ProcessBook displays can include layers, so elements in a display can be viewed or made invisible as layers are toggled on and off. With PI ProcessBook, you have a robust and easy-to-use design environment.

PI DataLink is an add-in to Microsoft Excel that creates a direct, bi-directional connection between Excel and the PI System. With PI DataLink, users have access to all of their PI System data and they can use that data with the familiar and powerful analytic capabilities of Microsoft Excel. PI DataLink makes tasks such as data gathering, reporting, modeling, analysis, forecasting, and process planning fast and easy.
Thin Clients
PI DataLink Server makes PI DataLink spreadsheets available to web users. From the web, users can refresh data, specify tags and time ranges using parameters, and share workbooks.

PI Coresight is a web-based tool that gives users access to all PI System data. PI Coresight includes integrated searching, intuitive controls, a streamlined user interface, and powerful visualization tools that let you perform ad hoc analysis, discover answers, and share your insights with others.

High Availability - The PI System is fundamental to the operational strategy of global leaders in manufacturing, energy, utilities and other process industries, where access and visibility into mission critical data is paramount to the success of many initiatives including compliance, energy management and performance improvement. Even in a simple configuration, there are unavoidable conditions that can trigger data loss or render data inaccessible. While the PI System can prevent data loss during planned maintenance, lack of access to data during a maintenance period may be unacceptable for the user who depends on timely access to that data. Unplanned downtime represents another potential source of data loss. Cables become exposed, network issues occasionally surface and other situations may arise that can bring down a system momentarily or until such time as a failure is detected and repaired. With HA, there is greater assurance that data will always be gathered, stored and available to everyone across the organization. Existing OSIsoft customers can upgrade from PI to PI HA using point-and-click tools that leverage existing operational investments and infrastructure. The main technical features of HA are:
PI Server replication – PI Servers, including a primary and one or more secondary servers, are installed in a configuration referred to as a "collective" which creates a redundant environment. The PI Server configuration tables are replicated across the collective.
Interfaces – All interfaces write time-series data directly to all members of the collective, buffering data temporarily for those unable to receive it for a period of time and assuring that time-series data stored in each archive is an exact duplicate of the others.
Failover – If a server failure occurs, client sessions and requests are transparently moved to a live server without user or system administrator intervention. HA also provides enhanced interface failover where interfaces will automatically and seamlessly failover from one interface to another in the event of hardware failure or a communication error. Interface failover consists of two schemas, Phase 1 Failover and Phase 2 Failover. A given interface typically will only support a single method of failover which is optimized for interface and system behavior. If multiple methods of failover are supported, the interface manual will discuss the circumstances under which each failover type should be used.
Phase 1 Failover uses the data source itself to synchronize failover operations and provides a hot failover. With Phase 1 Failover, no data will be lost in the event of a single point of failure. For this option, the data source

ETAP OEM Addendum- Schedules Execution Copy - 9-04-2014.doc

Scully Decl. Page 046
Exhibit 3

DocuSign Envelope ID: 5AC45806-02DA-45EA-B74F-3C66FE5BBCB6

*OSIsoft Confidential*                                                                    *Execution Copy*

must be able to communicate with and provide data to two interfaces simultaneously. Additionally, the failover configuration requires the interface to support outputs.

Phase 2 Failover uses a shared file to synchronize failover operations and provides for hot, warm, or cold failover. With Phase 2 Hot Failover, no data is lost in the event of a single point of failure. With Phase 2 Warm or Phase 2 Cold Failover, a small period of data loss should be expected during a single point of failure transition. Many PI Interfaces can now be started without a connection to the PI Server.

SRP - The OSIsoft Software Reliance Program protects and enhances our customers' investment in the PI System with these benefits:

Phone, email, and web-based technical support available 24 hours a day, year-round.

Access to the OSIsoft support website for the latest product documentation, release notes, product announcements, patches, alerts, and a searchable knowledge base to help users increase their product knowledge, learn about new features, and resolve technical issues.

Access to the technical support RSS feed so you can stay up-to-date with our most recent product releases or bug announcements.

Updates to installed products that add value and help keep users current with expanding and changing technology.

Access to YouTube "Show Me How" real-time videos designed to help you get more value from your system.


PSA - PI System Access enables users to access all data in the entire PI System, from anywhere, using applications developed on or integrated with any of the PI Data Access products. PSA is licensed in two parts. The user product is licensed like other client products. The developer product is a part of the OSI vCampus subscription.

PI Data Access tools include four families; native Software Development Kits (SDK), SQL based tools including PI OLEDB Enterprise, PI OLEDB Provider and PI JDBC Provider, Web Services, and OPC DA/HDA Servers. Many of these PI Data Access tools are based on industry standards. PI System Access client benefits include: Based on open, industry standards. Data access tools are based on the industry standards.

Access the PI System as a relational database. View the PI System as a relational database, through the use of SQL queries.

Access all types of data. Access real-time and historical time-series PI System data, as asset metadata in the PI Asset Framework (AF), and event data in PI Notifications and PI Event Frames.

Access PI System data from anywhere. Access PI Servers inside and outside the organization from multiple locations (e.g. office, home, mobile), through the PI System Access (PSA) licensing model.

ETAP OEM Addendum- Schedules Execution Copy  - 9-04-2014.doc

Scully Decl. Page 047
Exhibit 3

# EXHIBIT 4

 OSIsoft.

Worldwide Locations • Tech Support • Learning • PI Square Community

| Software & Support | PI System Value | Partners | Events | Resources | Company | Regional |

Search 

## ETAP and OSIsoft Partner to Enable Real–time Data Infrastructure for Power and Energy Operations

*Industry leaders come together, integrating OSIsoft's PI System and ETAP's Power Management system platform*

**San Leandro and Irvine, CA, USA – September 22, 2014** - – Today OSIsoft, the producer of software data infrastructures for real-time operational intelligence, and ETAP, provider of comprehensive enterprise software solutions for electrical power systems, announced a strategic partnership that will enable customers to gain greater operational insights in real-time.

With this partnership, ETAP will offer the OSIsoft PI System with the ETAP Real-Time™ power management solution for continuous monitoring, predictive simulation, optimization, automation and control of electrical power systems for utilities, smart cities, process industries, mission critical facilities, micro-grids, government operations and more.

"This partnership will bring significant value to our mutual customers as it will demonstrate how real-time data can help organizations solve new challenges and thrive in this ever-changing business landscape," said Martin Otterson, OSIsoft Senior Vice President of Sales, Marketing and Industry.

"ETAP's model-driven power systems solution provides online analytics and predictive simulation to ensure intelligent situational awareness." said Shervin Shokooh, Chief Operating Officer of ETAP. "These real-time decision making processes are particularly data-intensive hence, an effective real-time data infrastructure and event management such as PI System is critical for ensuring that data is available, fast and reliable."

**About ETAP** Founded in 1986 and headquartered in Irvine, Calif., ETAP is the global market and technology leader in electrical power system modeling, design, analysis, optimization, and predictive real-time solutions. The Company's software technologies ensure that power systems are designed for optimal reliability, safety, and energy efficiency; when deployed in real-time mode, they enable organizations to manage energy as a strategic asset, maximize system utilization, lower costs, and achieve higher levels of financial stability. To date, tens of thousands of licenses of the Company's ETAP and ETAP Real-Time products have been used in demanding generation, transmission, distribution, and industrial power system projects around the world. Visit etap.com for more information.

**About OSIsoft, LLC** OSIsoft, a global leader in operational intelligence, delivers an open enterprise infrastructure to connect sensor-based data, operations and people to enable real-time and actionable insights. As the maker of the PI System, OSIsoft empowers companies across a range of industries in activities such as exploration, extraction, production, generation, process and discrete manufacturing, distribution and services to leverage streaming data to optimize and enrich their businesses. For over thirty years, OSIsoft customers have embraced the PI System to deliver process, quality, energy, regulatory compliance, safety, security and asset health improvements across their operations. Founded in 1980, OSIsoft is a privately-held company, headquartered in San Leandro, California, U.S.A, with offices around the world. For more information visit www.osisoft.com

**MEDIA CONTACTS:** Kellie Vahlsing
OSIsoft, LLC
Tel: +1 (510) 877-4419
Email: kvahlsing@osisoft.com

Jim Neumann
ETAP
Tel: +1 (949) 900-1066
pr@etap.com

Careers | Privacy | Site Map | Copyright | Contact Us

   

**Scully Decl. Page 049**
**Exhibit 4**

# EXHIBIT 5

## REDACTED VERSION

From:     Craig Diffie
Sent:     Mon 2/16/2015 6:13 AM (GMT-08:00)
To:       'Frank Kling'
Cc:
Bcc:
Subject: RE: Teaming on the ███████ Energy Security Microgrid Project (P-906) - OSIsoft PI System

Frank,

      Thanks for the note.  Please let me know when you start to think about your data needs.  It would be good to find a way to team with ETAP.

                           Craig

**From:** Frank Kling [mailto:frank.kling@etap.com]
**Sent:** Friday, February 13, 2015 5:53 PM
**To:** Craig Diffie
**Subject:** RE: Teaming on the ███████ Energy Security Microgrid Project (P-906) - OSIsoft PI System

*Thanks Craig, We are investigating partners for this project.*

## *Frank Kling*

Director - Business Development & Strategic Alliances

**ETAP**
17 Goodyear, Suite 100
Irvine, CA 92618
USA

frank.kling@etap.com

(949) 900-1014 direct
(949) 462-0100 main
(949) 735-8804 mobile
(949) 462-0200 fax
*etap.com*

============================================
Operation Technology, Inc. – ETAP Group of Companies.This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the  intended recipient of this message, you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this message in error, please contact the sender. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.

============================================================

**From:** Craig Diffie [mailto:cdiffie@osisoft.com]
**Sent:** Friday, February 13, 2015 9:17 AM
**To:** Frank Kling
**Cc:** Craig Diffie
**Subject:** Teaming on the ████████ Energy Security Microgrid Project (P-906) - OSIsoft PI System

Frank:

Based on past work Operation Technology, Inc has done in the microgrid space, you are probably working on a proposal for the ████████ opportunity.  As you consider your team and the required capabilities stack, I recommend and ask that you consider data requirements.

OSIsoft provides the PI System software data infrastructure, and we strongly believe that data is foundational and an RoI multiplier in a microgrid project of this size and scope.

In microgrids, the PI System data infrastructure will:

- Connect to a wide variety of disparate hardware and software systems (including the cited SCADA & AMI systems) to make operational data available and interoperable
- Aggregate data at the high speeds and large volumes generated in an operational microgrid
- Provide structured data and associated analysis and calculation engines for operator displays, notifications, alarms, and management dashboards
- Augment and reinforce control system functionalities for situational awareness, grid optimization, and enhanced maintenance capabilities
- Connect to required external data sources and applications such as current weather and demand-based pricing signals, operational utility data (many including SDG&E and CAISO already use PI), and maintenance management systems
- Provide a robust store of historical microgrid data for baselining, trending, analysis, operational and financial forecasting, and compliance reporting

OSIsoft has current work in a number of microgrid projects including Borrego Springs (I &II), ComED/ITT (DoE FOA-997), University of California San Diego, and the Navy SAMES ESTCP with NAVFAC SW.  We have briefed the Energy Management team at ████████ on the benefits of a data infrastructure in microgrids to positive feedback.

We will not lead a proposal response for the ████ Microgrid opportunity – but we would like to support a strong team. If you'd like to discuss having OSIsoft and PI in your response – and schedule a more detailed technical discussion on PI's capability – please contact me.  If you will play a subcontractor role on a team that is forming, I would ask that you forward this message to your team's prime/proposal lead.

Craig

**Craig Diffie** | Account Executive – Navy/Marine Corps | (703) 371-3231 (M) | cdiffie@osisoft.com

# EXHIBIT 6

# REDACTED VERSION

Scully Decl. Page 053
Exhibit 6







# 2015 Channel Team Meeting

Presented by **Channel Team**

Scully Decl. Page 054
Exhibit 6

# 2015 Goals



Empowering Business in Real-time.

Scully Decl. Page 055
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

2

# 2015 Goals (cont'd)

Scully Decl. Page 056
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

Empowering Business in **Real-time.**

# Workstreams



Scully Decl. Page 057
Exhibit 6

# Revenue Summary

Scully Decl. Page 058
Exhibit 6
© Copyright 2014 OSIsoft, LLC.



# Revenues:



Empowering Business in Real-time.

© Copyright 2014 OSIsoft, LLC.

Scully Decl. Page 059
Exhibit 6

6

# Connected Services Revenues



© Copyright 2014 OSIsoft, LLC.

Scully Decl. Page 060
Exhibit 6

# Revenue Summary

| Account | 2014 | 2015 Target | 2015 (YTD) | | Account | 2014 | 2015 Target | 2015 (YTD) |
|---------|------|-------------|------------|--|---------|------|-------------|------------|
| ETAP | | $100,000 | $0 | | | | | |

Scully Decl. Page 061
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

OSIsoft.   Empowering Business in Real-time.

# Reality….



Scully Decl. Page 062
Exhibit 6

# 4Q 2015



Scully Decl. Page 063
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

OSIsoft.   Empowering Business in Real-time.

# 2016 Forecast



Scully Decl. Page 064
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

Empowering Business in **Real-time.**

# 2016 Targets

| Account | 2014 | 2015 Target | 2015 (YTD) | 2016 Target |
|---------|------|-------------|------------|-------------|
| ETAP |  | $100,000 | $0 |  |

OSIsoft.   Empowering Business in Real-time.

© Copyright 2014 OSIsoft, LLC.

# 2016 Targets

Scully Decl. Page 066
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

 OSIsoft. Empowering Business in Real-time.

# Channel Team Future

Scully Decl. Page 067
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

**OSIsoft.** *Empowering Business in Real-time.*

# 2016



Scully Decl. Page 068
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

OSIsoft.   Empowering Business in **Real-time.**

# 2016



# Channel Organization



Scully Decl. Page 070
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

OSIsoft. Empowering Business in Real-time.

# Channel Organization



Empowering Business in Real-time.

© Copyright 2014 OSIsoft, LLC.

Scully Decl. Page 071
Exhibit 6

# Connected Services



Scully Decl. Page 072
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

# Global Coverage





Scully Decl. Page 073
Exhibit 6

# Partner Definitions



Scully Decl. Page 074
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

Empowering Business in Real-time.

# Partner Categories

Scully Decl. Page 075
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

22



# Partner Categories



Scully Decl. Page 076
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

# Internal Challenges Limiting Success



Empowering Business in **Real-time.**

© Copyright 2014 OSIsoft, LLC.

Scully Decl. Page 077
Exhibit 6

# Internal Challenges Limiting Success



**Scully Decl. Page 078**
**Exhibit 6**
© Copyright 2014 OSIsoft, LLC.

Empowering Business in Real-time.

# Internal Challenges Limiting Success



Empowering Business in Real-time.

© Copyright 2014 OSIsoft, LLC.

Scully Decl. Page 079
Exhibit 6

# Competitive Threats



Scully Decl. Page 080
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

# Competitive Threats



© Copyright 2014 OSIsoft, LLC.

# Competitive Threats



Scully Decl. Page 082
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

# Competitive Threats



© Copyright 2014 OSIsoft, LLC.

OSIsoft. Empowering Business in Real-time.

# Amy IS



Scully Decl. Page 084
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

# Standard Operating Procedures



# Alignment



Scully Decl. Page 086
Exhibit 6
© Copyright 2014 OSIsoft, LLC.

Empowering Business in Real-time.

# Reporting and Tools



Empowering Business in Real-time.

© Copyright 2014 OSIsoft, LLC.



# Thank you

© Copyright 2014 OSIsoft, LLC.

777 Davis St., San Leandro, CA 94577

Scully Decl. Page 088
Exhibit 6

# EXHIBIT 7

Scully Decl. Page 089
Exhibit 7

Copyright 2009 Business Wire, Inc.
Business Wire

April 14, 2009 Tuesday 12:30 PM GMT

**DISTRIBUTION:** Business Editors; Technology Editors

**LENGTH:** 970 words

**HEADLINE:** EDSA, **OSIsoft** Announce Successful Integration of Paladin **Power Analytics**
Applications with the PI System

**DATELINE:** NEW YORK

**BODY:**

EDSA Micro Corp. ( www.edsa.com ), and **OSIsoft**, Inc. ( www.**osisoft**.com ) today announced
that they have completed and validated the technical integration between EDSA's Paladin®
**power analytics** platform, and **OSIsoft's** PI System(TM) for high-performance data
integration in a live customer environment.

The completed solution is being deployed in an undisclosed customer's facility by EDSA's
European partner, Unitech Power Systems of Stavanger, Norway, on a free-standing,
operationally autonomous, offshore oil platform located in the North Sea. Effectively a "data
center that drills," it is a completely self-sustaining "microgrid" with electrically-controlled
drilling, process control, stabilization, communications, and environmental systems that can
fluctuate dramatically, depending on weather, currents, and other factors. It is equally
applicable to data centers, network operations centers, power grids, and other mission-critical
facilities where power problems could have costly or catastrophic consequences.

Technology Overview

Together, the combined EDSA-**OSIsoft** solution gives customers the means to capture,
aggregate and expertly assess all of the operational complexities occurring in real-time
throughout their electrical power infrastructure. In the case of EDSA, its Paladin family of power
systems applications serves two vital purposes:

- Paladin® DesignBase(TM) is the industry's most powerful and productive CAD modeler
  for the design, simulation, and analysis phase. It helps to ensure that a power system is
  "Perfect on Paper" before construction, by validating operational system performance at
  both the micro- and macro-levels.
- Paladin® Live(TM) takes the DesignBase model and enables it to be re-deployed in "live"
  mode, so it can continually probe for deviations between the "as-designed" system
  specifications and actual operating parameters. The instant the slightest deviations are
  detected, they are rigorously diagnosed... alerting facility staff to the nature of potential
  problems that could ensue, and their resolution.

**OSIsoft's** PI System brings all operational data into a single system that can deliver it to users
at all levels of the company, from the plant floor to the enterprise level. It keeps business-
critical data always online and available in a specialized time-series database by:

**Scully Decl. Page 090**
**Exhibit 7**

- Gathering event-driven data, in real-time, from multiple sources across the plant and/or enterprise
- Applying advanced analytical calculations and business rules to contextualize and analyze this data
- Configuring smart and thin client tools to distribute and visualize knowledge/ information to display critical operational metrics and integrate the user experience across different roles within the enterprise.

Together, the two technologies ensure that important data does not escape notice, and that all data are expertly assessed and actioned to identify both impending problems and opportunities for system enhancement.

"With today's announcement, EDSA and **OSIsoft** are proving that what many vendors call their 'Next Generation' technology we are deploying today," said Mark A. Ascolese, Chairman & CEO of EDSA. "We are very pleased and impressed with the efforts shown by our friends at **OSIsoft**, and we would like to thank our mutual customer for their technological vision... and their commitment to bringing this exciting new technology to bear."

"We at **OSIsoft** are very excited that EDSA has chosen to join our vCampus Partner Program to leverage the PI System infrastructure to connect the data found in the Paladin Live environment," said John J. O'Shea Senior Vice President **OSIsoft** Inc. "By integrating these two technologies and leveraging the power of the PI System, this collaboration allows customers to access large amounts of power systems information in real-time, while maintaining a complete data history, enabling clear understanding of the reliability, capacity, energy efficiency, and system health of the electrical power infrastructure at all levels of the enterprise."

About EDSA Micro Corporation

EDSA develops software solutions for the computer-aided design, modeling, real-time analysis, energy management, and preventative maintenance of complex electrical power systems. For more than 25 years, the Company's Paladin® software products have been used in thousands of commercial, industrial, governmental, and military applications worldwide, to protect more than $100 billion in customer assets, while reducing their energy consumption. Headquartered in San Diego, Calif., the Company maintains sales, distribution, and support offices around the world. For more information about EDSA and its products, visit www.edsa.com .

About **OSIsoft**

For over 25 years the PI System created by **OSIsoft**-installed at more than 14,000 sites around the world- has enabled users to derive significant business value from manufacturing and operational data. The **OSIsoft** PI System empowers business in real time by delivering information wherever and whenever it is needed to make good decisions. It functions as an enterprise infrastructure to enable a consistent view of plants and to leverage information for a competitive advantage. In sectors as varied as the process industries, energy, utilities, life sciences, data centers and manufacturing, PI users rely on it to manage assets, mitigate risks, improve processes, drive innovation and make business decisions. Founded in 1980, **OSIsoft**, Inc. is headquartered in San Leandro, Calif., with operations worldwide and is privately held. Learn more about **OSIsoft** and the PI System at www.**osisoft**.com .

EDSA, Paladin, and **Power Analytics** are trademarks of EDSA Micro Corporation.

CONTACT: EDSA Micro Corporation
Jim Neumann, Vice President, 858-675-9211 ext. 212

Scully Decl. Page 091
Exhibit 7

Case 8:16-cv-01955-JAK-FFM   Document 192-2   Filed 03/29/17   Page 86 of 178   Page ID
#:5507

jneumann@edsa.com
or
**OSIsoft,** Inc.
Mike Gallagher, 510-297-5800
mgallagher@**osisoft.**com

**URL:** http://www.businesswire.com

**LOAD-DATE:** April 15, 2009

Source:   **News & Business** > **Combined Sources** > **All English Language Mega News** 
Terms:   **OSIsoft and Power Analytics**   (Suggest Terms for My Search)
View:   Full
Date/Time: Tuesday, May 17, 2016 - 5:13 PM EDT

LexisNexis®   About LexisNexis  | Privacy Policy  | Terms & Conditions  | Contact Us   RELX Group™
Copyright ©  2016 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Scully Decl. Page 092
Exhibit 7

# EXHIBIT 8



Scully Decl. Page 094
Exhibit 8



**Introduction**

POWER ANALYTICS®

**Table of Contents**

- OSI and Power Analytics – Introduction
- Introducing Power Analytics and Paladin® Nuclear Software
- Benefits only Power Analytics and OSIsoft can deliver for our customers
- Power Analytics 101 and "The Power Network"
- Paladin family of end-to-end power infrastructure solutions
    - Paladin® DesignBase™ modeling platform
    - Paladin® Live™ real-time power analytics pl
    - Paladin® SmartGrid™ real-time microgrid microcontroller

Copyright© 2011 Power Analytics Corporation                        Page [2]

Scully Decl. Page 095
Exhibit 8

2



Scully Decl. Page 096
Exhibit 8

3



Scully Decl. Page 097
Exhibit 8



**Introducing Power Analytics**

- Power Analytics Corporation is an enterprise software company focused on power and energy optimization for electrical infrastructure. Our products deliver reliability, availability, energy efficiency, and commercial value to electrical networks.
- Enabling optimization and balance
  1. Paladin software suite manages the electrical infrastructure as a network
  2. Paladin DesignBase is the virtual engineer embedding the design engineer's expertise and knowledge into the electrical network forever
  3. Power Analytics can interface to virtually any Data Acquisition System or Building Management System
  4. Paladin BlackBoard allows processes, procedures, hardware, and maintenance activities to be simulated before they are implemented
  5. Paladin turns electric demand into a managed asset

These capabilities position the Paladin software suite as a value-add to any critical power installation, as well as Utilities and SmartGrid initiatives.

Copyright© 2011 Power Analytics Corporation                Page [2]

How many did we actually get granted?

Scully Decl. Page 098
Exhibit 8

5



Scully Decl. Page 099
Exhibit 8

## Introduction: Paladin® Nuclear Certified Software

 **POWER ANALYTICS®**

### Paladin Nuclear Certified Software Packages

- Introducing Power Analytics and Paladin® DesignBase and DCSDM

- DCSDM Software used for DC simulation since 2000

- DesignBase used for electrical design and studies including:
  - Model Integrated AC and DC analysis
  - Cable and Bus sizing
  - Short Circuit analysis
  - Arc Flash Calculations
  - Power Flow Studies
  - Unbalanced Load Flow

**Why Power Analytics for Nuclear facilities**

- Established Quality Assurance Program since 1986

- NQA software certified since 1991

- No Part 21 reportable items EVER!

- Nuclear ships designed and certified with Designbase software via Newport News Shipyard

- Multiple power plants use DesignBase and DCSDM

Copyright© 2011 Power Analytics Corporation

Page [2]

Scully Decl. Page 100
Exhibit 8

7



How many did we actually get granted?

Scully Decl. Page 101
Exhibit 8

8



Scully Decl. Page 102
Exhibit 8

9



## Paladin Family

**POWER ANALYTICS®**

### End-to-End Power System Intelligence – Advisory Applications

- **Paladin® BlackBoard™ Simulation Environment:**

  Provides an on-line, mirror image of Live operations in a virtual environment; allows any changes to processes, procedures, hardware, or maintenance activities to be simulated before they are implemented and saved as cases

- **Paladin® Live™ Real-Time Energy Management Advisor**

  Enables demand management by showing precisely where, when, and how energy is being consumed; assesses where opportunities for energy saving may exist; enables end use personnel to conduct detailed, what-if simulations of energy efficiency strategies as well as point out defective equipment

- **Paladin® Live™ Real-Time Arc Flash Advisor**

  Maintains an uninterrupted, 360° view of the end user facility and potential real time arc flash hazards, continually checking all components, equipment, and systems. Provides detailed, updated advisories regarding the appropriate safety procedures and protective gear recommended to work in a given vicinity. As required, provides protective information to the distribution grid operator as well

Copyright© 2011 Power Analytics Corporation.
Page [2]

[D]

# Model-Based Analytics



**Perfect by Design**

- Mission-critical power infrastructure that performs precisely it was designed to operate in the CAD stage; designer's power system expertise become codified into the CAD model, to serve as the benchmark for live operations in real-time

- Using the OSIsoft PI system, live operations are continually compared in real-time back to the original CAD model; deviations between the "as-designed" and "in-reality" specifications are instantly isolated and diagnosed (We call this "model-based design and diagnostics")

- Improved operations and energy savings ensure rapid ROI

- The Bottom Line: power system faults, inefficiencies, and other "surprises" are engineered out in the design stage… and permanently preempted once in the facility is operational, by applying expert diagnostics to real-time data aggregated by the OSIsoft PI system

Copyright © 2011 Power Analytics Corporation

Page [D]

# How Model-Validated Analytics Work

**POWER ANALYTICS®**

### Using Dynamic CAD Designs to Preempt Real-World Pr

- Paladin software generates a sophisticated, dynamic CAD model of the electrical power infrastructure and computationally compares it to live system conditions in real-time to ensure facilities are functioning precisely as intended… even in facilities employing alternative energy sources.

- The instant there are deviations between as-designed and as-is, the anomaly is isolated and resolved, thus, preempting problems at the earliest detectable stage.



Copyright© 2011 Power Analytics Corporation.

Scully Decl. Page 105
Exhibit 8

[D]





Scully Decl. Page 107
Exhibit 8

[D]







[D]





Introduction - benefits

**OSI and PI Integration Solves customer problems**

- PowerAnalytics' Paladin family helps organizations ensure that their electrical power infrastructure is optimally-designed (**Paladin® DesignBase™**), performs precisely as intended in terms of reliability and energy efficiency (**Paladin® Live™**), and operates flawlessly as organizations make real-time transitions between public and on-premise power sources (**Paladin® SmartGrid™**)

- By continually calibrating operating conditions with the original, as-designed CAD model – using OSIsoft's PI System as the data aggregation engine – the Paladin platform is the only real-time solution for diagnosing electrical power problems or energy inefficiencies at their earliest stages

Scully Decl. Page 112
Exhibit 8

[D]

**Customer** Challenges -- potential benefits



POWER ANALYTICS®

- Management /monitoring of disparate systems & equipment?

- Understanding of complex electrical systems?

- Planning for maintenance and capacity changes?

- Management and optimization of generation and loads

- Energy market participation (demand response, energy markets, ancillary services)

- Energy usage and change simulation?

- Arc Flash?

Copyright® 2011 Power Analytics Corporation                                    Page [D]

[D]



[D]



[D]



[D]



Scully Decl. Page 117
Exhibit 8

[D]



Scully Decl. Page 118
Exhibit 8

[D]

# EXHIBIT 9

Copyright 2011 Business Wire, Inc.
Business Wire

October 18, 2011 Tuesday 4:00 PM GMT

**DISTRIBUTION:** Business Editors; Software Writers

**LENGTH:** 949 words

**HEADLINE: Power Analytics** Corporation and **OSIsoft** LLC Announce Signing of Partnering
Agreement; First Joint Offering To Address Federal Net-Zero Facility Initiatives

**DATELINE:** SAN DIEGO

**BODY:**

Two leading providers of real-time software solutions, **Power Analytics** Corporation
( www.PowerAnalytics.com ) and **OSIsoft**, LLC ( www.**osisoft**.com ), today announced they
will offer a range of integrated software solutions to address the demanding, real-time
requirements of mission-critical facilities. The first of these solutions will be for U.S.
Government facilities to improve the reliability and energy efficiency of their mission-critical
electrical power infrastructure, in order to meet "Net Zero" and 2020 protocols.

The announcement underscores the two companies' intentions to actively implement their
combined solutions based upon **Power Analytics'** Paladin® Live(TM) and Paladin® SmartGrid
(TM) platforms, as well **OSIsoft's** PI System® infrastructure for the management of real-time
data and events. Previously, the two companies collaborated successfully on a range of
advanced customer projects involving some of the world's largest financial and e-commerce
data centers; off-shore oil and gas platforms; and one of the world's most advanced next-
generation Smart Grid / microgrids, located at University of California, San Diego (UCSD) where
the use of the PI System infrastructure will provide the ability to manage, study, and augment
control of the campus' microgrid assets.

Both companies' platforms are intended for high performance, real-time operating
environments where power problems could have costly or catastrophic consequences. As a
result of the technical collaboration between these two market leaders, industries where
electrical power problems can wreak havoc, such as military facilities, data centers, power
grids, petrochemical, and the oil and gas platforms - all markets in which both companies
already have significant customer bases - will have the ability to dramatically increase both the
reliability and energy efficiency, while reducing the total cost of ownership of their operations.

"We are very pleased to strengthen the ties between the Paladin and PI System infrastructure
in a manner that will deliver higher-capability real-time solutions to the broadest possible range
of customers," said Kevin Meagher, chief technology officer for **Power Analytics** Corporation.
"Customers with mission-critical requirements will enjoy unprecedented insights into what is
happening in their electrical infrastructure, and advance warning about things that haven't
happened yet including power problems that there is still sufficient time to avoid."

"We see this collaboration as yet another mission critical and strategic initiative where
**OSIsoft's** expertise in streaming data and events will make a significant contribution in
developing better situational awareness, driving continuous improvement and building a more
robust and sustainable approach to smart energy management for critical facilities", said
**OSIsoft** president Bernard Morneau.

**Scully Decl. Page 120**
**Exhibit 9**

About **Power Analytics** Corporation, Paladin

**Power Analytics** is a privately held developer of software solutions for the design, simulation, deployment, and preventative maintenance of complex electrical power systems. Founded in 1983, its software products are used by thousands of commercial, industrial, governmental, and military customers worldwide, to protect more than $100 billion in customer assets. Headquartered in San Diego, Calif., the Company's worldwide operations include more than 30 sales, distribution, and support offices located throughout North America, South America, Europe, Asia, and Africa.

**Power Analytics'** Paladin family of products helps organizations ensure that their electrical power infrastructure is optimally-designed (Paladin® DesignBase(TM)), performs precisely as intended in terms of reliability and energy efficiency (Paladin Live), and operates flawlessly as organizations make real-time transitions between public and on-premise power sources (Paladin SmartGrid). By continually calibrating operating conditions with the original, as-design CAD model, the Paladin platform is the only real-time **power analytics** solution for diagnosing electrical power problems or energy inefficiencies at their earliest stages. For more information about **Power Analytics** and its products, visit www.PowerAnalytics.com .

About **OSIsoft**, PI System

**OSIsoft** ( www.**osisoft**.com ) delivers the PI System, the industry standard in enterprise infrastructure, for management of real-time data and events. With installations in 110 countries spanning the globe, the **OSIsoft** PI System is used in manufacturing, energy, utilities, life sciences, data centers, and facilities, throughout the process industries, as well as in Federal and Public Sector. This global installed base relies upon the **OSIsoft** PI System to safeguard data and deliver enterprise-wide visibility into operational, manufacturing and business data. The PI System enables users to manage assets, mitigate risks, comply with regulations, improve processes, drive innovation, make business decisions in real time, and to identify competitive business and market opportunities. Founded in 1980, **OSIsoft**, LLC is headquartered in San Leandro, CA, with operations worldwide and is privately held.

Paladin, Paladin DesignBase, Paladin Live, Paladin SmartGrid, and **Power Analytics** are trademarks of **Power Analytics** Corporation, or its previous corporate identity, EDSA Micro Corporation.

**OSIsoft, the OSIsoft** logo and PI System are trademarks of **OSIsoft**, LLC.

All other trademarks or trade names used herein are the property of their respective owners.

CONTACT: **Power Analytics** Corporation
Jim Neumann, VP of Marketing
858-675-9211 📞 ext. 212
jneumann@poweranalytics.com
or
**OSIsoft,** LLC
Mike Dupuis, Marketing Communications Manager
+1-510-297-5824 📞
mdupuis@**osisoft**.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** October 19, 2011

    Source:

Scully Decl. Page 121
Exhibit 9

Case 8:16-cv-01955-JAK-FFM   Document 192-2   Filed 03/29/17   Page 116 of 178   Page ID
#:5537

**News & Business > Combined Sources > All English Language Mega News** ℹ️

Terms:   **OSIsoft and Power Analytics**  (Suggest Terms for My Search)
View:   Full
Date/Time:   Tuesday, May 17, 2016 - 5:11 PM EDT

LexisNexis®   About LexisNexis  | Privacy Policy  | Terms & Conditions  | Contact Us
Copyright ©  2016 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

RELX Group™

Scully Decl. Page 122
Exhibit 9

# EXHIBIT 10

From:     John Jennings
Sent:     Thu 4/19/2012 12:09 PM (GMT-07:00)
To:       Chris Crosby; Rajan Chudgar; Doug Whitmer
Cc:
Bcc:
Subject: RE: OSIsoft conference


Hi Chris:

Doug will be at the OSI users group conference, he can go over the strategy we discussed earlier this year:

Nuclear Strategies:  Co-Sponsor with OSI on sites using Pi
**Existing PI and DesignBase Strategy**
- Exelon and Entergy customers use PI and DesignBase
- Which plants to visit need to be identified
- Schedule for visiting customers and identify OSI and power Analytics personnel
- How to present information for increased use of PI and Live at these locations
- Technical strategy to increase sales for PI/DesignBase and Paladin Live

You can see our NUPIC press release at:
http://www.poweranalytics.com/pa_articles/PowerAnalytics_nupic_audit.php




**From:** Chris Crosby [mailto:ccrosby@osisoft.com]
**Sent:** Wednesday, April 18, 2012 3:03 PM
**To:** Rajan Chudgar; Doug Whitmer
**Cc:** John Jennings
**Subject:** RE: OSIsoft conference

**Raj**, thanks. By the way, I found that I have a great contact at Shaw – he's THE man to build VC Summer Units 2 and 3. He and I worked together at Duke. He said that he'll get me the right audience at Shaw…the ones who manage the inspection, tests, analyses, and acceptance criteria (ITAACs) program. I believe this would be a  good opportunity for the PI System (they must be collecting a lot of data and storing it somewhere) and may be good people for you to talk to as well. I probably can't get to it until late May.

**Doug**, nice to meet you.  I arrive Saturday night and depart Friday  AM.

I am staying at the Hilton.

Suggest a day/time.  Chris

Chris Crosby | Business Development Executive, Global Nuclear Energy Market | OSIsoft, LLC | Cell: +1 843-323-2570 |
ccrosby@osisoft.com | www.osisoft.com



"Making Nuclear Energy Safer with the PI System"

**From:** Rajan Chudgar [mailto:rchudgar@poweranalytics.com]
**Sent:** Wednesday, April 18, 2012 9:24 AM
**To:** Doug Whitmer; Chris Crosby
**Cc:** John Jennings
**Subject:** OSIsoft conference

Doug meet Chris, Chris meet Doug

Chris, are you planning to attend the OSIsoft conference next week. If so, Doug from Power Analytics will be at OSIsoft conference and if you have time please try to meet up with him. We are planning to move forward with a Nuclear program  and Doug can update you on where we are and our plans

Thanks

**Raj Chudgar  | Power Analytics Corporation |  VP SmartGrid/Microgrid**
**Phone:**  +1 (832) 722-6388 **| Fax:** +1 (919) 848-5256
**Email:**  rchudgar@poweranalytics.com **|  Site:**  www.poweranalytics.com
**Address:**  9208 Falls of Neuse Road, Suite 215, Raleigh NC 27615

# EXHIBIT 11

### OSIsoft Partner Solution Showcase Addendum

This OSIsoft Partner Solution Showcase Addendum (the "**Addendum**") by and between OSIsoft, LLC ("**OSIsoft**"), and Power Analytics Corporation, fka EDSA Micro Corporation ("**Partner**") is entered into effective as of _____, 20__ (the "**Effective Date**"). This Addendum is an addendum to the Umbrella Partner Agreement # 1015974 between OSIsoft and Partner dated July 15, 2010, including without limitation the OSIsoft Virtual Campus Agreement ("**OVC Agreement**") attached thereto and incorporated therein by reference (the "**UPA**"). The terms and conditions of the UPA are incorporated herein by reference. All capitalized terms not otherwise defined herein shall have the meaning specified in the UPA. In the event of any inconsistency between the UPA and the terms of this Addendum, this Addendum shall prevail.

Whereas, OSIsoft has developed a website called the "OSIsoft Partner Solution Showcase" for the purpose of promoting third party solutions to OSIsoft customers and prospective customers, and for generating leads for the license and sale of such solutions;

Whereas, Partner would like to promote its software solutions on the OSIsoft Partner Solution Showcase;

NOW THEREFORE, for good and valuable consideration set forth herein, OSIsoft and Partner hereby agree as follows:

**1.** **OSIsoft Partner Solution Showcase Overview.** The OSIsoft Partner Solution Showcase ("**Showcase**") is a website where customers and prospective customers can learn about features, functionality and availability of solutions ("**Showcase Solutions**") provided to the public by participating OSIsoft partners ("**Showcase Partners**"). Eligibility requirements for participation in the Showcase are set forth in Section 2 below. The Showcase will also provide functionality for end users of Showcase Solutions to review and rate -the Showcase Solutions ("**Reviews**") for the purpose of providing feedback to Showcase Partners and the public. Specific terms related to Reviews are set forth in Section 4 below. In addition, the Showcase will collect contact information from prospective customers who indicate an interest in receiving further information from Showcase Partners. OSIsoft will pass leads on to the applicable Showcase Partner, as further described in Section 5 below. Notwithstanding any other provision herein, OSIsoft reserves the right to modify or discontinue all or any part of the Showcase, including but not limited to the eligibility requirements, at any time in its sole discretion.

**2.** **Eligibility Requirements.** In order to participate in the Showcase, unless otherwise agreed in writing by OSIsoft, Partner must satisfy the following minimum requirements: (a) Partner must be party to a then-current Umbrella Partner Agreement with OSIsoft; (b) Partner must be engaged in the business of developing, marketing and/or distributing solutions which have been reviewed through the OSIsoft Partner Solution Assessment process ("**Partner Solutions**"), and (c) Partner must be in compliance with the terms of this Addendum, including but not limited to the payment provisions set forth in Section 6 below, and otherwise in good standing with OSIsoft.

**3.** **Partner Participation in the Showcase.**

**(a) Approval of Partner's Solution Materials and Updates to Solution Materials.** Within fifteen (15) days of the Effective Date, Partner will submit to OSIsoft for OSIsoft's review and approval, information and other materials Partner wishes to include on the Showcase, which shall include at a minimum Partner's name, address, contact information, descriptions of the Partner Solution(s), and appropriate marketing collateral for the Partner Solution(s) (collectively "**Solution Materials**"). As Partner makes new versions of the Partner Solutions generally available ("**Updates**"), and in any event no more than ninety (90) days following release of such Updates, Partner shall submit such Updates for assessment through the OSIsoft Partner Solution Assessment process, and thereafter shall submit to OSIsoft for OSIsoft's review and approval updated Solution Materials for the updated and assessed Partner Solutions. The process and format for submissions of Solution Materials to OSIsoft shall be as communicated to Partner in writing by OSIsoft from time to time. OSIsoft shall have the right, in its sole discretion, to request changes to, or reject some or all of, the Solution Materials.

1

**Scully Decl. Page 127**
**Exhibit 11**



Following OSIsoft's review and approval of the Solution Materials, Partner will have a reasonable opportunity to review and approve the presentation of the Solution Materials on the Showcase before such Solution Materials are made available to the public. Partner shall have the right, in its sole discretion, to request changes to or disapprove the proposed presentation of the Solution Materials.

The parties will use commercially reasonable efforts to agree upon requested changes and otherwise resolve any disagreement concerning the Solution Materials or presentation of the same, and in the event the parties are unable to resolve any such disagreements within a reasonable time, either party may, as its sole and exclusive remedy, terminate this Addendum pursuant to Section 11(b). Solution Materials that have been approved for presentation on the Showcase by both Partner and OSIsoft as set forth in this Section 3(a) are referred to as the "**Approved Solution Content**."

**(b) License to Solution Materials and Approved Solution Content.** During the term of this Addendum, Partner hereby grants OSIsoft the worldwide, nonexclusive, royalty-free right and license, at OSIsoft's sole discretion: (i) to include Partner's name and logo on the Showcase, (ii) to copy, use internally and modify the Solution Materials for the sole purpose of developing Approved Solution Content, and (iii) to use, copy, display, make available for download (excluding software), and distribute the Approved Solution Content on the Showcase, in other OSIsoft advertising and marketing collateral related to the Showcase, and to customers, prospective customers and other third parties that request information about the Partner Solution(s). Any and all intellectual property rights and other proprietary rights in and to Partner's name, logo, Solution Materials and the Approved Solution Content that are not expressly granted to OSIsoft in this Section 3(b), are hereby reserved by Partner.

**4.     User Reviews.** Each end user of Showcase Solutions who wishes to provide a Review for publication on the Showcase must first register on the Showcase by providing his or her name, employer name, and contact information (each, a "**Registered User**"). Partner acknowledges that the Showcase is a public forum and that Reviews that are unflattering or negative may be published on the Showcase for public review. OSIsoft will use commercially reasonable efforts to monitor the content of Reviews submitted to the Showcase before such Reviews are published on the Showcase. OSIsoft shall determine which Reviews will be published on the Showcase in its sole discretion. OSIsoft shall have no obligation to edit or otherwise control or influence the content of the Reviews published on the Showcase. In the event Partner reasonably believes that a Review of its Partner Solution(s) is inaccurate, fraudulent, inappropriate (e.g., spam or off-topic), or offensive, Partner may contact OSIsoft to request removal of the Review, which OSIsoft may agree or decline to do in its sole discretion. OSIsoft shall retain the right to remove and/or reinstate any and all Reviews in its sole discretion and without notice. Partner shall have the right to use information provided in Reviews of its Partner Solution(s) for its own internal business purposes. Partner is strictly prohibited from republishing all or part of any Review without the express written consent of both OSIsoft and the Registered User that submitted such Review to the Showcase.

**5.     Marketing Leads.** The Showcase will include opportunities for end users to request additional information about specific Showcase Solution(s) by clicking through a "Contact Partner" button, or similar mechanism, and consenting to allow OSIsoft to use the information provided, including his or her contact information ("**End User Information**"), and provide such End User Information to one or more identified Showcase Partners. Partner shall have the right to use End User Information provided to Partner as set forth above for the sole purpose of responding to such end user's inquiries and providing information about the Partner Solution(s) in the sixty (60) days following Partner's receipt of such End User Information from OSIsoft. Partner shall not use the End User Information to contact an end user who has requested that Partner refrain from such contact. Partner expressly agrees (a) to use the End User Information only as expressly permitted under this Addendum and for no other purposes, and to refrain from disclosing, distributing, selling, sharing, renting, or transferring such End User Information to any third parties, (b) to ensure that Partner's use of the End User Information is in compliance with all applicable laws, including all applicable anti-spamming, data protection and data privacy laws, (c) to use industry standard security features to protect the confidentiality of the End User Information and prevent its unauthorized use. Partner shall not retain End User Information for any period longer than necessary to enable the permitted use of such End User Information under this Agreement. As between OSIsoft and Partner, End User Information shall constitute Confidential Information of OSIsoft, provided however, for the avoidance of doubt, any information provided directly to a Partner by an end user shall not be considered End User Information under the terms of this Addendum.

2

6.      **Payments, Taxes.** During the Initial Term of this Addendum, Partner shall pay OSIsoft an annual fee of $1,000 plus applicable taxes for the right to participate in the Showcase by Partner, including promotion of up to four (4) Partner Solutions on the Showcase. During any Renewal Term, the annual fee for the right to participate in the Showcase by Partner, including promotion of up to four (4) Partner Solutions on the Showcase, shall be equal to OSIsoft's then-current standard fee in effect at the time of expiration of the then-current Term. OSIsoft will invoice Partner for annual fees on or about the first day of the Initial Term and each Renewal Term, and such invoices will be due and payable within thirty (30) days of the date of invoice. Fees for the Initial Term will be invoiced upon execution of this Agreement. All fees are non-cancelable, non-contingent and non-refundable except as expressly stated in this Addendum. Partner will pay all amounts due in U.S. currency, free of any and all currency controls or other restrictions. All past due amounts will incur interest at a rate equal to the lower of 1.5% per month or the highest rate permitted by law, beginning as of forty (40) days after the applicable due date. Except for taxes paid by OSIsoft on its net income, all amounts due pursuant to OSIsoft's invoices are net of, and Partner will be solely responsible for, any withholding, use, value-added, import and any other taxes, fees, tariffs or duties associated with this Addendum or Partner's participation in the Showcase.

7.      **Intellectual Property.**

(a) **OSIsoft Intellectual Property.** Partner acknowledges and agrees that all intellectual property rights in the Showcase, the Reviews, any applicable documentation, OSIsoft Confidential Information, and any other materials supplied by OSIsoft hereunder ("**OSIsoft Intellectual Property**"), are and shall remain vested exclusively in OSIsoft. Partner shall not copy, translate, edit, arrange, disassemble, decompile, create derivative works of, or otherwise change or adapt the OSIsoft Intellectual Property. All intellectual property rights in any modifications, enhancements, or other derivative works of the OSIsoft Intellectual Property belong exclusively to OSIsoft. Partner acknowledges and agrees that this Addendum does not grant any license or rights of any kind to any OSIsoft software products.

(b) **Partner Intellectual Property.** OSIsoft acknowledges and agrees that all intellectual property rights in the Solution Materials and Approved Solution Content supplied by Partner hereunder ("**Partner Intellectual Property**"), are and shall remain vested exclusively in Partner. Except as expressly licensed hereunder, OSIsoft shall not copy, translate, edit, arrange, disassemble, decompile, create derivative works of, or otherwise change or adapt the Partner Intellectual Property. All intellectual property rights in any modifications, enhancements, or other derivative works of the Partner Intellectual Property belong exclusively to Partner.

(c) **Trademarks.** Neither party shall acquire any rights in the trademarks of the other party except as is otherwise expressly provided for in this Addendum.

(d) **Freedom of Action, No Exclusivity.** Each party recognizes that the other party has the right to independently develop solutions that compete with the other party's solutions, including the Partner Solution(s). Nothing contained in this Addendum is intended to prohibit such ongoing independent development activities. Partner acknowledges and agrees that the Partner solution(s) may compete with other Showcase Solutions promoted on the Showcase.

8.      **Confidential Information.** End User Information as defined in Section 5 above shall constitute Confidential Information of OSIsoft subject to the confidentiality provisions set forth in Section 4 of the OVC Agreement, the terms of which shall apply equally to this Addendum.

9.      **Warranty and Warranty Disclaimer.** Partner warrants that the Solution Materials, Approved Solution Content, and all information submitted by Partner in connection with the OSIsoft Partner Solution Assessment (i) are true, correct, complete and up to date as of the date submitted to OSIsoft, and (ii) are free of viruses, Trojan horses, and other malicious software. Partner warrants that it has full and sufficient right, title and authority to grant to OSIsoft the rights and licenses granted under this Addendum. EXCEPT FOR THE EXPRESS WARRANTIES SET FORTH IN THIS SECTION 9, EACH PARTY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES RELATED TO THE SUBJECT MATTER OF THIS ADDENDUM, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, TITLE AND NONINFRINGEMENT. THE SHOWCASE AND END USER INFORMATION ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. OSISOFT MAKES NO WARRANTY OF ANY KIND AS TO THE QUALITY OF THE SHOWCASE OR THE RESULTS THAT MAY



Scully Decl. Page 129
Exhibit 11

BE OBTAINED BY PARTICIPATION IN THE SHOWCASE OR THAT THE SHOWCASE WILL BE ERROR-FREE OR AVAILABLE AT ANY GIVEN TIME. OSISOFT DOES NOT REPRESENT OR ENDORSE THE ACCURACY OR RELIABILITY OF ANY CONTENT CONTAINED ON THE SHOWCASE, ANY END USER INFORMATION, ANY LINKS TO WEB-PAGES OF THIRD PARTIES CONTAINED ON THE SHOWCASE. OSISOFT DOES NOT REPRESENT OR ENDORSE THE CONTENT PROVIDED OR CONTAINED ON OR OBTAINABLE BY ANY THIRD-PARTY WEB-PAGES.

**10.    Limitation of Liability; Indemnity.**

**(a) LIMITATION OF LIABILITY AND EXCLUSION OF DAMAGES.** NEITHER OSISOFT NOR ITS SUPPLIERS SHALL BE LIABLE TO PARTNER OR ANY THIRD PARTY WITH RESPECT TO ANY SUBJECT MATTER OF THIS ADDENDUM, FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR INDIRECT DAMAGES, LOSS OF GOOD WILL OR BUSINESS PROFITS, DATA LOSS, COMPUTER FAILURE OR MALFUNCTION, ANY AND ALL OTHER COMMERCIAL DAMAGES OR LOSS, OR EXEMPLARY OR PUNITIVE DAMAGES, EVEN IF OSISOFT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.   EXCEPT TO THE EXTENT LIABILITY CANNOT BE LIMITED UNDER APPLICABLE LAW, NEITHER OSISOFT NOR ITS SUPPLIERS SHALL BE LIABLE TO PARTNER OR ANY THIRD PARTY FOR AN AMOUNT OF DAMAGES IN EXCESS OF THE FEES PAID HEREUNDER IN THE SIX MONTHS IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO THE CLAIM, OR $1,000, WHICHEVER IS GREATER. OSISOFT SHALL HAVE NO LIABILITY OF ANY KIND TO PARTNER OR ANY THIRD PARTY IN CONNECTION WITH THE REVIEWS. OSISOFT SHALL NOT BE LIABLE FOR ANY LOSSES, DAMAGES, OR LIABILITIES OF ANY KIND WHICH ARISE OUT OF A CLAIM BY A THIRD PARTY BASED UPON SUCH THIRD PARTY'S USE OF ANY PRODUCTS OR SERVICES PROVIDED BY PARTNER, INCLUDING, BUT NOT LIMITED TO ITS PARTNER SOLUTION(S). NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, THE FOREGOING LIMITATIONS OF LIABILITY SHALL NOT APPLY TO THE EXTENT PROHIBITED BY APPLICABLE LAW.

**(b) Indemnity.** Partner shall be solely responsible for and will indemnify, defend and hold OSIsoft and OSIsoft's affiliated companies, representatives, officers, employees, directors and agents harmless from and against any claims, damages, losses, liabilities, obligations, penalties and expenses, including any legal fees and expenses, relating to or based on (i) any claims of negligence, misrepresentation, or errors or omissions on the part of Partner or its representatives, and (ii) any claims that any Partner Intellectual Property, or the Partner Solution(s), infringe the intellectual property rights of any third party, provided in each case (A) OSIsoft notifies Partner in writing within thirty (30) calendar days of receipt of the claim; (B) OSIsoft grants Partner control of the defense and settlement of the claim; and (C) OSIsoft provides Partner, at Partner's request and expense, with all assistance, information and authority reasonably required for the defense and settlement of the claim.

**11.    Term and Termination.**

**(a) Term.** The initial term of this Addendum shall be for one (1) year from the Effective Date ("**Initial Term**") and thereafter shall automatically renew for additional terms of one (1) year each (each a "**Renewal Term**"), unless terminated by either party in accordance with this Section 11.

**(b) Termination for Convenience.** Either party may terminate this Addendum for its convenience by providing the other party with thirty (30) days written notice.

**(c) Termination for Cause.** Either party may terminate this Addendum immediately in the event of a material breach of any provision of this Addendum that is not cured within ten (10) days after the terminating party provides notice of such breach in writing.

**(d) Termination of UPA.** This Addendum shall automatically terminate upon termination or expiration of the underlying UPA between OSIsoft and Partner.

**(e) Effect of Termination.** In case of termination of this Addendum each party shall promptly return to the other party all Intellectual Property provided to it by such party, and destroy all electronic files containing the same, and upon written request certify such destruction in writing, provided that OSIsoft shall have the right to maintain an

4



**Scully Decl. Page 130**
**Exhibit 11**

archival copy of all Approved Solution Content that were made available on the Showcase at any time. OSIsoft shall have thirty (30) days following termination to remove the Approved Solution Content from the Showcase. The Sections titled "Payments, Taxes," "Intellectual Property," "Confidential Information," "Warranty and Warranty Disclaimer," "Limitation of Liability; Indemnity," "Term and Termination," and "General" shall survive any termination or expiration of this Addendum.

12.    **General.**

**(a) Existing Terms.** The terms set forth in Section 6.1 (Assignment, Independent Contractors, Notices and Force Majeure), Section 6.2 (Disputes and Governing Law) and Section 6.3 (Compliance with Laws; Government Approvals and Severability) of the OVC Agreement shall apply equally to this Addendum.

**(b) Entire Agreement.** Except as expressly amended hereby, the terms and conditions of the UPA remain in full force and effect. This Addendum together with the UPA constitutes the entire agreement between the parties hereto pertaining to the subject matter hereof, and any and all prior or contemporaneous written or oral agreements existing between the parties hereto and related to the subject matter hereof are expressly canceled. No modification, amendment or waiver of any provision of this Addendum will be effective unless in writing and signed by both parties hereto.

**(c) Miscellaneous.** The parties hereto have agreed that this Addendum and any documentation, agreements and/or correspondence ancillary thereto be written in English. This Addendum may be executed in two or more counterparts, each of which will be considered an original, but all of which together will constitute one and the same instrument. A facsimile, PDF or any other type of copy of an executed version of this Addendum signed by a party is binding upon the signing party to the same extent as the original of the signed Addendum.

IN WITNESS WHEREOF, authorized representatives of the parties have executed this Addendum as of the Effective Date. Each individual signatory below hereby represents and warrants that they have full corporate power and authority to execute this Addendum and bind the respective parties to the terms and conditions of this Addendum.

| OSIsoft, LLC | Partner |
|---|---|
| Signature: _Martin Otterson_ | Signature: _(signature)_ |
| Name: Martin Otterson | Name: _Michael J. Nark_ |
| Title: Sr. VP Sales, Marketing & Industry | Title: _President & CEO_ |

5

# EXHIBIT 12
## REDACTED VERSION

DocuSign Envelope ID: A3960017-AC93-45B9-8832-254C02C28AFD

9208 Falls of Neuse Road, Suite 215
Raleigh, NC 27615
919-848-6625    www.PowerAnalytics.com



**POWER ANALYTICS™**

## SUBCONTRACT

| **SELLER:**   OSIsoft, LLC | **SUBCONTRACT No.:**   W912HQ-13-C-0064-01 |
|---|---|
| **ADDRESS:**<br>           777 Davis Street<br>           San Leandro, CA 94577 | **DEFENSE PRIORITY ALLOCATION SYSTEM**<br><br>**(DPAS) RATING:**    15 CFR 700 |
|  | **SUBCONTRACT TYPE:**  ██████████ |
|  | ██████████         ███████ |

## SCHEDULE A

### SPECIFIC TERMS AND CONDITIONS

This Subcontract, effective October 1, 2013, is made between Power Analytics Corporation (hereinafter known as "POWER ANALYTICS"), and OSIsoft, LLC (hereinafter known as "OSIsoft" or "Seller"). The work to be performed by Seller under this Subcontract will support POWER ANALYTICS' work under Prime Contract No. W912HQ-13-C-0064 that has been issued by USACE HUMPHREYS ENGR CTR SPT ACTIVITY (the "Contracting Agency"). The work defined in Attachment 1 (Statement of Work and Schedule) shall be performed by Seller on a ███████████ basis in accordance with this Schedule A (Specific Terms and Conditions), and the documents referenced herein, including the OSIsoft Terms and Conditions except as otherwise specified herein ("OSI Terms").

OSIsoft is providing Commercial-off-the-Shelf ("COTS") software and supporting commercial services under this Subcontract.   OSIsoft agrees to comply with the mandatory flow down clauses that are applicable to a commercial item subcontract as specified in FAR 52.244-6 (Subcontracts for Commercial Items), and such clauses are made a part of this Agreement.

### 1.0    PRICE



DocuSign Envelope ID: A3960017-AC93-45B9-8832-254C02C28AFD

**2.0    DELIVERY**

Goods and services shall be delivered in accordance with the Supplier Statement of Work attached hereto as Attachment 1 and schedule therein.  Unless otherwise expressly set forth on Attachment 1, Seller shall provide all facilities, experienced and qualified personnel, equipment, tools, supplies and materials necessary for performance by Seller hereunder.

Time is of the essence.  All goods furnished under this Subcontract shall be delivered FOB Destination. Delivery shall not be deemed complete until all goods have been received and accepted by POWER ANALYTICS, notwithstanding delivery to any carrier.  Services shall be deemed delivered after they have been performed by Seller and received and accepted by POWER ANALYTICS.

**3.0    INVOICES**

Invoices shall be submitted to POWER ANALYTICS on a monthly basis or any other schedule provided invoicing is not more frequent than monthly and in accordance with Article 4.0.  Invoices shall contain the following information:  POWER ANALYTICS as the billed to address, a remit to address, the subcontract number, quantities of items delivered, a description of item/work, unit prices and extended prices, and/or total cost.  Invoices will be delivered (preferably electronically) to:

> **POWER ANALYTICS**
> Attention: Jennifer Brooks
> 9208 Falls of Neuse Road, Suite 215
> Raleigh, NC 27615
> Email address:  jbrooks@poweranalytics.com

Invoices shall clearly reference a unique invoice number on each invoice and the date of the invoice. Invoices shall include, as applicable, the "Amount Previously Billed" and the "Amount of this Invoice."

**4.0    PAYMENT**

Payment shall be made in accordance with Attachment 3, Payment Schedule and the ESTCP Milestones listed in Section 4.9 of the Statement of Work.  Payment terms are Net 45 Days after acceptance by POWER ANALYTICS and the Contracting Agency of the delivered items or services and receipt of a proper invoice, unless otherwise specified in this Subcontract.  POWER ANALYTICS may offset against any payment hereunder any amount owed to POWER ANALYTICS by Seller.

Seller will notify Power Analytics when Seller has invoiced 80% of their annual funds.  If Seller completes milestones ahead of schedule that exceed the current year's funding maximum, Power Analytics will work with Seller and ESTCP to approve and release additional funding if possible.

Seller may select Automated Clearing House Credits ("ACH funds transfer"); as the means of settlement. With regard to such ACH funds transfer, a payment from POWER ANALYTICS to Seller shall

2

be considered timely with respect to any payment due date contained herein if the ACH funds transfer is completed no later than four (4) business days after such payment due date.  POWER ANALYTICS shall not be in breach of these terms and conditions, or suffer any loss of discount or other penalty, with respect to an ACH funds transfer that was initiated properly and timely by POWER ANALYTICS to the extent its completion is delayed because of any inaccuracies in the account information provided by Seller, failure or delay by the ACH funds transfer system, the operation of an ACH funds transfer system rule which could not be anticipated by POWER ANALYTICS, or rejection by the  Seller's bank.

**5.0     TECHNICAL AND CONTRACTUAL REPRESENTATIVES**

The following authorized representatives are hereby designated for this Subcontract:

|  | SELLER: |  | POWER ANALYTICS: |
|---|---|---|---|
| TECHNICAL: | Mark McCoy | TECHNICAL: | Tisha Trites |
| ADDRESS: | 777 Davis Street<br>San Leandro, CA 94577 | ADDRESS: | 10805 Rancho Bernardo Road<br>Suite 270<br>San Diego, CA 92127 |
| PHONE: | (540) 209-6086 | PHONE: | 619-247-5735 |
| EMAIL: | mmccoy@osisoft.com | EMAIL: | ttrites@poweranalytics.com |
| CONTRACTUAL: | Craig Diffie | CONTRACTUAL: | Karen Cronin |
| ADDRESS: | 777 Davis Street<br>San Leandro, CA 94577 | ADDRESS: | 9208 Falls of Neuse Road<br>Suite 215<br>Raleigh, NC 27615 |
| PHONE: | (703) 371-3231 | PHONE: | 919-719-1095 |
| EMAIL: | cdiffie@osisoft.com | EMAIL: | kcronin@poweranalytics.com |

All notices or other written communication required or permitted to be given under any provision of this Subcontract shall be in writing and shall be deemed to have been given by the notifying party if delivered by hand, facsimile (with confirmed receipt), electronic media (with confirmed receipt) or mailed by an overnight delivery service, to the receiving party's above-identified contractual representative.  A party may replace its technical or contractual representative at any time by providing written notice to the other party in accordance with the provisions set forth herein.

3

DocuSign Envelope ID: A3960017-AC93-45B9-8832-254C02C28AFD

**6.0      OSIsoft Terms and Conditions Incorporated by Reference**

Under this Subcontract, OSIsoft is licensing its COTS Software, the PI System software, and providing supporting commercial services as set forth in the Supplier Statement of Work.  Accordingly, the OSIsoft Terms that are provided to all federal licensees and users are attached as Attachment 4 and are incorporated by reference into this Subcontract.  OSIsoft acknowledges and agrees that the named Licensee of the OSIsoft software products shall be the Contracting Agency.

**7.0      WARRANTY**

Section 5 (Warranties) in the OSIsoft Terms sets forth the warranty obligations of Seller.

**8.0      INDEMNIFICATION**

Section 6 (Indemnity) and Section 7 (Limitations of Liability) in the OSIsoft Terms set forth the Seller's indemnity obligations and provide the limit of Seller's liability.

**9.0      INSURANCE**

Without prejudice to Seller's liability to indemnify POWER ANALYTICS as stated in any Indemnification provision contained in this Subcontract, Seller shall procure at its expense and maintain for the duration of this Subcontract, and ensure that any of its subcontractors used in connection with this Subcontract procure and maintain, the insurance policies required below.

(a)  **Workers' Compensation**:  Coverage for statutory obligations imposed by laws of any State in which the work is to be performed.  Where applicable, Seller shall provide evidence of coverage for the Defense Base Act (DBA) including all employees working on U.S. Government contracts outside the United States.  Seller and its insurer shall waive all rights of subrogation in favor of POWER ANALYTICS.  Employer's Liability coverage of $500,000 each accident shall also be maintained.

(b)  **Commercial General Liability:**  Coverage for third party bodily injury and property damage, including products and completed operations, contractual liability, and independent contractors' liability with limits not less than $500,000 per occurrence and $2,000,000 in the aggregate.  POWER ANALYTICS, its directors, officers and employees, and POWER ANALYTICS' customer where required by POWER ANALYTICS' Prime Contract with its customer, shall be named as Additional Insured.

(c)  **Business Automobile Liability**:  Coverage for use of all owned, non-owned, and hired vehicles with limits of not less than $500,000 per accident combined single limit for bodily injury and property damage liability.

The required insurance coverage above shall be primary and non-contributing with respect to any other insurance that may be maintained by POWER ANALYTICS or its customers, and notwithstanding any provision contained herein, the Seller and its employees, agents, representatives, consultants,

**Scully Decl. Page 136**
**Exhibit 12**

subcontractors and suppliers, are not insured by POWER ANALYTICS and are not covered under any policy of insurance that POWER ANALYTICS has obtained or has in place.

Any self-insured retentions, deductibles and exclusions in coverage in the policies required under this Article shall be assumed by, for the account of, and at the sole risk of Seller.  In no event shall the liability of Seller or any subcontractors be limited to the extent of any of insurance or the minimum limits required herein.

Prior to commencement of any work, and within 15 days of any policy renewal that occurs while any work is on-going under this Subcontract and otherwise, upon the reasonable request of POWER ANALYTICS, Seller shall provide POWER ANALYTICS certificates of insurance evidencing the insurance coverage required above, including evidence of additional insured status.

**10.0     POWER ANALYTICS FURNISHED ITEMS AND INTELLECTUAL PROPERTY**

All items furnished, loaned or bailed by POWER ANALYTICS hereunder, or fabricated, manufactured, purchased, or otherwise acquired by Seller for the performance of this Subcontract and specifically charged to POWER ANALYTICS, are the property of U.S. Government.  Seller understands any POWER ANALYTICS property furnished, loaned or bailed to Seller is for the mutual benefit of both parties.  Upon completion, expiration or termination of this Subcontract, Seller shall return all such items in good condition, reasonable wear only accepted, together with all spoiled and surplus items to POWER ANALYTICS, or make such other disposition thereof as may be directed or approved by POWER ANALYTICS. Seller agrees to replace, at its expense, all such items not so returned.  Seller shall make no charge for any storage, maintenance or retention of such items.  Seller also agrees to use any designs or data contained or embodied in such items in accordance with any restrictive legends placed on such items by POWER ANALYTICS or any third party.  If POWER ANALYTICS furnishes any material for fabrication hereunder, Seller agrees:  (i) not to substitute any other material for such fabrication without POWER ANALYTICS' prior written consent, (ii) not to use such material for any purpose other than for the performance of the services hereunder and (iii) that title, which shall remain the property of POWER ANALYTICS or the U.S. Government as applicable,  to such material shall not be affected by incorporation in or attachment to any other property.

**11.0     CONFIDENTIALITY OBLIGATIONS; LIMITATIONS ON DISCLOSURE**

Section 8 (Confidential Information) in the OSIsoft Terms sets forth the confidentiality obligations of the parties and the limitations on disclosure and shall apply to information owned, provided or disclosed by POWER ANALYTICS or the Contracting Agency.

During the term of this Subcontract and for a period of three (3) years thereafter, Seller shall not disclose information concerning work under this Subcontract to any third party, unless such disclosure is required by law or necessary for the performance of this Subcontract.  No news releases, public announcement, denial or confirmation of any part of the subject matter of this Subcontract or any phase

**Scully Decl. Page 137**
**Exhibit 12**

of any program hereunder shall be made without prior written consent of POWER ANALYTICS which shall not be unreasonably withheld.

## 12.0 COMPLIANCE WITH LAW AND EXPORT CONTROLS

Seller agrees to comply with the applicable provisions of any federal, state or local law or ordinance and all orders, rules and regulations issued thereunder.  To the extent that performance of this Agreement requires that Seller's employees be deployed outside the United States ("Deployed Personnel"), Seller shall at all times be responsible for its Deployed Personnel's compliance with applicable local, state, and host nation laws, and Seller shall bear all risks, costs, damages or liabilities that may result from any non-compliance.  Should Seller wish that its Deployed Personnel be authorized to carry a weapon, Seller: (1) shall forward a request to the Contracting Officer (or other authorized Government official) for approval; (2) shall comply with the requirements of all Government instructions, regulations, directives, orders, and policies pertaining to the possession and use of weapons by contractor personnel; (3) shall bear all risks, costs, damages or liabilities that may result from the possession or use of weapons by its Deployed Personnel; and (4) shall indemnify POWER ANALYTICS for any and all claims or liabilities that may arising from or relating to such weapons use or possession.  Seller acknowledges and agrees that POWER ANALYTICS neither authorizes nor requires Seller's Deployed Personnel to possess weapons.

Seller shall comply with all applicable U.S. export laws and regulations, including International Traffic in Arms Regulations ("ITAR") and the Export Administration Regulations ("EAR").  The subject technology of this Subcontract (including data, services, software and hardware provided hereunder, defined as "Controlled Technology") may be controlled under these laws and regulations and may not be exported or re-exported without prior authorization in accordance with ITAR and EAR.  Access to Controlled Technology by Foreign Persons as defined by 22CFR120.16 may require an export authorization. SELLER shall have full responsibility for obtaining any export licenses or authorization required to fulfill its obligations under this Subcontract.

## 13.0 ORGANIZATIONAL CONFLICT OF INTEREST

Seller represents and warrants that its performance of this Subcontract does not constitute and will not create an organizational conflict of interest (OCI) as defined in FAR Part 9.5 or under any other applicable OCI clause or regulation. If during the course of performance, Seller becomes aware of any actual or potential organizational conflict of interest caused by its performance of this Subcontract, Seller shall promptly notify POWER ANALYTICS in writing of the nature of such actual or potential organizational conflict of interest.

## 14.0 DPAS PRIORITY RATING

If so identified, this Subcontract is a "rated order" certified for national defense use, and the SELLER shall follow all the requirements of the Defense Priorities and Allocation System Regulation (15 CFR 700).

Scully Decl. Page 138
Exhibit 12

DocuSign Envelope ID: A3960017-AC93-45B9-8832-254C02C28AFD

**15.0     CHANGES**

Any changes to this Subcontract or the Statement of Work shall be in accordance with ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮, except that: a) as used in this clause, Contractor shall be defined as Seller and Contracting Officer shall be defined as POWER ANALYTICS' Contractual Representative; and b) Seller shall assert its right to an adjustment under this clause within 20 days from the date of receipt of the written order.  Failure to agree to any adjustment will be a dispute under the Disputes clause of this Subcontract provided however that nothing in this clause excuses the Seller from proceeding with the work as changed without interruption and without awaiting settlement of any such dispute. No such changes to this Agreement or the Statement of Work shall be binding upon either party unless incorporated in a written modification to this Agreement or the Statement of Work, as applicable, duly signed by Seller and Power Analytics.

**16.0     TERMINATION**

Section 9 (Term and Termination) in the OSIsoft Terms sets forth the termination rights and obligations of the parties.  Further POWER ANALYTICS may terminate this Agreement at any time upon written notice in the event that the Contracting Agency terminates the prime contract or may terminate this Agreement due to material breach by OSIsoft which has not been cured within thirty (30) days following notice of such material breach. In the event of any such termination, POWER ANALYTICS shall be obligated to pay OSIsoft for services provided in accordance with the Statement of Work prior to the date of such termination.

**17.0     GOVERNING LAW**

This Subcontract shall be governed by and construed in accordance with the laws of the State of Delaware.

**18.0     DISPUTES**

(a)  POWER ANALYTICS and Seller agree to enter into negotiations to resolve any dispute arising under or relating to this Subcontract. Both parties agree to negotiate in good faith to attempt to reach a mutually agreeable settlement within a reasonable amount of time.

(b)  If negotiations are unsuccessful, either party may initiate litigation in a court of competent jurisdiction within the State of Delaware.

**19.0     ASSIGNMENTS AND SUBCONTRACTS**

This Subcontract may not be assigned, novated or otherwise transferred by operation of law or otherwise by either party without the other party's prior written consent, which consent shall not be

Scully Decl. Page 139
Exhibit 12

DocuSign Envelope ID: A3960017-AC93-45B9-8832-254C02C28AFD

unreasonably withheld provided, however, that POWER ANALYTICS may deny consent where it is in POWER ANALYTICS' best interest to do so; further provided, however, that either Party shall be entitled to assign this Agreement, without the prior written consent of the other Party, to an Affiliate of such Party or to any successor corporation which succeeds as a going concern to the business presently conducted by such Party pursuant to a merger, consolidation or sale of all or substantially all of its assets, if such successor corporation executes an assumption agreement confirming the successor corporation's acceptance and assumption of the terms and obligations under this Agreement.

Except to the extent identified in Seller's proposal, Seller agrees to obtain POWER ANALYTICS' approval before subcontracting this order or any substantial portion thereof provided, however, that this limitation shall not apply to the purchase of standard commercial supplies or raw materials.

POWER ANALYTICS or the Contracting Agency, as the case may be, must obtain Seller's written consent prior to moving the PI System Software from the locations designated in the Supplier Statement of Work or (ii) except as set forth above in this Section 19, assigning any licenses to OSIsoft Products granted hereunder to any third party or POWER ANALYTICS affiliate except that the Seller hereby consents to the loading of its PI System software on servers located at a maximum of three Navy/Marine bases in the San Diego area.

## 20.0   FORCE MAJEURE

OSIsoft will not be responsible for any failure or delay in its performance under this Subcontract due to causes beyond its reasonable control.

## 21.0   GENERAL RELATIONSHIP

POWER ANALYTICS shall be solely responsible for all liaison and coordination with POWER ANALYTICS' customer as it affects the applicable prime contract and this Subcontract. Seller's communications with POWER ANALYTICS' customer shall be limited to those necessary for the Seller's performance under this Subcontract. Any other communications between Seller and POWER ANALYTICS' customer requires the prior written approval of POWER ANALYTICS.

Seller is an independent contractor in all respects with regard to this Subcontract. Nothing contained in this Subcontract shall be deemed or construed to create a partnership, joint venture, agency, or other relationship other than that of contractor and customer.

## 22.0   NON-WAIVER OF RIGHTS

The failure of either party to insist upon strict performance of any of the terms and conditions in the Subcontract, or to exercise any rights or remedies, shall not be construed as a waiver of its rights to assert any of the same or to rely on any such terms or conditions at any time thereafter. The invalidity in

Scully Decl. Page 140
Exhibit 12

whole or in part of any term or condition of this subcontract shall not affect the validity of other parts hereof.

**23.0    ORDER OF PRECEDENCE**

The documents listed below are hereby incorporated by reference. In the event of an inconsistency or conflict between or among the provisions of this Subcontract, the inconsistency shall be resolved by giving precedence in the following order:

a.  Attachment 1:  Statement of Work
b.  Attachment 4:  OSIsoft Terms
c.  Schedule A: Specific Terms and Conditions
d.  Attachment 2:  Flow Down Clauses
e.  Attachment 3:  Cash Flow Breakdown

**24.0    SURVIVAL**

If this Subcontract expires, is completed, or is terminated, either Party shall not be relieved of those obligations contained in the following articles: 1.0, 6.0, 7.0, 8.0, 10.0, 11.0, 12.0, 15.0, 16.0, 17.0, 18.0, 19.0, 20.0, 23.0, 24.0 and 25.0 and those terms in the OSIsoft Terms which are incorporated by reference into this Subcontract.

**25.0    ENTIRE AGREEMENT**

The parties hereby agree that this Subcontract, including each of the schedules, attachments and exhibits referenced herein or attached hereto, shall constitute the entire agreement and understanding between the  parties hereto and  shall supersede and replace any and all prior or contemporaneous representations, agreements or understandings of any kind, whether written or oral, relating to the subject matter hereof.

In witness whereof, the duly authorized representatives of POWER ANALYTICS and the Seller have executed this Subcontract on the dates shown**.**

Scully Decl. Page 141
Exhibit 12

**SELLER:**

| OSISOFT, LLC | POWER ANALYTICS CORPORATION |
|---|---|
| (Company Name) | (Company Name) |

X  _Martin Otterson_
C38294AAA0284A3...
**(Signature)**

X  Kevin Meagher
Digitally signed by Kevin Meagher
DN: cn=Kevin Meagher, o=Power Analytics,
ou, email=Kevin@Poweranalytics.com, c=US
Date: 2013.10.30 09:48:35 -04'00'
**(Signature)**

NAME: Martin Otterson

NAME: **KEVIN MEAGHER**

**(Type or Print)**

**(Type or Print)**

TITLE: Sr. VP of Sales Marketing &Industry

TITLE: **PRESIDENT AND CTO**

DATE: _____

DATE: 10-30-13

10

**Scully Decl. Page 142**
**Exhibit 12**

<u>Attachment 1</u>

# Supplier Statement of Work for Secure Automated Microgrid Energy System (SAMES)

This Statement of Work (SOW) is provided by Power Analytics Corporation to OSIsoft Corporation. All information within the SOW should be held as confidential.

## 1. SCOPE

This Supplier Statement of Work (SSOW) defines the tasks to be performed by OSIsoft LLC, referred to hereafter as the "Supplier", under contract to Power Analytics Corporation (PAC), referred to hereafter as the "Customer".

### 1.1 SERVICE DESCRIPTION

The Supplier shall provide Commercial-off-the-Shelf ("COTS") software and supporting commercial services under this Subcontract including but not limited to: installation and configuration of the PI System software in support of the Secure Automated Microgrid Energy System (SAMES) Environmental Security Technology Certification Program (ESTCP) at three Navy/Marine bases in the San Diego area. The objective of the program is to demonstrate clustered microgrid reliability and cost savings from integrating and aggregating energy resources across multiple installations. Accordingly, OSIsoft agrees to comply with the mandatory flow down clauses that are applicable to this Commercial Item Subcontract as specified in FAR 52.244-6 (Subcontracts for Commercial Items), and such clauses are made a part of this Agreement.

### 1.2 PERIOD OF PERFORMANCE

The period of performance begins upon execution of the contract and ends on July 15, 2016.

## 2. REQUIREMENTS

Program requirements that are either fully or partially allocated to the Supplier are described in the following paragraphs.

### 2.1 APPLICABLE DOCUMENTS

Power Analytics Corporation ESTCP pre-proposal response, dated July 23, 2012. ESTCP BAA full response documents as provided to OSIsoft LLC on July 23, 2012.

Scully Decl. Page 143
Exhibit 12

## 2.2  REQUIREMENTS ALLOCATED TO SUPPLIER

| Program Requirement | Supplier Requirement |
|---|---|
| A.  Provide decentralized and centralized PI System licenses for data archiving, data storage, data metrics, and potentially data connections | 1.  PI Server with licenses for SDK, AF.<br>2.  Full PI System capabilities for clustered sites<br>3.  PI Interfaces for 3 control system capabilities<br>4.  Total points monitored  not to exceed 10,000 |
| B.  A comprehensive data warehouse to quantify the cost and benefits for benchmarking clustered microgrid investments | 1.  All data must be stored in the PI Server with no loss of data through the entire period of performance |
| C.  Installation and configuration services | 1.  Installation and configuration services for PI System software and connections to SAMES<br>2.  SAMES HMI will be used for all client access<br>3.  SAMES integration will be used as the primary interface with external devices |
| D.  Provide a comprehensive data warehouse to quantify the cost and benefits of specific investments | Provide PI System data access to SAMES and support integration to customer provided cost/benefit analytics. |
| E.  Provide a technology roadmap for rapid global implementation of clustered microgrids | Support roadmap development |
| F.  Support testing and demonstration of the project. All defects and issues identified will be remediated in accordance with OSIsoft's standard technical support processes. | Any identified OSIsoft software issues will be remediated in accordance with OSIsoft's standard technical support processes. |

# 3.  CUSTOMER RESPONSIBILITIES

Customer shall procure and install all required power system hardware and supporting construction in accordance with specifications developed with and acceptable to the Supplier and in accordance with base guidelines.

Scully Decl. Page 144
Exhibit 12

## 4.  SUPPLIER'S RESPONSIBILITIES

Supplier shall provide: the PI System software components, along with the skilled resources to install and configure it to site specific systems. Supplier will provide architectural guidance to assist project crew to create a list of any 3rd party hardware and software required for using OSIsoft PI System components.

### 4.1 Microgrid Design

Supplier shall support microgrid design at three Navy sites in San Diego area: Navy Base San Diego, Navy Base Pt. Loma, & Navy Base Coronado.  Supplier shall provide architectural assistance on the use of PI products needed by the project crew to create the infrastructure in support of the Microgrid design. Supplier shall provide OSIsoft technical support services from installation in order to support the development of the microgrid by others.  PAC will provide computer and electrical equipment for development of the microgrid and operation of distributed energy resources (generation, storage, controllable loads) within the microgrid. Supplier will not provide any communication infrastructure as part of the project.

### 4.2 Distributed Capability Architecture and Design

Supplier shall support the architecture definition and design of a microgrid solution to meet project objectives.

### 4.3 Site Integration

Supplier shall provide architectural guidance during the scoping phase, and will install and configure OSIsoft software on equipment and networks supplied by others and provide guidance, as needed, on interfacing the Paladin Gateway to the PI System.

### 4.4 Distributed Capability Integration

Supplier shall assist in commissioning links to support the distributed computing design determined by the initial scoping study as required for distributed computing data management capability.

### 4.5 Site Install and Testing

Supplier shall install and verify the accurate and reliable operation of the PI System software at each designated Navy site.

### 4.6 Site Commissioning

Supplier shall perform on-site commissioning of the OSIsoft PI System and distributed data collection implementation in-line with Power Analytics direction and guidance meeting ESTCP guidelines.

### 4.7 Project Capability Demonstrations

Supplier shall participate in capability scenario development and provide on-site support for capability demonstrations.

Scully Decl. Page 145
Exhibit 12

**4.8 Data Analysis and Reporting**

Supplier shall supply consulting (up to a maximum of 30 days) to define the system needed to support data analysis and development of project report.

**4.9 ESTCP Milestones**

| | Milestone | September | October | November | December | January |
|---|---|---|---|---|---|---|
| 5 | Software Implementation | | 17,692 | | 17,692 | |
| 6 | Integration of SW/HW | | 5,625 | | 5,625 | |

Milestones will be updated and/or adjusted after government shut down ends.

# 5.  DELIVERABLES

Supplier shall deliver the following items in the format specified and on or before the defined due date. Additionally, the Supplier will submit all required financial and program management reports and deliverables in accordance with ESTCP programmatic guidelines.

| Deliverable | Format | Due Date |
|---|---|---|
| PI System components at bases and distributed solution including installation and commissioning of COTS software. | Software and Services | ATP + 3 months |
| OSIsoft technical support | Services | ATP + 33 months |

# 6.  Required Travel

All travel required by Supplier is inclusive of the total price of the FFP contract between Supplier and Customer.

Scully Decl. Page 146
Exhibit 12

# ATTACHMENT 2

# FLOW DOWN CONTRACT CLAUSES

The clauses set forth in this Attachment 2 are incorporated by reference in the Subcontract with the same force and effect as if set forth therein in full. Unless otherwise noted below, the term "Contractor" as used in these clauses will mean "Seller" and the terms "Government" and "Contracting Officer" will mean Power Analytics and Power Analytic's authorized representative.

52.246-9    INSPECTION OF RESEARCH AND DEVELOPMENT (SHORT FORM) (APR 1984)

The Government has the right to inspect and evaluate the work performed or being performed under the contract, and the premises where the work is being performed, at all reasonable times and in a manner that will not unduly delay the work. If the Government performs inspection or evaluation on the premises of the Contractor or a subcontractor, the Contractor shall furnish and shall require subcontractors to furnish all reasonable facilities and assistance for the safe and convenient performance of these duties.

(End of clause)

52.242-15    STOP-WORK ORDER (AUG 1989)

(a) The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with
its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either--

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if--

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

Scully Decl. Page 147
Exhibit 12

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting
Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-
work order.

(End of clause)

252.235-7010    Acknowledgment of Support and Disclaimer.  (MAY 1995)

(a) The Contractor shall include an acknowledgment of the Government's support in the publication of any material based on or developed under this contract, stated in the following terms: This material is based upon work supported by the U.S. Army Corps of Engineers, Humphreys Engineer Center Support Activity under Contract
No. W912HQ-13-C-0064.

(b) All material, except scientific articles or papers published in scientific journals, must, in addition to any notices or disclaimers by the Contractor, also contain the following disclaimer: Any opinions, findings and conclusions or recommendations expressed in this material are those of the author(s) and do not necessarily reflect the views of the U.S. Army Corps of Engineers, Humphreys Engineer Center Support Activity.

(End of clause)

H021 The Contractor shall be free to use the results of the subject research for its own teaching, research, educational, clinical and publication purposes.  The Contractor shall not release any reports with the SERDP, ESTCP or NAVFAC logo, in any form (interim, draft and final reports), to any person or agency, including those within the Department of Army, without prior written approval of the SERDP/ESTCP program office.

All publications and deliverable reports prepared by the Contractor under this contract shall conspicuously display the following disclaimer:

VIEWS, OPINIONS, AND/OR FINDINGS CONTAINED IN THIS REPORT ARE THOSE OF THE AUTHOR(S) AND SHOULD NOT BE CONSTRUED AS AN OFFICIAL DEPARTMENT OF DEFENSE POSITION OR DECISION UNLESS SO DESIGNATED BY OTHER OFFICIAL DOCUMENTATION.

(End of clause)

Scully Decl. Page 148
Exhibit 12

## ATTACHMENT 3

## CASH FLOW – ANNUAL BREAKDOWN

| OSIsoft | | | Year 1 (7/16/13 - 7/15/14) | | Year 2 (7/16/14- 7/15/15) | | Proposal Number: 13 EB-EW1-044 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Year 3 (7/16/15- 7/15/16) | | Grand Total |
| Labor | | Rate | Units | Total | Units | Total | Units | Total | |
| Lead Technical Individual - Kunal Desai | | | Day | ■ | Day | ■ | Day | | ■ |
| Other Significant Technical Individual - Mark McCoy | | | Day | | Day | | Day | | |
| Labor Category #1 | | | | | | | | | |
| Labor Category #2 | | | | | | | | | |
| Labor Category #3 | | | | | | | | | |
| TOTAL LABOR   (*1) | | | | ■ | | ■ | | ■ | ■ |
| Subcontractors and co-performers | | | | | | | | | |
| All federal partners or subcontractors receiving greater than ■ require a separate cost sheet. | | | | | | | | | |
| Government Organization/Lab #1 | | | | | | | | | |
| Organization Name (Subcontractor 1) | | | | | | | | | |
| Organization Name (Subcontractor 2) | | | | | | | | | |
| Organization Name | | | | | | | | | |
| Total Co-performer or Subcontractor | | | | ■ | | ■ | | ■ | ■ |
| Travel: | | | | | | | | | |
| Domestic Travel  (■ per trip) | | | | ■ | | ■ | | | ■ |
| Foreign Travel | | | | | | | | | |
| Total Travel | | | | ■ | | ■ | | ■ | ■ |
| Other Direct Costs: | | | | | | | | | |
| Major Equipment | | | | ■ | | ■ | | | ■ |
| Materials, Supplies and Consumables | | | | | | | | | |
| Publication Costs | | | | | | | | | |
| Other (software) | | | | | | | | | |
| Total Other Direct Costs | | | | ■ | | ■ | | ■ | ■ |
| TOTAL PRICE | | | | ■ | | ■ | | ■ | ■ |

DocuSign Envelope ID: A3960017-AC93-45B9-8832-254C02C28AFD

## CASH FLOW – TASK BREAKDOWN

| Cost Proposal By Tasks Spreadsheet | | | | |
|---|---|---|---|---|
| **Proposal Number:  13 EB-EW1-044** | | | | |
| OSIsoft | **Year 1** | **Year 2** | **Year 3** | |
| **Task** | **(7/16/13 - 7/15/14) ($K)** | **(7/16/14 - 7/15/15) ($K)** | **(7/16/15 - 7/15/16) ($K)** | **Total ($K)** |
| (1) Contract Negotiation/Permits | $          - | $          - | $          - | $          - |
| (2) Site Survey/PMP | $    ██ | $          - | $          - | $    ██ |
| (3) BoM Generated/Orders Placed | $          - | $          - | $          - | $          - |
| (4) Construction/Implementation | $          - | $          - | $          - | $          - |
| (5) Software Implementation | $    ██ | $    ██ | $          - | $    ██ |
| (6) Integration of SW/HW | $    ██ | $          - | $          - | $    ██ |
| (7) Certification and Accreditation | $          - | $    ██ | $          - | $    ██ |
| (8) Configuration of Clusters | $          - | $    ██ | $          - | $    ██ |
| (9) Demonstration of Microgrid | $          - | $    ██ | $    ██ | $    ██ |
| (10) Plans/Briefings | $          - | $    ██ | $    ██ | $    ██ |
| (11) Monthly(M)/Quarterly Reports(Q) | $          - | $          - | $          - | $          - |
| (12) T/C&P Reports | $          - | $          - | $          - | $          - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | $    ██ | $    ██ | $    ██ | ██ |

# ATTACHMENT 4

**TERMS AND CONDITIONS FOR OSISOFT PRODUCTS AND SERVICES**

1.      **License**

    1.1      **License Grant**. Subject to the terms and conditions of this Corporate Family Software License and Service Agreement (this "**Agreement**"), OSIsoft grants to Licensee a perpetual nonexclusive, nontransferable (except as specified in Section 10.1) license to use in accordance with these provisions (including Exhibit A to this Attachment) the OSIsoft products and related documentation ordered by Licensee (the "**OSIsoft Products**"). Licensee may make a reasonable number of copies of any OSIsoft Product documentation for internal business use.

    1.2      **License Restrictions**.      Except as expressly provided herein, Licensee agrees that it has no right to:
(i) modify the OSIsoft Products or to permit any third party to do so; (ii) copy the OSIsoft Products, except as strictly required to install the OSIsoft Software and make a reasonable number of copies for archival or backup purposes, or
(iii) use the OSIsoft Products to provide service-bureau, software rental, time-sharing or any data services to any third party that is not a Licensee Affiliate. Any OSIsoft Products ordered by Licensee and licensed by OSIsoft as a bundled unit must be used by Licensee as a bundled unit. Licensee acknowledges that OSIsoft Products contain trade secrets of OSIsoft, and in order to protect such trade secrets, Licensee agrees not to disassemble, decompile or reverse engineer the OSIsoft Products, nor permit any third party to do so, except to the extent such restrictions are prohibited by applicable law.

    1.3      **Limited Rights**. Licensee's rights in the OSIsoft Products will be limited to those expressly granted in this Section 1, and OSIsoft reserves all other rights, title, interest and licenses therein.  All OSIsoft Products provided to the U.S. Government are provided with the commercial license rights and restrictions described in this Agreement pursuant to 48 CFR 12.212.

    1.4.      **Audit Rights**. Upon OSIsoft's written request, Licensee shall furnish OSIsoft with a certification signed by an officer of Licensee verifying that the OSIsoft Products are being used pursuant to the terms of this Agreement. In addition, upon reasonable prior written notice under the circumstances, OSIsoft may audit Licensee's use of the OSIsoft Products to ensure that Licensee is in compliance with the terms of this Agreement. Any such audit shall be conducted during regular business hours at Licensee's facilities, according to the rules and regulations of the Ordering Activity and shall not unreasonably interfere with Licensee's business activities.  Licensee shall provide OSIsoft access to the relevant Licensee records and facilities.  If an audit reveals that Licensee has underpaid fees to OSIsoft, the the parties shall work to true-up the account. Limited to the server the software is installed on.

2.      **Reserved**.

3.      **Reserved.**

4.      **Support, Maintenance and Services**

    4.1      **Software Reliance Program.**      Licensee will be enrolled in OSIsoft's then-current Software Reliance Program ("**Software Reliance Program**"). Payment will be included in the contract amount and not an additional fee.  OSIsoft's current terms of Software Reliance Program will be provided on request and are also available through OSIsoft's description of services section at http://www.osisoft.com.

    4.2      Replacement Software.  Promptly following its use of any Updates, Bug Fixes or other replacement software as designated by OSIsoft and accepted by Licensee ("Replacement Software"), except for

19

DocuSign Envelope ID: A3960017-AC93-45B9-8832-254C02C28AFD

archival copies, Licensee will return or destroy the OSIsoft Software replaced by the Replacement Software. Licensee will not receive any credit for software replaced by Replacement Software.

        4.3    <u>Services</u> If Licensee purchases OSIsoft's services, OSIsoft warrants that the results of such services will comply with mutually agreed upon specifications for the period of performance for the project following delivery of the services by OSIsoft. Licensee agrees to supply OSIsoft with access to and use of all information and facilities reasonably necessary for OSIsoft to render any on-site services pursuant to this Agreement. OSIsoft will comply with all reasonable safety rules and procedures provided by Licensee to OSIsoft personnel in advance.

## 5.  **Warranties**.

        5.1    **Limited Warranty**. OSIsoft warrants that, for one (1) year after delivery of the OSIsoft Products, the OSIsoft Products will function in accordance with OSIsoft's accompanying documentation in all material respects. As Licensee's sole and exclusive remedy and OSIsoft's entire liability for any breach of the foregoing warranty, OSIsoft will repair or replace, at no additional charge to Licensee, any OSIsoft Products that fail to meet this limited warranty. The limited warranty set forth herein shall automatically become null and void if a party other than OSIsoft modifies the OSIsoft Products in any way. EXCEPT AS EXPRESSLY SET FORTH IN THIS SECTION, OSIsoft MAKES NO WARRANTIES OF ANY KIND EITHER EXPRESS OR IMPLIED, AND OSIsoft EXPRESSLY DISCLAIMS ANY AND ALL SUCH OTHER WARRANTIES, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT AND NONINFRINGEMENT.

        5.2    **Reserved.**

        5.3    **Reserved.**

## 6.  **Indemnity**

        6.1    **OSIsoft Indemnity Obligation.** OSIsoft will defend any action brought against Licensee to the extent that it is based upon a claim that the OSIsoft Products infringe any U.S. patent, copyright or trade secret, and will pay any costs, damages and reasonable attorneys' fees attributable to such claim that are finally awarded or paid in settlement in any such action, provided that: (i) Licensee promptly notifies OSIsoft in writing of the claim; (ii) Licensee grants OSIsoft sole control of the defense and settlement of the claim, provided that Licensee will have the right to approve the terms of any settlement or compromise that would require Licensee to make monetary contribution thereto; and (iii) Licensee provides OSIsoft with all assistance, information and authority reasonably required for the defense and settlement of the claim, at OSIsoft's expense.

        6.2    **Injunction**. If Licensee's use of any of the OSIsoft Products hereunder is, or in OSIsoft's opinion is likely to be, subject to the type of infringement claim specified in Section 6.1, OSIsoft may, at its sole option and expense: (i) procure for Licensee the right to continue using such OSIsoft Products, as applicable under the terms of this Agreement; (ii) replace or modify such OSIsoft Products so that it is non-infringing, but retains substantially the same functionality; or (iii) if options (i) and (ii) above cannot be accomplished despite OSIsoft's reasonable efforts, then OSIsoft may terminate Licensee's rights and OSIsoft's obligations hereunder with respect to such OSIsoft Products and refund to Licensee the unamortized portion of the fees paid for such OSIsoft Products, based upon a straight-line three (3) year depreciation commencing as of the date Licensee received such OSIsoft Products.

        6.3    **OSIsoft Indemnity Exclusions**. OSIsoft will have no liability for infringement claims of any kind arising from: (i) any use of the OSIsoft Products beyond the scope of this Agreement; (ii) Licensee's use of the OSIsoft Products in combination with any products not developed by OSIsoft, if the basis for the claim is such combined use;

**Scully Decl. Page 152**
**Exhibit 12**

(iii) Licensee's failure to use updated or modified versions of the OSIsoft Products provided or made available by OSIsoft without additional charge; or (iv) OSIsoft's compliance with designs or specifications of a published standard or as provided by Licensee. THE PROVISIONS OF THIS SECTION 6 SET FORTH OSIsoft's SOLE AND EXCLUSIVE OBLIGATIONS AND LICENSEE'S SOLE AND EXCLUSIVE REMEDIES WITH RESPECT TO INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS.

7.     **Limitations of Liability.**     EVEN IF ANY REMEDY SET FORTH HEREIN FAILS OF ITS ESSENTIAL PURPOSE OR OTHERWISE AND REGARDLESS OF WHETHER A CLAIM ARISES UNDER CONTRACT, TORT (INCLUDING NEGLIGENCE), BREACH OF WARRANTY, STRICT LIABILITY OR OTHERWISE, AND WHETHER OR NOT SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGES, IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL LOSS OR DAMAGES OF ANY KIND (INCLUDING LOSS OF USE, DATA, BUSINESS OR PROFITS) NOR SHALL EITHER PARTY's TOTAL CUMULATIVE LIABILITY HEREUNDER EXCEED THE TOTAL LICENSE FEES PAID BY LICENSEE TO OSIsoft UNDER THIS AGREEMENT DURING THE TRAILING 12 MONTH PERIOD OR TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000), WHICHEVER IS GREATER. The foregoing limitations of liability do not apply to Licensee's obligation under Section 1, and to both party's respective obligation under Sections 6 and 8 hereof. The parties expressly agree that the allocation of risk contained in this Section is an essential basis of this Agreement.

8.     **Confidential Information.** "*Confidential Information*" means the OSIsoft Products and any business (including any pricing information provided by OSIsoft) or technical information that is marked by a disclosing party as "confidential" or "proprietary" at the time of disclosure. Licensee's Confidential Information shall also include information related to Licensee's operations that Licensee discloses to OSIsoft in connection with this Agreement in whatever form. OSIsoft's Confidential Information shall also include, without limitation, any interfaces developed using OSIsoft's Software. The receiving party will not use or disclose any Confidential Information of the other party except as expressly permitted herein and will use all reasonable measures to maintain the confidence of all such Confidential Information, which measure will in no event be less than the measures that the receiving party takes to protect its own confidential information of similar importance. Confidential Information will not include information which: (i) is or becomes publicly available without fault of the receiving party; (ii) is independently developed by the receiving party without use or access to the Confidential Information; or (iii) was known to the receiving party prior to its receipt of the Confidential Information from the disclosing party and is not subject to other restrictions on disclosure or use.

9.     **Term and Termination**. In the event of any termination of this Agreement, the parties agree to return or at the other party's request destroy all of the other party's Confidential Information within three (3) business days, and without limiting the foregoing, Licensee will return or at OSIsoft's request destroy all copies of the OSIsoft Products within its possession or control. Licensee may terminate its license to the OSIsoft Products under this Agreement at any time by destroying all copies of the OSIsoft Products and Confidential Information associated with the OSIsoft Products within its possession or control. Termination of this Agreement by either party will be a nonexclusive remedy for breach without prejudice to any other right or remedy of such party. The rights and obligations of the parties contained in Sections 3, and 6 through 10 will survive the termination of this Agreement.

10.     **General**

   10.1   **Assignment, Independent Contractors, Notices and Force Majeure**.
Licensee must obtain OSIsoft's written consent prior to: (i) moving the OSIsoft Software from the location designated in the corresponding Order or (ii) assigning this Agreement or any licenses to OSIsoft Products granted hereunder to any third party or Licensee Affiliate; provided, however, that Licensee shall be entitled to assign this Agreement or any licenses to OSIsoft Products granted hereunder, without the prior written consent of OSISoft, to a Licensee Affiliate of Licensee or to any successor corporation which succeeds as a going concern to the business presently conducted by Licensee pursuant to a merger, consolidation or sale of all or substantially all of its assets, if such successor corporation executes an assumption agreement confirming the

Scully Decl. Page 153
Exhibit 12

successor corporation's acceptance and assumption of the terms and obligations under this Agreement.  The parties to  this Agreement are independent contractors and neither party will have the power to bind the other or incur obligations on  the other's behalf without the other's prior written consent. All notices required or permitted under this Agreement will be  sent to the address specified above (or such other address specified by the receiving party) in writing and will be  deemed  effective upon receipt. OSIsoft will not be responsible for any failure or delay in its performance under this Agreement  due to causes beyond its reasonable control.

10.2     **Reserved**.

10.3     **Compliance with Laws; Government Approvals and Severability**. Licensee's use of the OSIsoft  Products will comply with all laws, rules, and regulations of the United States and other countries that may be applicable  to the OSIsoft Products. Without limiting the generality of the foregoing, Licensee acknowledges that the distribution and  use of OSIsoft Products and any technical data related thereto (collectively "***OSIsoft Technology***") may be subject to U.S.  export control laws and regulations including, but not limited to, the U.S. Export Administration Act of 1979, as amended,  and the regulations promulgated there under.  Licensee will not export or re-export, directly or indirectly, any OSIsoft  Technology, to any destination for any use that is restricted by U.S. export control laws and regulations including, without  limitation, to any party that is involved in sensitive or unguarded nuclear activities, or activities related to chemical or  biological weapons or missiles, unless Licensee first obtains the required authorizations from the U.S. Department of  Commerce or other appropriate governmental agencies. Licensee may not use the OSIsoft Products to operate or control  any inherently dangerous application.

Scully Decl. Page 154
Exhibit 12

# Exhibit A to Attachment 4

OSIsoft Products Usage Terms

The following usage terms will apply only to the extent that Licensee orders each type of OSIsoft Product as specified by OSIsoft.  Additional usage terms may be included in the accompanying documentation. .
OSIsoft Software Categories and Applicable License Metrics:

Client and Server Products (Currently includes PI System Software, High Availability Servers, PI ProcessBook, PI DataLink, PI WebParts, PSA)
Licensee's use of Client Software cannot exceed the number of Individual License, Named User or Concurrent Users using the Client Software to access any Server Software as specified in accepted Orders and licensed pursuant to this Agreement.

Licensee's use of Server Software cannot exceed the number of Datastream Points created in such Server Software (as measured by the OSIsoft Software), Nodes on which the Server Software is installed, Data or Connections as applicable and specified in accepted Orders and licensed under this Agreement.

Except to the extent that a user is properly accessing Server Software through direct use of properly licensed Client Software, Licensee must acquire the appropriate PSA license to access data directly or indirectly from the Server Software. Indirect access shall include, but not be limited to, accessing data from the Server Software through a third party application, use of extract transfer and load (ETL) applications, and using Client Software through a terminal or other program. In all events, reducing the number of users who access the Server or use the Client Software directly through the use of an intermediary software program or hardware does not reduce the number of PSAs required. This is called multiplexing or pooling. All users who access the multiplexing or pooling system and all Servers that transmit data to such a system must have an appropriate PSA license, even if such users are not directly using the Client Software or accessing data directly from Server Software.

Licensee may only write programs that make calls to OSIsoft's Data Access Software under the following circumstances:
(i) pursuant to an appropriate development license from OSIsoft (e.g. OSIsoft Virtual Campus); (ii) to extend the functionality of an OSIsoft Product that is designated by OSIsoft as including "Programmatic Extensions", or a similar designation, and only as expressly permitted by the accompanying documentation; or (iii) as expressly permitted by a previously purchased OSIsoft Product license.

Server Software modules and Datastream Points designated by Licensee in an Order for use with one "PI" Server Software module cannot be moved to or otherwise used with any other "PI" Server Software module without OSIsoft's express consent. Except as otherwise expressly provided in this Agreement, once Datastream Points have been designated by Licensee in an Order for use with a PI Server Software module, Licensee cannot return such Datastream Points to OSIsoft for any credit or refund of any kind.

Interfaces
Interface products licensed by the Connection may not exceed the number of Connections specified in accepted orders. All other Interfaces are licensed on an Node or Server basis. Interfaces licensed on a Node basis may only be used on the number of Nodes specified in accepted orders. Interfaces licensed on a Server basis may be used on an unlimited number of Nodes, provided that they are only interoperating with the number of Servers specified in accepted orders.

Scully Decl. Page 155
Exhibit 12

DocuSign Envelope ID: A3960017-AC93-45B9-8832-254C02C28AFD

Test Servers

This type of OSIsoft Software is licensed solely for testing purposes. Such OSIsoft Software cannot be used in production or otherwise used to process any data generated from Licensee's business operations.


Third Party Software

Software designated as "Third Party Software" on OSIsoft's price list is not subject to this Agreement. OSIsoft acts only as a distributor for Third Party Software and all licensing terms, support and warranty service, if any, will be provided by the third party vendor for this type of software. Except for OSIsoft's failure to deliver the Third Party Software in accordance with Licensee's accepted Orders, notwithstanding any provision in this Agreement, in no event will OSIsoft be liable to Licensee or to any third party for damages of any kind arising from or related to the Third Party Software.

License Usage Definitions

"OSIsoft Software" means all those software products delivered to Licensee or licensee's designee including without limitation, (i) those that are designed and designated by OSIsoft to operate on a network server computer ("Server Software"), a client device ("Client Software"), or as an interface with certain hardware monitoring devices, third party software and multiple copies of Server Software ("Interface"); and (ii) all related documentation, bug fixes and updates delivered to Licensee by OSIsoft or its designee. For purposes of Sections 4, 5 and 6, OSIsoft Software shall in no event include any software or source code that is designated as "sample", "example", "beta" or with some other similar designator by OSIsoft. Use of such software or source code is at Licensee's sole risk and OSIsoft shall in no way be liable for any damages that may result.

"PSA" stands for PI System Access license. PSA licenses sold on a Named User basis permit the licensed user to access data from any licensed Server Software. PSA licenses sold on a server basis permit Licensee's users to access data from the Server Software licensed even if they are not a Named User.

"Concurrent Users" mean individuals who are accessing the same copy of Server Software at the same time.

"Data Access Software" means certain software as designated by OSIsoft that enables Server Software to interoperate with Client Software and non-OSIsoft software systems and devices. Data Access Software includes, API, PI SDK, AF SDK, PI OLEDB Provider, PI OLEDB Enterprise, PI ODBC Client, OPC, PI JDBC Driver and PI Web Services and such other software as OSIsoft may designate from time to time.


"DataStream Point" means a tag or module that is created and exists in certain Server Software modules that is used to setup, configure or store data-points or data structures.

"Connection" means a link between the data generated from one copy of OSIsoft Software and another copy of OSIsoft Software or a third party data source. Unless otherwise indicated in an OSIsoft quote, each Connection is unidirectional.

"Individual Licenses" means the number of client devices onto which Licensee may install Client Software. One Individual License may be used on up to two client devices to facilitate home office use or remote access so long as one Individual License is not used by two individuals at the same time. Individual Licensed Software cannot be used to export data from the OSIsoft Software and serve such data directly or indirectly to another client or device.

"Named User" means an individual who is authorized to access the OSIsoft Software.

"Node" means a single computer.  Any virtualization of a Node shall be counted as an additional instance. "Users" means the number of individuals who are authorized to access a copy of Server Software.

Scully Decl. Page 156
Exhibit 12

## Software Reliance Program Terms

### 1. **Services**

1.1 **Designated System Manager**. As a condition to OSIsoft's performance of the Software Reliance Program, Licensee must designate one or more "System Manager(s)" as the individual(s) responsible for maintaining the integrity of the hardware and software of the system of which the OSIsoft Products are a part (the "**System**"). Licensee is responsible for maintaining individual(s) trained as System Manager(s).

1.2        **Software Reliance Program Services**.

(a)        **Technical Support.** OSIsoft will provide the System Manager with the contact information for the designated OSIsoft Technical Support. The System Manager will be entitled to contact the OSIsoft Technical Support 7 days a week, 24 hours a day (except for ProcessPoint for which such support will be available on business days between 9am to 6pm Eastern Standard Time) to ask questions or seek advice regarding the use of the OSIsoft Products. OSIsoft will assist the System Manager in using the OSIsoft Products and in identifying and providing workarounds, if possible, for problems with the OSIsoft Products. Such assistance may include computer communications to Licensee's facilities. OSIsoft will use its best efforts to respond to all Technical Support queries within four (4) hours (for ProcessPoint response times only apply during support hours).

(b) **Product Suggestions**. Licensee may submit product suggestions to OSIsoft identifying desired improvements in the OSIsoft Products. OSIsoft retains the right to determine the final disposition of all such suggestions and Licensee recognizes that OSIsoft is free to use such suggestions in any manner. If OSIsoft decides in its sole judgment to incorporate any such suggestion, it will do so by providing Licensee with an Update, as described in subsection (d) below.

(c) **Bug Fixes**. OSIsoft will use reasonable efforts to provide Licensee with an avoidance procedure for and a correction of each material defect in the OSIsoft Products that cause the OSIsoft Products not to conform in all material respects with the OSIsoft Documentation (a "**Bug Fix**").

(d) **Software Updates**. As OSIsoft develops permanent solutions for known OSIsoft Products problems, OSIsoft will, from time to time, incorporate such solutions into planned updates to the OSIsoft Products, as applicable, ("**Updates**"). Such Updates may also include those minor enhancements and extensions or other changes to the OSIsoft Products as are determined by OSIsoft to be suitable to the uses

made of the OSIsoft Products by OSIsoft's licensees and are made available by OSIsoft to its other licensees without additional charge. OSIsoft will provide Licensee's whose Software Reliance Program fees are current with such Updates as they are released. OSIsoft will provide Licensee with such instructions and/or documentation that OSIsoft considers reasonably necessary to assist in a smooth transition to use of such Updates. Use of some Updates may require Licensee's agreement to additional usage terms. In the event OSIsoft decides in its discretion to update the appropriate software reference manual or to issue release notes or other documentation corresponding to Updates, OSIsoft will provide one copy of the same to Licensee at no charge as they become available.

(e) **Interface Exchanges**. Licensee may exchange one standard interface for another if the only difference between the two interfaces is the operating system with which the interface is compatible. These exchanges will be processed free of any licensing fees. For example, Fisher Chip on VMS may be exchanged for Fisher Chip on NT, for no license fee. OSIsoft will have the right to charge any shipping, handling, tariffs or other OSIsoft costs related to delivering any replacement interface.

1.4 **On-Site Assistance**.

(a) In the event that OSIsoft is unable to resolve a problem with the OSIsoft Products through telephone assistance pursuant to Section 1.2(a), the System Manager may request OSIsoft to provide on-site assistance.

**Scully Decl. Page 157**
**Exhibit 12**

After verifying the need for on-site assistance, including without limitation that Licensee has complied with the terms of Section 1.3(a), OSIsoft will use its best efforts, subject to the reasonable availability of its personnel, to commence travel for such on-site assistance within one business day for travel of less than 1000 miles from OSIsoft's facilities, and within two business days otherwise. OSIsoft will render on-site assistance to Licensee until resolution of the problems identified or for so long as reasonable progress is, in OSIsoft's judgment, being made. OSIsoft may suspend the performance of on-site assistance as required to obtain additional resources, but will resume such assistance when such resources become available.

(b) OSIsoft's obligation with respect to on-site assistance is limited to isolating, identifying, and reporting problems associated with OSIsoft Products. If problems are isolated to OSIsoft Products, OSIsoft will provide Licensee with Bug Fixes, as available. As an interim solution, until a Bug Fix is available, OSIsoft will use reasonable efforts to assist Licensee in finding an avoidance procedure, if possible, which allows use of the System. Licensee has sole responsibility and liability for implementation of OSIsoft's recommended interim solution.

### 1.5 Subscription Term

Unless otherwise agreed, each Software Reliance Program subscription shall be for a term of  the project.

### 2. Conditions to the Software Reliance Program

All Software Reliance Program services to be rendered by OSIsoft hereunder are subject to the following conditions:

**2.1 Nonqualified Products**. OSIsoft shall have no obligations or responsibilities of any kind hereunder with respect to any hardware or software product other than the OSIsoft Products ("***Nonqualified Products***"). Nonqualified Products shall also include any custom application programs or other software developed by OSIsoft for Licensee. If the performance by OSIsoft of the Software Reliance Program is made more difficult or impaired because of Nonqualified Products, OSIsoft shall so notify Licensee, and Licensee will immediately remove the Nonqualified Product at its own risk and expense during any efforts to render services under this Agreement. Licensee shall be solely responsible for the compatibility and functioning of Nonqualified Products with the OSIsoft Products or the OSIsoft Remote Application.

**2.2 System Versions**. All Licensee System hardware and software must be maintained at the revision level deemed necessary by OSIsoft for proper operation of the OSIsoft Products.

**2.3 Backup Procedures**. Licensee is solely responsible for maintaining a procedure external to the OSIsoft Products for reconstruction of lost or altered files, data, or programs to the extent deemed necessary by Licensee and for actually reconstructing any lost or altered files, data or programs.

**2.4 Operator Procedures**. Licensee shall at all times follow routine operator procedures as specified in OSIsoft operating manuals or other operating manuals for the OSIsoft Products.

**2.5 Licensee Representative**. A designated representative of Licensee shall be present at all times OSIsoft is performing services on Licensee's premises or the premises of Licensee's Client. OSIsoft personnel will not enter or remain at Licensee's premises or the premises of Licensee's Client in the absence of such Licensee representative.

**2.6 Isolation**. Licensee is solely responsible for ensuring that the System is isolated from any process links or anything else that could cause harm before requesting or receiving Remote Support Service or on-site assistance.

Scully Decl. Page 158
Exhibit 12

# EXHIBIT 13



# POWER ANALYTICS™

**Media Contact:**
David Hamilton
Burkhead Brand Group
Associate Director, Earned Media
david.hamilton@bbgintegrated.com
(864) 979-0024

**FOR IMMEDIATE RELEASE**

# CAUSAM ENERGY FINALIZES POWER ANALYTICS ACQUISITION

*Merged Company Hosting the 20/20 Vision-Driven Power Conference in October*

**RALEIGH, N.C. – September 4, 2014 –** Causam Energy, Inc. has acquired Power Analytics Corporation, a leading developer of electrical power system design, simulation and analytic software for use in energy intensive, mission-critical facilities and microgrids. Financial terms were not disclosed.

Founded in 2012, Causam has developed a suite of technologies and commercial applications to enable, facilitate and provide greater intelligence for the electric power grid. With the acquisition now complete, the merged company is currently developing additional solutions covering real-time two-way actionable communication, advanced analytics, and energy settlements for distributed generation applications. Plans are also in place to expand the partner network.

Specific details regarding additional product offerings and services will be revealed at the company's 20/20 Vision-Driven Power Conference, October 21–23 in San Diego. Keynote speakers will also discuss the impending transformation of the world's energy grid and how Causam and Power Analytics plan to lead the way in that revolution.

1

**Scully Decl. Page 160**
**Exhibit 13**

"Similar to telecom and the more recent Y2K, power grid disruption is imminent. New guidelines, changing markets and emerging technologies will all significantly impact the grid of the future," said Joe Forbes, Jr., chief executive officer of Causam and Power Analytics. "With the acquisition of Power Analytics, our combined companies have existing technologies that will push the envelope for real-time data, real security and reduce user dependency on large utility providers. The new product landscape also includes advanced analytics, settlements and payments available through the EnergyNet website."

The first annual conference is free of charge to members of the media and includes a tour of the nation's largest microgrid at the University of California at San Diego, a user of Power Analytics' award-winning Paladin® family of software products. For more information about the conference, visit http://conference.poweranalytics.com Media interested in attending the 20/20 Vision-Driven Power Conference should contact David Hamilton at david.hamilton@bbgintegrated.com to register.

The merged company will continue licensing and selling products under the Power Analytics name, with offices in San Diego; Raleigh, North Carolina; and Charleston, South Carolina. Forbes leads the management team as CEO, Kevin Meagher moves to a new position as COO, David Bass serves as CFO, and Taylor Brockman will supervise all research and development as CTO.

**About Power Analytics**

Embraced by the power industry for more than 25 years, Power Analytics' software is at the forefront of the electrical system planning and operation space for energy intensive, mission-critical facilities and microgrids, and currently protects more than $120 billion in customer assets. Power Analytics was recently acquired by Causam Energy, a leading developer of technologies and commercial applications that provide increased grid intelligence and optimization. Combining their innovative technologies, intellectual property and experienced management teams, the merged company plans to lead the way in solving power energy problems for the highly networked, next-generation energy grid. For more information, visit http://www.poweranalytics.com

###

2

# EXHIBIT 14

| | |
|---|---|
| From: | Joe Kallal |
| Sent: | Wed 10/01/2014 10:52 AM (GMT-07:00) |
| To: | Erika Ferguson |
| Cc: | Kevin Meagher; John Marriott |
| Bcc: | |
| Subject: | Re: OSIsoft / PowerAnalytics partnership status |
| Attachments: | image002.png |

Erica. Confused. I went to 3 of your events last year including your event in San Francisco.

We also sent our web changes twice in the last ~ 12 months.

We would like to speak with one of your principals about OSI getting on our partner program.  I would also like to speak w your new head of sales about partnering.  Your existing programs are not a good fit for us.

Please let me know and thank you.

Sent from my iPhone

On Oct 1, 2014, at 1:15 PM, "Erika Ferguson" <eferguson@osisoft.com> wrote:

> Hi Joe and Kevin,
> It would be great to see you at one of our seminars.
> In the meantime, could you let us know if there needs to be any changes to our description on our web-site for PA?
> I will also give you a call within the next few days.
> Thank You! Erika

| **Power Analytics Corporation (Formerly EDSA Micro)** | 10805 Rancho Bernardo Road, Ste 270<br>San Diego, California - 92127-5713<br>USA | +1(858)675-9211 |
|---|---|---|

*Power Analytics is leading the way in the development of software technologies to ensure customers' electrical power infrastructure is performing properly, efficiently  and in a manner that ensures no operational problems. Used by the power industry for more than 25 years, Power Analytics' software solutions have surged to the forefront of the electrical system planning, operation and smart grid market space for use in energy  intensive, mission-critical facilities and microgrids. Paladin products currently protect customer assets including financial data centers, air traffic control sites, military installations, deep sea oil platforms, and power generation and distribution facilities.  The company is headquartered in San Diego, Calif. and has a smart grid center of excellence in Raleigh, N.C.*

**From:** John Marriott
**Sent:** Wednesday, October 01, 2014 9:15 AM
**To:** Joe Kallal (jkallal@poweranalytics.com); Kevin Meagher (kmeagher@poweranalytics.com)
**Cc:** Erika Ferguson
**Subject:** OSIsoft / PowerAnalytics partnership status

Hello Kevin and Joe,

Thanks for your feedback and comments regarding our partnership status.  Erika would like to review the updated partner program with you and go over the new benefits that are included in it.  She will try to contact Joe in the next couple  weeks.

Erika will also be attending our New Orleans, Nashville, Atlanta and Houston Regional Seminars.  She will not be able to attend your user conference due to a conflict with our Nashville Seminar, but if you can make it to one of ours, she  would be glad to talk about partnership face-to-face.

**John Marriott**
OSIsoft LLC
Wilmington, NC
Mobile (910) 232-4360 | **jmarriott@OSIsoft.com**

<image002.png>New  Orleans – Oct. 9th & 10th
Nashville – Oct. 21st & 22nd
Atlanta – Oct. 29th & 30th
Pittsburgh – Nov. 4th & 5th
Houston – Nov. 13th & 14th

# EXHIBIT 15

From:     Dave Roberts
Sent:     Wed 11/05/2014 6:49 AM (GMT-08:00)
To:       Tisha Trites
Cc:
Bcc:
Subject: RE: raincheck

Hi Tisha

I hate to appear "aloof', not my intent.  We're really slammed right now on a number of fronts.  That being said I am VERY interested on where you are going, your new role, and collaboration opportunities.  Perhaps considering my calendar constraints we could do a webex meeting, and that way I could also bring a few other folks into the meeting.

How are things with Craig Diffie and the fed team?

--Dave

**From:** Tisha Trites [mailto:TTrites@poweranalytics.com]
**Sent:** Monday, November 3, 2014 9:20 AM
**To:** Dave Roberts
**Subject:** RE: raincheck

Hi Dave,

How does this week look for lunch?

Tisha

**Introducing DesignBase Xi™- the Road to the Intelligent Grid**

**Tisha Trites | Power Analytics Corporation | Director of Microgrid Programs**

**Direct:** +1 (858) 675-9794 | **Cell:** +1 (619) 247-5735

**Email:** ttrites@poweranalytics.com | **Site:** www.PowerAnalytics.com

**Address:**  10805 Rancho Bernardo Drive, Suite 270, San Diego, CA 92127

**From:** Dave Roberts [mailto:DRoberts@osisoft.com]
**Sent:** Thursday, October 09, 2014 8:01 AM
**To:** Tisha Trites
**Subject:** raincheck


Hi Tisha


I got stuck at HQ this week and won't be able to make our lunch today.   Perhaps we can connect around your conference?


--Dave

# EXHIBIT 16

From:     Tyler Saltsman
Sent:     Tue 12/16/2014 2:55 PM (GMT-08:00)
To:       Craig Diffie; Steve Sarnecki
Cc:
Bcc:
Subject: RE: Two Things


Sir,

I pushed it out all the way to the middle of June 2015.


**From:** Craig Diffie
**Sent:** Tuesday, December 16, 2014 2:55 PM
**To:** Tyler Saltsman; Steve Sarnecki
**Subject:** RE: Two Things


Tyler:

        Just the PI Server is good for now.  What is the termination date for this Try & Buy?


                                                                    Craig


**From:** Tyler Saltsman
**Sent:** Tuesday, December 16, 2014 2:40 PM
**To:** Steve Sarnecki; Craig Diffie
**Subject:** RE: Two Things


Gents,

This has been executed, please let me know if you would like them to have any additional software.


**From:** Steve Sarnecki
**Sent:** Tuesday, December 16, 2014 11:34 AM
**To:** Craig Diffie
**Cc:** Tyler Saltsman
**Subject:** RE: Two Things


Approved

Sent from my Windows Phone

**From:** Craig Diffie
**Sent:** 12/16/2014 2:33 PM
**To:** Steve Sarnecki
**Cc:** Tyler Saltsman
**Subject:** FW: Two Things


Steve:

        Can you approve this Try & Buy for Power Analytics – so that Tyler can move forward with the action?
        This is Navy ESTCP-related and is a continuation of the PI Server that they use in their Dev environment.

                                        Craig

**From:** Craig Diffie
**Sent:** Tuesday, December 16, 2014 2:23 PM
**To:** Tyler Saltsman
**Subject:** RE: Two Things

OK – in that case, can you get this reinstated and extended to whatever the longest period we allow is (probably 6 months)?  Thanks.

Craig

PS – since this expired, will they have to go and download a new license file or can they just restart and continue using their existing installed PI Server.  Let me know what you think.

**From:** Tyler Saltsman
**Sent:** Tuesday, December 16, 2014 2:18 PM
**To:** Craig Diffie
**Subject:** RE: Two Things

Sir,

Their 20k tag expired November 9th..



**From:** Craig Diffie
**Sent:** Tuesday, December 16, 2014 11:05 AM
**To:** Tyler Saltsman
**Subject:** RE: Two Things

Tyler:

Power Analytics POC associated with the Try and Buy is likely either to be Tisha Trites (ttrites@poweranalytics.com) or Kevin Meagher (kmeagher@poweranalytics.com).  Don't extend anything yet, I just want to know what the scheduled end dates is.

Craig

**From:** Tyler Saltsman
**Sent:** Tuesday, December 16, 2014 1:57 PM
**To:** Craig Diffie
**Subject:** RE: Two Things

Sir,

These are still being worked on at an expedited rate (December is our most difficult month).  What is the end user there? Also what is his email?  I can check the status with that email address and extend the try and buy if need be.

**From:** Craig Diffie
**Sent:** Tuesday, December 16, 2014 8:14 AM
**To:** Tyler Saltsman
**Subject:** Two Things

Tyler:

Can you give me an update on the two POs (Premier Technology and NIH (Pepco)) working their way through Sales Ops?  Potential completion times?

Second – in our ESTCP project with Power Analytics, they have a 10,000 DST Try-and-Buy PI Server license.  Can you check and tell me when that Try & Buy license is due to expire?

Craig

**Craig Diffie** | Account Executive – DoD/IC | (703) 371-3231 (M) | cdiffie@osisoft.com

# EXHIBIT 17

From:     Dave Roberts
Sent:     Wed 3/25/2015 2:38 PM (GMT-07:00)
To:       Azer, Richard E (AzerRE@bv.com)
Cc:       Tisha Trites; Jake Flohr; 'Kevin Meagher'
Bcc:
Subject: BV and PA

Hi Rick;


I just had lunch with Tisha Trites from Power Analytics.  We have been partners on a few Microgrid and Data Center projects together.  We are also all part of Cleantech SD.  Tisha and I met today over lunch to discuss the Chula Vista RFP, and I think there is some strong merit in having PA be a subcontractor in the proposal.  In addition to the work we have done in Microgrids and data centers, they have some very interesting IP around settlements, billing, economic dispatch with possible applicability for a Chula Vista Bayfront energy district application.


Their CTO/COO Kevin Meagher will be in town next week, and we thought it might be a good idea to get together on Tuesday afternoon if you are available.  PA can go thru their "fit" to this opportunity in Chula Vista and we can discuss possibilities.  I see their IP as highly complementary to IIS/Asset360.


Are you available next Tuesday afternoon?  If not, do you have other availability?  They have offices in RB, or we could come over to your offices.


--Dave




Dave Roberts | OSIsoft Fellow | m 510.541.3237 | @OSIsoftDRoberts

# EXHIBIT 18

From:    Dave Roberts
Sent:    Tue 4/07/2015 3:46 PM (GMT-07:00)
To:    Tisha Trites
Cc:    Bossom, Mike
Bcc:
Subject: RE: Chula Vista - Black & Veatch


I have not heard back from Rick Azer.  He delegated to Mike Bossom to lead bid process.


I have copied Mike.


--Dave




**From:** Tisha Trites [mailto:ttrites@poweranalytics.com]
**Sent:** Tuesday, April 7, 2015 3:46 PM
**To:** Dave Roberts
**Subject:** Chula Vista - Black & Veatch


Hi Dave,


Did you ever hear back from Rick Azer?  I assume you are moving forward with a response to the RFP.  Does B&V want to consider us as a sub in the proposal?


Thanks.


Tisha


**Introducing DesignBase Xi™- the Road to the Intelligent Grid**

**Tisha Trites | Power Analytics Corporation | Director of Microgrid Programs**

**Direct:** +1 (858) 675-9794 | **Cell:** +1 (619) 247-5735

**Email:** ttrites@poweranalytics.com | **Site:** www.PowerAnalytics.com

**Address:** 10805 Rancho Bernardo Drive, Suite 270, San Diego, CA 92127

# EXHIBIT 19

From:      Richard Goode
Sent:      Wed 10/28/2015 3:42 PM (GMT-07:00)
To:        Thuy Vi
Cc:        Steve Sarnecki
Bcc:
Subject: RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15-9/10/15-9/30/15-10/14/15 -10/28/15 f/u

Thuy,
I spoke to AP folks at their Raleigh, NC  Headquarters and sent an email and voice mail directly to their CFO.
Mike Quilty , 919-719-1097
No response.
I would suggest having legal send them a certified letter stating they are in breach of their SOW agreement with us. And if do not receive payment we will meet with the GOV customer directly regarding this issue.

Rg

**From:** Thuy Vi
**Sent:** Wednesday, October 28, 2015 6:24 PM
**To:** Richard Goode
**Cc:** Thuy Vi; Steve Sarnecki
**Subject:** FW: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15-9/10/15-9/30/15-10/14/15 -10/28/15 f/u

Hi Richard,
Do you have any update on this?

Best Regards,
Thuy Vi
Collections Analyst | Letters J-Z |OSIsoft, LLC

**From:** Steve Sarnecki
**Sent:** Wednesday, October 14, 2015 2:30 PM
**To:** Richard Goode <rgoode@osisoft.com>; Thuy Vi <tvi@osisoft.com>
**Subject:** FW: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15-9/10/15-9/30/15-10/14/15 f/u

Rick - Can you please investigate (with CRM CLOSED opps, Mark, & Craig) and aggressively resolve this?

This was for PowerAnalytics SPAWAR Microgrid.

Steve

**From:** Thuy Vi
**Sent:** 10/14/2015 1:15 PM
**To:** Steve Sarnecki
**Cc:** Thuy Vi
**Subject:** FW: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15-9/10/15-9/30/15-10/14/15 f/u

Hi Steve,
Are you in charge of this account?
There're two invoices for contract # W912HQ-13-C-0064-01. So far we have only received a payment of $5,175.00, not sure why customer didn't pay us in full.
Do you know the status of the project? The invoices are now more than 150 days past due. Hence, we need to know why there's a delay on payment.

**Date:** 9/10/2015

| Customer | Name | Invoice | Order | Purch Order | Posting Date | Due Date | |
|----------|------|---------|-------|-------------|--------------|----------|---|
| 5029439 | Power Analytics Corporation | 9000075165 | 5000052630 | W912HQ-13-C-0064-01 | 3/6/2015 | 4/20/2015 | |
| 5029439 | Power Analytics Corporation | 9000075715 | 5000046748 | W912HQ-13-C0064-01 | 3/31/2015 | 5/15/2015 | |
| 5029439 | Power Analytics Corporation | 9000075715 | 5000046748 | W912HQ-13-C0064-01 | 8/21/2015 | 5/15/2015 | |
| | Power Analytics Corporation | | | | | | E |

Best Regards,
Thuy Vi
Collections Analyst | Letters J-Z |OSIsoft, LLC
Tel: 510-877-9633| Fax: 510-988-9339| E-mail: tvi@osisoft.com
Please Forward Payment Advice to: AccountsReceivable@osisoft.com
1100 San Leandro Blvd, Bldg A, Suite 300, San Leandro, CA 94577-1671

**From:** Thuy Vi
**Sent:** Wednesday, September 30, 2015 2:10 PM
**To:** 'Tisha Trites' <ttrites@poweranalytics.com>
**Cc:** Thuy Vi <tvi@osisoft.com>
**Subject:** RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15-9/10/15-9/30/15 f/u

Hi Tisha,

Please let me know when can we expect payment for the rest of the balance.
Let me know if there's any issue.

Best Regards,
Thuy Vi
Collections Analyst | Letters J-Z |OSIsoft, LLC
Tel: 510-877-9633| Fax: 510-988-9339| E-mail: tvi@osisoft.com
Please Forward Payment Advice to: AccountsReceivable@osisoft.com
1100 San Leandro Blvd, Bldg A, Suite 300, San Leandro, CA 94577-1671

**From:** Thuy Vi
**Sent:** Thursday, September 10, 2015 12:08 PM
**To:** 'Tisha Trites' <ttrites@poweranalytics.com>
**Cc:** Thuy Vi <tvi@osisoft.com>
**Subject:** RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15-9/10/15 f/u

Hi Tisha,
Hope you're doing well.

We haven't received payment for IN 9-75165 and only received partial payment for IN 9-75715.
Could you please help look into and advise?

Date:      9/10/2015
| Customer | Name | Invoice | Order | Purch Order | Posting Date | Due Date |
|----------|------|---------|-------|-------------|--------------|----------|
| 5029439 | Power Analytics Corporation | 9000075165 | 5000052630 | W912HQ-13-C-0064-01 | 3/6/2015 | 4/20/2015 |
| 5029439 | Power Analytics Corporation | 9000075715 | 5000046748 | W912HQ-13-C0064-01 | 3/31/2015 | 5/15/2015 |
| 5029439 | Power Analytics Corporation | 9000075715 | 5000046748 | W912HQ-13-C0064-01 | 8/21/2015 | 5/15/2015 |
| | Power Analytics Corporation | | | | | |

**Scully Decl. Page 180**
**Exhibit 19**

Best Regards,
Thuy Vi
Collections Analyst | Letters J-Z |OSIsoft, LLC
Tel: 510-877-9633| Fax: 510-988-9339| E-mail: tvi@osisoft.com
Please Forward Payment Advice to: AccountsReceivable@osisoft.com
1100 San Leandro Blvd, Bldg A, Suite 300, San Leandro, CA 94577-1671

**From:** Thuy Vi
**Sent:** Tuesday, August 18, 2015 11:56 AM
**To:** 'Tisha Trites' <ttrites@poweranalytics.com>
**Cc:** Thuy Vi <tvi@osisoft.com>
**Subject:** RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15

Hi Tisha,
We still haven't received the payment. Could you please advise?

Best Regards,
Thuy Vi
Collections Analyst | Letters J-Z |OSIsoft, LLC
Tel: 510-877-9633| Fax: 510-988-9339| E-mail: tvi@osisoft.com
Please Forward Payment Advice to: AccountsReceivable@osisoft.com
1100 San Leandro Blvd, Bldg A, Suite 300, San Leandro, CA 94577-1671

**From:** Thuy Vi
**Sent:** Wednesday, July 29, 2015 2:32 PM
**To:** 'Tisha Trites'
**Subject:** RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15

That's great. Thank you Tisha.

Best Regards,
Thuy Vi

**From:** Tisha Trites [mailto:ttrites@poweranalytics.com]
**Sent:** Wednesday, July 29, 2015 2:22 PM
**To:** Thuy Vi
**Subject:** Re: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15

Hi Thuy,

The invoice is scheduled to be paid next week. I can't you know when the payment has been mailed.

Tisha

Sent from my iPhone

On Jul 29, 2015, at 5:14 PM, Thuy Vi <tvi@osisoft.com> wrote:

> Hello Tisha,
> Could you please direct me to your AP so I can work with them directly?
>
> Best Regards,
> Thuy Vi
> Collections Analyst | Letters J-Z |OSIsoft, LLC

Tel: 510-877-9633| Fax: 510-988-9339| E-mail: tvi@osisoft.com
Please Forward Payment Advice to: AccountsReceivable@osisoft.com
1100 San Leandro Blvd, Bldg A, Suite 300, San Leandro, CA 94577-1671

**From:** Thuy Vi
**Sent:** Friday, July 17, 2015 2:40 PM
**To:** 'Tisha Trites'
**Subject:** RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15

Hi Tisha,
Hope you're doing well.
Just want to check to see If payment had been processed for IN 9-75165 & IN 9-75715.
Kindly help check.

Best Regards,
Thuy Vi
Collections Analyst | Letters J-Z |OSIsoft, LLC
Tel: 510-877-9633| Fax: 510-988-9339| E-mail: tvi@osisoft.com
Please Forward Payment Advice to: AccountsReceivable@osisoft.com
1100 San Leandro Blvd, Bldg A, Suite 300, San Leandro, CA 94577-1671

**From:** Tisha Trites [mailto:ttrites@poweranalytics.com]
**Sent:** Wednesday, June 17, 2015 4:05 PM
**To:** Thuy Vi
**Subject:** RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15

Hi Thuy,

It's in process, but it has not even been 30 days yet, so I don't think it will be paid this week.

Tisha

**Introducing DesignBase Xi™- the Road to the Intelligent Grid**
**Tisha Trites  | Power Analytics Corporation  |  Director of Microgrid Programs**
**Direct:** +1 (858) 675-9794  | **Cell:** +1 (619) 247-5735
**Email:** ttrites@poweranalytics.com  | **Site:** www.PowerAnalytics.com
**Address:** 10805 Rancho Bernardo Drive, Suite 270, San Diego, CA 92127

**From:** Thuy Vi [mailto:tvi@osisoft.com]
**Sent:** Wednesday, June 17, 2015 3:47 PM
**To:** Tisha Trites
**Cc:** Thuy Vi
**Subject:** RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15

Hi Tisha,
Do you have payment status for IN 9-75165?

Best Regards,
Thuy Vi
Collections Analyst | Letters J-Z |OSIsoft, LLC
Tel: 510-877-9633| Fax: 510-988-9339| E-mail: tvi@osisoft.com
Please Forward Payment Advice to: AccountsReceivable@osisoft.com
1100 San Leandro Blvd, Bldg A, Suite 300, San Leandro, CA 94577-1671

**From:** Thuy Vi
**Sent:** Friday, June 05, 2015 4:07 PM
**To:** 'Tisha Trites'
**Cc:** Thuy Vi
**Subject:** RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15

Hi Tisha,
Understood. Thank you for your help.


Best Regards,
Thuy Vi


**From:** Tisha Trites [mailto:ttrites@poweranalytics.com]
**Sent:** Friday, June 05, 2015 4:06 PM
**To:** Thuy Vi
**Subject:** RE: Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15

Hi Thuy,

Please note that invoice 9000075715 was resubmitted by Craig Diffie as invoice 9000075715 on 5/26/15.  The 45 days terms for payment begin on that date.  I will check on the status of the other invoice.

Thank you.


Tisha


**Introducing DesignBase Xi™- the Road to the Intelligent Grid**
**Tisha Trites | Power Analytics Corporation | Director of Microgrid Programs**
**Direct:** +1 (858) 675-9794 | **Cell:** +1 (619) 247-5735
**Email:** ttrites@poweranalytics.com | **Site:** www.PowerAnalytics.com
**Address:** 10805 Rancho Bernardo Drive, Suite 270, San Diego, CA 92127


**From:** Thuy Vi [mailto:tvi@osisoft.com]
**Sent:** Friday, June 05, 2015 3:49 PM
**To:** Tisha Trites
**Cc:** Thuy Vi
**Subject:** Power Analytics Corporation (BP 5029439)- OSIsoft Statement 6/05/15

Hello,
Please help forward below aging statement to your account payable.

Below is your current statement. Please review and confirm payment schedule for due invoice. For your convenience, copies of the invoice and PO are attached.

| Date: | 6/5/2015 | | | | | |
|---|---|---|---|---|---|---|
| **Customer** | **Name** | **Acct Doc** | **Invoice** | **Order** | **Purch Order** | **Posting Date** |
| **5029439** | Power Analytics Corporation | 90731343 | 9000075165 | 5000052630 | W912HQ-13-C-0064-01 | 3/6/2015 |
| **5029439** | Power Analytics Corporation | 90731876 | 9000075715 | 5000046748 | W912HQ-13-C0064-01 | 3/31/2015 |
| | Power Analytics Corporation | | | | | |

Let me know if you have any questions or concerns.

Best Regards,
Thuy Vi
Collections Analyst | Letters J-Z |OSIsoft, LLC
Tel: 510-877-9633| Fax: 510-988-9339| E-mail: tvi@osisoft.com
Please Forward Payment Advice to: AccountsReceivable@osisoft.com
1100 San Leandro Blvd, Bldg A, Suite 300, San Leandro, CA 94577-1671