Don F. Livornese (SBN 125,934)
donl@ruyakcherian.com
RUYAKCHERIAN LLP
222 N. Sepulveda Blvd, Suite 2000
El Segundo, California 90245
Telephone: (310) 586-7689

[Additional counsel on signature page]

Attorneys for Plaintiff
*Power Analytics Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| POWER ANALYTICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> OPERATION TECHNOLOGY, INC. d/b/a ETAP; OSISOFT, LLC; and SCHNEIDER ELECTRIC USA, INC., <br><br> Defendants. | Case No. 8:16-CV-1955-JAK-FFM <br><br> **DECLARATION OF KEVIN MEAGHER IN OPPOSITION TO DEFENDANT OSISOFT'S MOTION FOR SANCTIONS PURSUANT TO RULE 11** <br><br> Discovery Cutoff: September 5, 2017 <br> Pre-Trial Conf.: April 2, 2018 <br> Trial Date: April 17, 2018 |

I, Kevin Meagher, declare:

1. My name is Kevin Meagher, I am the President of Plaintiff Power Analytics Corporation. I have personal knowledge of the matters contained herein and, if called to do so, I could and would competently testify thereto. I submit this Declaration in Support of Power Analytics' Opposition to OSI's Motion for Sanctions.

2. I have worked for Power Analytics since 2005.

3. My first title at Power Analytics, then known as EDSA Micro Corporation, was Chief Technology Officer, ("CTO").

4. I became President and CEO of Power Analytics August 19, 2013.

5. In 2014, Power Analytics hired a new CEO, and I have remained as President since that time.

6. During my time at Power Analytics I have worked with and interacted from personnel from OSIsoft LLC ("OSI").

7. In 2010, I was part of the team that worked with OSI personnel to integrate Power Analytics' software, such that it would be operable with OSI's Historian Software.

8. This integration work took more than a year, and cost more than $100,000.

9. This integration was vitally important to Power Analytics because OSI's Historian software is widely used, particularly with customers who are members of NUPIC.

-1-

10. Power Analytics' Grid Design and Management ("DesignBase"), as well as its RealTime Arc Flash ("RealTime") software requires interface with Historian software.

11. Historian software is a necessary element to introduce advanced functionality such as Arc Flash/safety used in Power Analytics' RealTime products for use in any NUPIC project.

12. Within the NUPIC market, it has been well known in all of my years in the industry that OSI has a tremendous market share.

13. In order to be able to sell to customers in the NUPIC market, Power Analytics was first required to subject its software to audit by NUPIC.

14. The initial audit process takes several years, and has a significant cost of more than $500,000. There are then follow up audits on an annual or semiannual basis, which involve extensive expenditures of capital and employee time.

15. Power Analytics' customers in NUPIC require the software they purchase to be NUPIC audited so they can meet their United States Nuclear Regulatory Commission, ("NRC") requirements.

16. It is my understanding from my many years in the industry that ETAP and Power Analytics are the only two companies that offer NUPIC certified Grid Design and Management products, therefore ETAP is Power Analytics' one and only competitor for the sale of such products in NUPIC.

-2-

17. The products that Power Analytics sells in competition with ETAP in NUPIC are: Paladin DesignBase, and Direct Current System Database Management ("DCSDM") Software.

18. Power Analytics competes with companies such as Digsilent and SKM outside of NUPIC. However, because those companies have not devoted the resources to meeting NUPIC compliance, those competitors are not competitors in NUPIC.

19. Once Power Analytics introduced its RealTime Products, it fully intended to offer this patented solution to users in NUPIC.

20. Because of the foreclosure in NUPIC, however, Power Analytics cannot justify such expense because of the lack of business opportunities in NUPIC.

21. There was a time when OSI was very interested in working with Power Analytics in the NUPIC market.

22. In 2012, OSI and PA worked on a few Microgrid projects, and the parties then entered discussions about working together in NUPIC. In my then role of CTO, I was one of the key people in Power Analytics' efforts with OSI.

23. Power Analytics suggested a joint solution where Power Analytics' NUPIC certified Design Base software could be coupled with OSI's Historian Software.

24. NUPIC customers choosing that solution would also gain access to Power Analytics' patented Real Time Arc Flash product, which is the only Real Time Arc flash product.

-3-

25. Power Analytics sought to do this with OSI, because OSI was the entrenched, dominant player in NUPIC.

26. Absent an agreement with OSI, there is no way to offer a joint solution within NUPIC.

27. Exhibit 8 to Power Analytics' Opposition is a true and correct copy of a January 2012 email chain regarding OSI and Power Analytics conducting joint marketing efforts for specific nuclear customers. I was one of multiple Power Analytics included on this email chain with OSI personnel, and a participant in such meetings.

28. Working with OSI allowed us access to NUPIC customers that were not otherwise available to us.

29. OSI and Power Analytics set up teams of employees to work together to expand the sales of both OSI and Power Analytics products in NUPIC.

30. The two companies created pitch materials, and conducted joint sales calls on existing OSI NUPIC customers.

31. Jim Neumann, the former VP of Marketing of Power Analytics was integral with spearheading these efforts for Power Analytics.

32. Mr. Neumann worked on this project in 2011 and 2012, but then left the company.

33. In 2013, Mr. Neumann reached out to me to let me know that he was now working for ETAP.

-4-

34. Once Mr. Neumann left Power Analytics, all discussions with OSI ceased, and they stopped the joint sales efforts in NUPIC.

35. OSI simply stopped returning Power Analytics' calls regarding NUPIC and the joint sales efforts that Power Analytics found to be crucial to its ability to gain access to NUPIC simply stopped.

36. With the loss of the access provided by the dominant NUPIC player, Power Analytics has seen its nuclear business all but disappear.

37. Absent the assistance of OSI, Power Analytics could not sell a joint PA/OSI solution, even though the software is compatible.

38. I have reviewed certain exhibits that were attached to OSI's Motion for Sanctions. None of these documents involve OSI working with Power Analytics in NUPIC post ETAP/OSI Agreement.

39. The Exhibits that involve OSI and Power Analytics working together in NUPIC all predate the 2014 OSI/ETAP Agreement that has kept Power Analytics out of the NUPIC market.

40. Exhibit 12 to the Declaration of Jason Scully is a 2013 subcontract for OSI to perform as Power Analytics' subcontractor in a non-NUPIC project.

41. Exhibit 17 to the Declaration of Jason Scully is a March 2015 email that I received. While this email was received after OSI and ETAP publicly announced their Agreement, the project referenced here is a non-NUPIC project.

-5-

42. Exhibit 18 to the Declaration of Jason Scully is an April 2015 email that I received. As with the email in Exhibit 17, while this email was received after the announcement of the OSI/ETAP Agreement, the project referenced here is the same non-NUPIC project discussed in Exhibit 17.

43. Further, I understand that OSI has taken the position that Power Analytics ended its relationship with OSI via the email that is attached as Exhibit 14 to Mr. Scully's Declaration.

44. As evident from the message from Power Analytics' Joe Kallal sent to OSI and copying myself in October 2014, a few weeks after the public announcement of the ETAP/OSI strategic partnership, Power Analytics stated that "[w]e would like to speak with one of your principals about getting OSI on our partner program. I would also like to speak w your new head of sales about partnering."

45. Power Analytics specifically requested that OSI join Power Analytics' partner program. Power Analytics did not hear back regarding this request.

46. Regarding Mr. Kallal's statement that OSI's existing partner programs "are not a good fit for us", this was a reference, in part to OSI's alignment with ETAP, which has kept Power Analytics from NUPIC.

47. During a presentation to Ebay for a potential project, Ebay stated that it was a longtime OSI customer, and that it has been told by ETAP that ETAP and OSI are

-6-

strategic partners, and that both OSI and ETAP consider themselves to be competitors of Power Analytics.

48. Since the ETAP/OSI Agreement, Power Analytics has lost 4 of its 11 NUPIC customers, all to ETAP, and has not gained any new NUPIC customers.

49. For example, since the ETAP/OSI Agreement, Bruce Power, informed Power Analytics that it was switching from Power Analytics to ETAP.

50. I declare under penalty of perjury under the laws of the United States of America that the above facts are true and correct.

Executed this __6th__ day of April 2017, in __Raleigh, NC_____.

*[signature]*

Kevin Meagher