Don F. Livornese (SBN 125,934)
donl@ruyakcherian.com
RUYAKCHERIAN LLP
222 N. Sepulveda Blvd, Suite 2000
El Segundo, California 90245
Telephone: (310) 586-7689

[Additional counsel on signature page]
Attorneys for Plaintiff
*Power Analytics Corporation*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC. d/b/a ETAP; OSISOFT, LLC; and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | Case No. 8:16-CV-1955-JAK-FFM<br><br>**PLAINTIFF POWER ANALYTICS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Date: May 15, 2017<br>Time: 8:30 a.m.<br>Place: Courtroom 750<br>Judge: Hon. John A. Kronstadt<br><br>Discovery Cutoff: September 5, 2017<br>Pre-Trial Conf.: April 2, 2018<br>Trial Date: April 17, 2018 |

Pursuant to Civil Local Rule 79-5.2.2(b) and Paragraph 11 of the Initial Standing Order of Civil Cases Assigned to Judge John A. Kronstadt (Dkt. 107 at 18-19), Plaintiff Power Analytics Corporation ("Power Analytics") hereby applies for leave to file certain documents produced by two defendants in this case under seal at their request. Specifically, in the concurrently filed Application for Leave to File Supplemental Authority in Opposition to OSI's Motion for Sanctions, Power Analytics is filing a Declaration of Arthur T. Farrell that attaches and discusses ten separate documents produced by Defendants OSIsoft, LLC ("OSI") and Operation Technology, Inc. d/b/a ETAP ("ETAP") (Exhibits 1 to 10, respectively). The documents were produced by defendants under the protective order confidentiality designation "Highly Confidential – Outside Counsel Only and Highly Confidential Attorneys Eyes Only" which requires them to be filed under seal. Moreover, as discussed in the concurrently filed Declaration of Mr. Farrell In Support of its Application for Leave To File Under Seal, during recent discussions, OSI's and ETAP's counsel requested that the exhibits be filed under seal.

Mr. Farrell's declaration is also sought to be filed under seal because it summarizes portions of the underlying exhibits.

Accordingly, Power Analytics hereby requests that the following documents be filed under seal at the request of Defendants:

(i) Exhibits 1-10 attached to the Declaration of Mr. Farrell In Support of its Application for Leave To File Under Seal; and

(ii) The Declaration of Arthur T. Farrell In Support of Power Analytics' Application for Leave To File Under Seal attaching Exhibits 1-10.

(iii)   The Declaration of Arthur T. Farrell In Support of Power Analytics' Application for Leave to Present Supplemental Authority In Opposition to Defendant OSISOFT's Motion for Sanctions pursuant to Rule 11

Respectfully submitted,

| | | |
|---|---|---|
| 1 | DATED: May 9, 2017 | RUYAKCHERIAN LLP |
| 2 | | |
| 3 | | */s/ Arthur T. Farrell* |
| | | Robert F. Ruyak (*pro hac vice*) |
| 4 | | robertr@ruyakcherian.com |
| 5 | | Richard A. Ripley (*pro hac vice*) |
| | | rickr@ruyakcherian.com |
| 6 | | Arthur T. Farrell (*pro hac vice*) |
| 7 | | tedf@ruyakcherian.com |
| | | RUYAKCHERIAN LLP |
| 8 | | 1776 Eye St. NW, Suite 750 |
| 9 | | Washington, D.C. 20006 |
| | | Telephone: (202) 838-1560 |
| 10 | | |
| 11 | | Korula T. Cherian (SBN 133,967) |
| | | sunnyc@ruyakcherian.com |
| 12 | | 1936 University Ave, Suite 350 |
| 13 | | Berkley, California 94704 |
| | | Telephone: (510) 944-0190 |
| 14 | | |
| 15 | | Don F. Livornese (SBN 125,934) |
| | | donl@ruyakcherian.com |
| 16 | | 222 N. Sepulveda Blvd, Suite 2000 |
| 17 | | El Segundo, California 90245 |
| | | Telephone: (310) 586-7689 |
| 18 | | |
| 19 | | Attorneys for Plaintiff |
| | | *Power Analytics Corporation* |

-3-