| | |
|---|---|
| Don F. Livornese<br>(Cal. Bar No. 125,934)<br>donl@ruyakcherian.com<br>RUYAKCHERIAN LLP<br>222 N. Sepulveda Blvd, Suite 2000<br>El Segundo, California 90245<br>Telephone: 310-586-7689 | Trevor V. Stockinger<br>(Cal. Bar No. 226359)<br>tstockinger@kbslaw.com<br>KESSELMAN BRANTLY<br>STOCKINGER LLP<br>1230 Rosecrans Avenue, Suite 690<br>Manhattan Beach, CA 90266<br>Telephone: 310-307-4555 |
| Counsel for Plaintiff<br>POWER ANALYTICS<br>CORPORATION | Counsel for Defendant<br>OPERATION TECHNOLOGY, INC. |
| Michael McNamara<br>(Cal. Bar No. 106,079)<br>MMcNamara@jenner.com<br>JENNER & BLOCK LLP<br>633 West 5th Street Suite 3600<br>Los Angeles, CA 90071-2054<br>Telephone: 213-239-5100 | Joseph Stephen Belichick<br>(Cal. Bar No. 229371)<br>jbelichick@fenwick.com<br>Fenwick and West LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650-988-8500 |
| Counsel for Defendant<br>SCHNEIDER ELECTRIC USA, INC. | Counsel for Defendant<br>OSISOFT, LLC |

[Additional Counsel Listed on Signature Pages]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC. d/b/a ETAP; OSISOFT, LLC; and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | Case No. 8:16-CV-19<br><br>**Hon. John A. Kronstadt**<br><br>**JOINT REPORT RE FINAL RULINGS PURSUANT TO THE COURT'S REQUEST AT THE MAY 15, 2017 MOTIONS HEARING** |

Pursuant to the Court's request during the May 15, 2017 hearing on pending motions (ECF No. 236), Plaintiff Power Analytics Corporation, Defendant Operation Technology, Inc. d/b/a ETAP ("ETAP"), Defendant Schneider Electric, USA ("Schneider"), and Defendant OSISoft, LLC ("OSI") provide the Court the following update regarding whether final rulings on the pending motions would be productive in facilitating the parties' settlement efforts.

The parties met and conferred in person after the May 15, 2017 hearing. Defendants submit that a final ruling on all pending motions would be productive in facilitating the parties' settlement efforts. These pending motions include the parties' *Markman* briefing (ECF Nos. 171, 172), Defendants' motion for partial summary judgment of invalidity (ECF No. 161), Defendant OSIsoft's motion for sanctions (ECF No. 192), and Defendant OSIsoft's motion for review of the March 20, 2017 discovery order (ECF No. 197).

In light of the parties' meet and confer, Plaintiff does not expect that the parties will be able to engage in meaningful discussion prior to the Court's rulings on the pending motions.

Dated May 16, 2017     Respectfully submitted,

I hereby attest that all other signatories listed concur in the filing of this document and have authorized its filing.

By: */s/ Amadou K. Diaw*
Robert F. Ruyak (*pro hac vice*)     Don F. Livornese

| | | |
|---|---|---|
| 1 | robertr@ruyakcherian.com | (CA Bar No. 125,934) |
| 2 | Richard A. Ripley (*pro hac vice*)<br>rickr@ruyakcherian.com | donl@ruyakcherian.com<br>RUYAKCHERIAN LLP |
| 3 | Arthur T. Farrell (*pro hac vice*)<br>tedf@ruyakcherian.com | 222 N. Sepulveda Blvd, Suite 2000<br>El Segundo, California 90245 |
| 4 | Amadou K. Diaw (*pro hac vice*)<br>amadoukd@ruyakcherianc.com | Telephone: 310-586-7689 |
| 5 | RUYAKCHERIAN LLP | Korula T. Cherian |
| 6 | 1776 Eye St. NW, Suite 750<br>Washington, D.C. 20006 | (CA Bar No. 133,967)<br>sunnyc@ruyakcherian.com |
| 7 | Telephone: 202-838-1560 | RUYAKCHERIAN LLP<br>1936 University Ave, Suite 350 |
| 8 | | Berkley, California 94704<br>Telephone: 510-944-0190 |
| 9 | | |
| 10 | | Counsel for Plaintiff<br>POWER ANALYTICS |
| 11 | | CORPORATION |
| 12 | | |
| 13 | Benjamin J. Bradford (*pro hac vice*) | By: */s/ Benjamin J. Bradford*<br>Kirsten Hicks Spira |
|    | bbradford@jenner.com | (Cal. Bar No. 119885) |
| 14 | Michael G. Babbit (*pro hac vice*)<br>mbabbit@jennder.com | KSpira@jenner.com<br>Michael P McNamara |
| 15 | Reginald J Hill (*pro hac vice*)<br>rhill@jenner.com | (Cal. Bar No. 106079)<br>mmcnamara@jenner.com |
| 16 | JENNER & BLOCK LLP | Jenner and Block LLP |
| 17 | 353 N. Clark Street<br>Chicago, IL 60654 | 633 West Fifth Street Suite 3600<br>Los Angeles, CA 90071 |
|    | Telephone: 312-222-9350 | Telephone: 213-239-5100 |
| 18 | | |
| 19 | | Joshua M. Segal (*pro hac vice*)<br>jsegal@jenner.com |
| 20 | | Lee K Van Voorhis (*pro hac vice*)<br>lvanvoorhis@jenner.com |
| 21 | | JENNER & BLOCK LLP<br>1099 New York Avenue, NW |
| 22 | | Suite 900<br>Washington, DC 20001-4412 |
| 23 | | Telephone: 202-639-6000 |
| 24 | | Counsel for Defendant<br>SCHNEIDER ELECTRIC USA, INC. |
| 25 | | By: */s/ Salumeh Loesch* |
| 26 | David W. Kesselman<br>(Cal. Bar No. 203838) | Klaus H. Hamm<br>(Cal. Bar No. 224905) |
| 27 | dkesselman@kbslaw.com<br>Trevor V. Stockinger | klaus.hamm@klarquist.com<br>Salumeh Loesch (*pro hac vice*) |
| 28 | (Cal. Bar No. 226359) | salumeh.loesch@klarquist.com |

RuyakCherian LLP
1936 University Avenue, Suite 350
Berkeley, CA 94704

| | | |
|---|---|---|
| 1 | tstockinger@kbslaw.com | Derrick W. Toddy |
| 2 | KESSELMAN BRANTLY STOCKINGER LLP | (Cal. Bar. No. 233174) derrick.toddy@klarquist.com |
| 3 | 1230 Rosecrans Avenue, Suite 690 Manhattan Beach, CA 90266 | John D. Vandenberg (*pro hac vice*) john.vandenberg@klarquist.com |
| 4 | Telephone: 310-307-4555 | Garth A. Winn (*pro hac vice*) |
| 5 | | garth.winn@klarquist.com KLARQUIST SPARKMAN, LLP |
| 6 | | 121 S.W. Salmon Street, Suite 1600 Portland, Oregon 97204 |
| 7 | | Telephone: 503-595-5300 |
| 8 | | Counsel for Defendant |
| 9 | | OPERATION TECHNOLOGY, INC. d/b/a ETAP |
| 10 | | By: */s/ Joseph S. Belichik* |
| 11 | Michael J Sacksteder (Cal. Bar No. 191605) | Joseph Stephen Belichick (Cal. Bar No. 229371) |
| 12 | msacksteder@fenwick.com Adam Michael Lewin | jbelichick@fenwick.com Fenwick and West LLP |
| 13 | (Cal. Bar No. 284905) alewin@fenwick.com | 801 California Street Mountain View, CA 94041 |
| 14 | Fenwick and West LLP 555 California Street, 12th Floor | Telephone: 650-988-8500 |
| 15 | San Francisco, CA 94104 Telephone: 415-875-2434 | |
| 16 | | |
| 17 | | Counsel for Defendant OSISOFT, LLC |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

RuyakCherian LLP
1936 University Avenue, Suite 350
Berkeley, CA 94704