Trevor V. Stockinger (Cal. Bar No. 226359)
tstockinger@kbslaw.com
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Avenue, Suite 690
Manhattan Beach, CA 90266
Telephone: 310-307-4555

Counsel for Defendant
OPERATION TECHNOLOGY, INC. d/b/a ETAP

[Additional Counsel Listed on Signature Pages]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC., d/b/a ETAP, OSISOFT LLC, and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | Case No. 8:16-cv-01955-JAK (FFMx)<br><br>**DISCOVERY MATTER**<br>**Before Hon. Frederick F. Mumm**<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Date:   June 13, 2017<br>Time:   10:00 a.m.<br>Courtroom:  580, 5th Floor<br>Judge:  Hon. Frederick F. Mumm<br><br>Discovery Cutoff: September 5, 2017<br>Pre-Trial Conf.: April 2, 2018<br>Trial Date: April 17, 2018 |

Pursuant to Civil Local Rule 79-5.2.2(b), Defendant Operation Technology, Inc. d/b/a ETAP ("ETAP") hereby applies for leave to file under seal certain documents produced in this case by Plaintiff Power Analytics Corporation ("Power Analytics") at its request.

Specifically, in the concurrently filed Notice and Motion to File Joint Stipulation Regarding ETAP's Motion to Compel the Production of Documents Responsive to ETAP's First and Second Sets of Requests for Production, ETAP is filing (1) the Declaration of Salumeh R. Loesch that attaches twenty-seven separate documents (Exs. A-Z1) of which Exhibit K is an excerpt of a document produced by Power Analytics under the protective order confidentiality designation "Confidential" which requires the document to be filed under seal; and (2) the Declaration of Amadou K. Diaw that attaches fourteen documents (Exs. A-N) of which Exhibits I, K, and N were produced by Power Analytics under the protective order confidentiality designations "Confidential" and "Highly Confidential – Attorney Eyes Only" which requires them to be filed under seal. Exhibit G to the Diaw Declaration, according to the Declaration of Amadou K. Diaw in Support of Defendants Application for Leave to File Under Seal, is "a confidential presentation regarding an application of EDSA software to a specific customer location."

Accordingly, ETAP hereby requests that the following documents be filed under seal:

1. Exhibit K to the Declaration of Salumeh R. Loesch in Support of ETAP's Notice and Motion to Compel.
2. Exhibit G to the Declaration of Amadou K. Diaw in Support of ETAP's Notice and Motion to Compel.
3. Exhibit I to the Declaration of Amadou K. Diaw in Support of ETAP's Notice and Motion to Compel.

1

| | | |
|---|---|---|
| 1 | 4. | Exhibit K to the Declaration of Amadou K. Diaw in Support of ETAP's Notice and Motion to Compel. |
| 2 | | |
| 3 | 5. | Exhibit N to the Declaration of Amadou K. Diaw in Support of ETAP's Notice and Motion to Compel. |
| 4 | | |

Dated: May 23, 2017          Respectfully submitted,

By: */s/Salumeh R. Loesch*
    Klaus H. Hamm (Cal. Bar No. 224905)
    klaus.hamm@klarquist.com
    Salumeh Loesch (*pro hac vice*)
    salumeh.loesch@klarquist.com
    Derrick W. Toddy (Cal. Bar No. 233174)
    derrick.toddy@klarquist.com
    John D. Vandenberg (*pro hac vice*)
    john.vandenberg@klarquist.com
    Garth A. Winn (*pro hac vice*)
    garth.winn@klarquist.com
    KLARQUIST SPARKMAN, LLP
    121 S.W. Salmon Street, Suite 1600
    Portland, OR 97204
    Telephone: 503-595-5300

    David W. Kesselman (Cal. Bar No. 203838)
    dkesselman@kbslaw.com
    Trevor V. Stockinger (Cal. Bar No. 226359)
    tstockinger@kbslaw.com
    KESSELMAN BRANTLY STOCKINGER LLP
    1230 Rosecrans Avenue, Suite 690
    Manhattan Beach, CA 90266
    Telephone: 310-307-4555

    Counsel for Defendant
    OPERATION TECHNOLOGY, INC.

# PROOF OF SERVICE

I am employed in the County of Multnomah, State of Oregon. I am over the age of 18 and not a party to the within action. My business address is 121 SW Salmon Street, Suite 1600, Portland, Oregon 97204.

On May 23, 2017, I served the foregoing document(s) described as:

**APPLICATION FOR LEAVE TO FILE UNDER SEAL;**

**DECLARATION OF AMADOU K. DIAW IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL;**

**EXHIBITS G, I, K, N TO THE DECLARATION OF AMADOU K. DIAW IN OPPOSITION TO ETAP'S NOTICE AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS; AND**

**EXHIBIT K TO THE DECLARATION OF SALUMEH R. LOESCH IN SUPPORT OF ETAP'S NOTICE AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS.**

on the interested parties to this action, by electronic mail to each addressee named below, as follows:

Robert F. Ruyak
Richard Ripley
Arthur Farrell
Amadou Kilkenny Diaw
Jacqueline M Lee
RUYAK CHERIAN LLP
1776 Eye Street NW, Suite 750
Washington, DC 20006
(202) 838-1560
robertr@ruyakcherian.com
rickr@ruyakcherian.com
tedf@ruyakcherian.com
amadoukd@ruyakcherian.com
jacquelinel@ruyakcherian.com

| | | |
|---|---|---|
| 1 | Korula Cherian | Don F Livornese |
| | RUYAKCHERIAN LLP | RuyakCherian LLP |
| 2 | 1936 University Avenue | 222 North Sepulveda Boulevard Suite 2000 |
| 3 | Suite 350 | El Segundo, CA 90245 |
| | Berkeley, CA 94704 | 310-586-7689 |
| 4 | (510) 944-0190 | donl@ruyakcherian.com |
| 5 | sunnyc@ruyakcherian.com | |

Attorneys for Plaintiff POWER ANALYTICS CORPORATION

Michael J Sacksteder  Joseph Stephen Belichick
Adam Michael Lewin  Fenwick and West LLP
Fenwick and West LLP  801 California Street
555 California Street, 12th Floor  Mountain View, CA 94041
San Francisco, CA 94104  650-988-8500
415.875-2434  jbelichick@fenwick.com
alewin@fenwick.com
msacksteder@fenwick.com

Attorneys for Defendant OSISOFT, LLC

Benjamin J Bradford  Joshua M Segal
Michael G Babbitt  Lee K Van Voorhis
Reginald J Hill  Jenner and Block LLP
Jenner and Block LLP  1099 New York Avenue NW Suite 900
353 North Clark Street  Washington, DC 20001
Chicago, IL 60611  202-639-6089
312-840-7224  jsegal@jenner.com
bbradford@jenner.com  lvanvoorhis@jenner.com
mbabbitt@jenner.com
rhill@jenner.com

Kirsten Hicks Spira
Michael P McNamara
Jenner and Block LLP
633 West Fifth Street Suite 3600
Los Angeles, CA 90071
213-239-5100
KSpira@jenner.com
mmcnamara@jenner.com

Attorneys for Defendant SCHNEIDER ELECTRIC USA INC.

2

☒ **BY COURT'S CM/ECF SYSTEM**: Pursuant to the Local Rule, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the registered CM/ECF users in this action to be served by the CM/ECF System.

☐ **BY ELECTRONIC MAIL:** I caused such documents to be transmitted via electronic mail to the offices of the addressee(s) at the listed electronic mail address(es).

☐ **BY U.S. MAIL**: I deposited such envelope in the mail at Portland, Oregon. The envelopes were mailed with postage thereon fully prepaid.

☒ Federal: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the offices of Klarquist Sparkman, LLP and Salumeh R. Loesch, at whose direction the service was made.

Marla Beier
Print Name                                     Signature

3