Trevor Stockinger
(Cal. Bar No. 226359)
tstockinger@kbslaw.com
KESSELMAN BRANTLY
 STOCKINGER LLP
1230 Rosecrans Avenue, Suite 690
Manhattan Beach, CA 90266
Telephone: 310-307-455

Counsel for Defendant
OPERATION TECHNOLOGY, INC.

Michael McNamara
(Cal. Bar No. 106,079)
MMcNamara@jenner.com
JENNER & BLOCK LLP
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Telephone: 213-239-5100

Counsel for Defendant
SCHNEIDER ELECTRIC USA, INC.

Don F. Livornese
(Cal. Bar No. 125,934)
donl@ruyakcherian.com
RUYAKCHERIAN LLP
222 N. Sepulveda Blvd, Suite 2000
El Segundo, CA 90245
Telephone: 310-586-7689

Counsel for Plaintiff
POWER ANALYTICS CORPORATION

Joseph Stephen Belichick
(Cal. Bar No. 229371)
jbelichick@fenwick.com
FENWICK AND WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500

Counsel for Defendant
OSISOFT, LLC

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC., d/b/a ETAP, OSISOFT LLC, and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | Case No. 8:16-cv-01955-JAK-FFM<br><br>**JOINT STIPULATION TO VACATE CERTAIN DATES IN THE SCHEDULING ORDER (ECF NO. 283)**<br><br>Discovery Cutoff: 1/15/2018<br>Pretrial Conference: 11/19/2018<br>Trial Date: 12/4/2018<br>Date Action Filed: 3/21/2016 |

Defendants Operation Technology, Inc. d/b/a ETAP, OSIsoft, LLC, and Schneider Electric USA, Inc. (collectively "Defendants"), and Plaintiff Power Analytics Corporation hereby jointly stipulate to request the Court to vacate certain dates in the scheduling order, ECF No. 283.

The parties filed a Joint Status Report on September 18, 2017, explaining that there are three motions pending before the Court (ECF Nos. 303, 304, 327), the resolution of which motions would impact the schedule. As a result, the parties agreed to meet-and-confer regarding modifications to the schedule. (*See* ECF No. 343.) The schedule also was raised during the October 2 hearing, and the Court agreed that, after the pending motions are decided, the parties would be "in a better position to evaluate scheduling." (Oct. 2, 2017 Hr'g Tr. at 71:23-24.). The Court directed the parties "within 14 days after you receive the Orders, you confer on scheduling issues, to the extent that there are scheduling issues that remain, and then prepare a joint report." (Oct. 2, 2017 Hr'g Tr. at 72:12-16.)

At this time with certain deadlines approaching, the parties think it is prudent to vacate the following dates until the Court rules on the pending motions:

January 15, 2018: Non-Expert Discovery Cut-Off

January 22, 2018: Initial Expert Disclosures

February 26, 2018: Rebuttal Expert Disclosures

The parties' agreement to vacate only certain case schedule dates at this time is without prejudice to requesting further changes to the current case schedule as necessary. Per the Court's instructions during the October 2, 2017 hearing, the parties will meet and confer, then file a joint status report addressing the entire schedule, including but not limited to the dates the parties now seek to vacate, within 14 days after the Court issues its Orders on the pending motions.

1

| | | |
|---|---|---|
| 1 | Dated November 29, 2017 | Respectfully submitted, |
| 2 | | |
| | | By: /s/*Salumeh R. Loesch* |
| 3 | David W. Kesselman | Klaus H. Hamm |
| | (Cal. Bar No. 203838) | (Cal. Bar No. 224905) |
| 4 | dkesselman@kbslaw.com | klaus.hamm@klarquist.com |
| | Trevor Stockinger | Sarah E. Jelsema *(pro hac vice)* |
| 5 | (Cal. Bar No. 226359) | sarah.jelsema@klarquist.com |
| | tstockinger@kbslaw.com | Salumeh Loesch *(pro hac vice)* |
| 6 | KESSELMAN BRANTLY | salumeh.loesch@klarquist.com |
| | STOCKINGER LLP | John D. Vandenberg *(pro hac vice)* |
| 7 | 1230 Rosecrans Avenue, Suite 690 | john.vandenberg@klarquist.com |
| | Manhattan Beach, CA 90266 | KLARQUIST SPARKMAN, LLP |
| 8 | Telephone: 310-307-4555 | 121 S.W. Salmon Street, Suite 1600 |
| | | Portland, Oregon 97204 |
| 9 | | Telephone: 503-595-5300 |
| 10 | | Counsel for Defendant |
| | | OPERATION TECHNOLOGY, INC. |
| 11 | | d/b/a ETAP |
| 12 | | |
| | | By: /s/*Benjamin J. Bradford* |
| 13 | Benjamin J. Bradford *(pro hac vice)* | Kirsten Hicks Spira |
| | bbradford@jenner.com | (Cal. Bar No. 119885) |
| 14 | Michael G. Babbit *(pro hac vice)* | KSpira@jenner.com |
| | mbabbit@jennder.com | Michael P McNamara |
| 15 | Reginald J Hill *(pro hac vice)* | (Cal. Bar No. 106079) |
| | rhill@jenner.com | mmcnamara@jenner.com |
| 16 | Lisa M. Schoedel *(pro hac vice)* | JENNER AND BLOCK LLP |
| | lschoedel@jenner.com | 633 West Fifth Street Suite 3600 |
| 17 | JENNER & BLOCK LLP | Los Angeles, CA 90071 |
| | 353 N. Clark Street | Telephone: 213-239-5100 |
| 18 | Chicago, IL 60654 | |
| | Telephone: 312-222-9350 | Joshua M. Segal *(pro hac vice)* |
| 19 | Facsimile: 312-527-0484 | jsegal@jenner.com |
| | | Lee K Van Voorhis *(pro hac vice)* |
| 20 | | lvanvoorhis@jenner.com |
| | | JENNER & BLOCK LLP |
| 21 | | 1099 New York Avenue, NW |
| | | Suite 900 |
| 22 | | Washington, DC 20001-4412 |
| | | Telephone: 202-639-6000 |
| 23 | | Facsimile: 202-639-6066 |
| 24 | | Counsel for Defendant |
| | | SCHNEIDER ELECTRIC USA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Michael J Sacksteder<br>(Cal. Bar No. 191605)<br>msacksteder@fenwick.com<br>Adam Michael Lewin<br>(Cal. Bar No. 284905)<br>alewin@fenwick.com<br>FENWICK AND WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415-875-2434 | By: /s/*Joseph S. Belichick*<br>Joseph Stephen Belichick<br>(Cal. Bar No. 229371)<br>jbelichick@fenwick.com<br>FENWICK AND WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650-988-8500<br><br>Counsel for Defendant OSISOFT, LLC |
| Robert F. Ruyak<br>Richard Ripley<br>Arthur Farrell<br>Amadou Kilkenny Diaw<br>Jacqueline M Lee<br>Brittany V. Ruyak<br>RUYAK CHERIAN LLP<br>1776 Eye Street NW, Suite 750<br>Washington, DC 20006<br>(202) 838-1560<br>robertr@ruyakcherian.com<br>rickr@ruyakcherian.com<br>tedf@ruyakcherian.com<br>amadoukd@ruyakcherian.com<br>jacquelinel@ruyakcherian.com<br>brittanyr@ruyakcherian.com<br><br>Korula Cherian<br>RUYAKCHERIAN LLP<br>1936 University Avenue<br>Suite 350<br>Berkeley, CA 94704<br>(510) 944-0190<br>sunnyc@ruyakcherian.com | By: /s/*Arthur Farrell*<br>Don F Livornese<br>RUYAKCHERIAN LLP<br>222 North Sepulveda Boulevard Suite 2000<br>El Segundo, CA 90245<br>310-586-7689<br>donl@ruyakcherian.com |

Counsel for Plaintiff POWER ANALYTICS CORPORATION

3

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), Salumeh R. Loesch attests that concurrence in the filing of this document has been obtained from Arthur Farrell, Benjamin J. Bradford and Joseph S. Belichick and that she is authorized to affix Mr. Farrell, Mr. Bradford, and Mr. Belichick's electronic signature to this document.

Dated November 29, 2017

By: /s/*Salumeh R. Loesch*
Salumeh R. Loesch