# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC. d/b/a ETAP; OSISOFT, LLC; and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | Case No. 8:16-CV-1955-JAK-FFM<br><br>**PARTIAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

On October 27, 2016, Plaintiff Power Analytics Corporation ("Power Analytics") brought this action asserting four causes of action for patent infringement (Counts I-IV) against Defendants Operation Technology Inc. d/b/a ETAP ("ETAP") and Schneider Electric USA, Inc. ("Schneider") and 11 non-patent causes of action (Counts V-XV) against ETAP, Schneider, and OSIsoft, LLC. All 15 of these claims were also pleaded in the operative Second Amended Complaint.

///

ETAP and Schneider brought a motion for summary judgment as to Counts I-IV, which was granted on July 11, 2017. Plaintiff's motion for reconsideration of that order was denied on December 7, 2017. Plaintiff alternatively moved for the entry of a partial judgment as to Counts I-IV. In the interests of justice, and in light of the legal and factual distinctions among the matters presented by Counts I-IV and Counts V-XV, Counts I-IV were severed and the request for the entry of partial judgment pursuant to Fed. R. Civ. P. 54(b) was granted.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED as follows:

1. Claims 1-42 of U.S. Patent No. 7,693,608 are invalid pursuant to 35 U.S.C. § 101;
2. Claims 1-23 and 25-26 of U.S. Patent No. 7,729,808 are invalid pursuant to 35 U.S.C. § 101;
3. Claims 1-21 of U.S. Patent No. 7,286,990 are invalid pursuant to 35 U.S.C. § 101;
4. Claims 1-29, 34-37, 39-40, 42-55, and 57 of U.S. Patent 7,840,395 are invalid pursuant to 35 U.S.C. § 101.
5. Judgment is entered in favor of ETAP and Schneider as the Defendants, and against Power Analytics, as the Plaintiff, solely as to Counts I-IV of the Second Amended Complaint. Plaintiff shall take nothing as to Counts I-IV.

IT IS SO ORDERED.

Dated: December 21, 2017

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE