NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC., d/b/a ETAP, OSISOFT LLC, and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | Case No. 8:16-cv-01955-JAK-FFM<br><br>**ORDER RE JOINT AMENDED STIPULATION REQUESTING MODIFICATION TO SCHEDULE** |

Having read and considered the Joint Amended Stipulation Regarding Modification to the Schedule filed by Plaintiff Power Analytics Corporation, ("Power Analytics"), and Defendants Operation Technology, Inc. d/b/a ETAP ("ETAP"), Schneider Electric USA, Inc. ("Schneider") and OSIsoft, LLC ("OSI"), the Court GRANTS IN PART the Stipulation and orders the schedule to be modified as follows:

1. **Leave to Amend**: The current December 21, 2017 deadline for Power Analytics to file an amended complaint is continued to January 11, 2018.

[

2. **Deadline to File Responsive Pleading**: The deadline for Defendants to file any responsive pleading is February 8, 2018. Should Defendants file a motion to dismiss the amended complaint, the hearing date shall be set in accordance with the Court's Open Motion Calendar. Counsel shall refer to the Court's Standing Order with respect to the briefing schedule for motions.

3. **Schedule**: The December 1, 2017 Scheduling Order (Dkt. 360) remains. Should the parties wish to confer and file a joint report regarding scheduling issues or an amendment to any dates, a stipulation and proposed order shall be filed setting forth the parties' respective and/or collective views, which shall include a basis or explanation for any request for a modification.

**IT IS SO ORDERED**.

Dated: December 28, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE