Michael P McNamara
(Cal. Bar No. 106079)
mmcnamara@jenner.com
Kirsten Hicks Spira
(Cal. Bar No. 119885)
KSpira@jenner.com
**JENNER & BLOCK LLP**
633 West Fifth Street Suite 3600
Los Angeles, CA 90071
Telephone: 213-239-5100

Reginald J Hill (*pro hac vice*)
rhill@jenner.com
Benjamin J. Bradford (*pro hac vice*)
bbradford@jenner.com
Lisa M. Schoedel (*pro hac vice*)
lschoedel@jenner.com
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Telephone: 312-222-9350

*Counsel for Defendant*
**SCHNEIDER ELECTRIC USA, INC.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC., d/b/a ETAP, OSISOFT LLC, and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | Case No. 8:16-cv-01955-JAK (FFMx)<br><br>**DECLARATION OF LISA M. SCHOEDEL** |

I, Lisa M. Schoedel, declare the following:

1. I am an attorney at the law firm of Jenner & Block LLP and counsel for Defendant Schneider Electric USA, Inc. ("Schneider") in this matter. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit A to Schneider's Joinder in ETAP's Motion for Attorney's Fees is a true and correct copy of Schneider's First Set of Requests for Production of Documents and Things to Plaintiff Power Analytics Corporation ("Plaintiff").

3. Attached as Exhibit B to Schneider's Joinder in ETAP's Motion for Attorney's Fees is a true and correct copy of excerpts from Plaintiff's S.P.R. 2.1 and 2.2 Disclosure of Asserted Claims and Infringement Contentions showing that Plaintiff alleged Schneider infringed claims 27-30, 32-49, and 51 of U.S. Patent No. 7,729,808.

4. Attached as Exhibit 1 to my declaration is Table 1 prepared in the format specified in Exhibit G of the Standing Orders for Civil Cases Assigned to Judge John A. Kronstadt.

5. Attached as Exhibit 2 to my declaration is Table 2 prepared in the format specified in Exhibit G of the Standing Orders for Civil Cases Assigned to Judge John A. Kronstadt.

6. Table 1 and Table 2 list a subset of the attorneys' fees paid by Schneider to defend against Plaintiff's patent claims. Table 1 and Table 2 only include the attorneys' fees for single-task time entries of the patent attorneys having primary responsibilities for responding to Plaintiff's patent claims.

7. Table 1 and Table 2 do not include attorneys' fees for time entries that included more than one task, *i.e.*, block billing.

8. Table 1 and Table 2 only include attorneys' fees for four tasks related to Plaintiff's patent claims. Task 1 is claim construction, Task 2 is discovery, Task 3 is invalidity based on prior art (35 U.S.C. §§ 102, 103), and Task 4 is summary judgment for non-patentable subject matter (35 U.S.C. § 101).

9. Table 1 and Table 2 do not include attorneys' fees for attorneys having primary responsibilities for responding to Plaintiff's antitrust and state law claims.

10. Table 1 and Table 2 do not include attorneys' fees for attorneys having primary responsibilities as local counsel.

11. Table 1 and Table 2 do not include attorneys' fees for attorneys not having primary responsibilities for responding to Plaintiff's patent claims.

12. Table 1 and Table 2 do not include fees for paralegal or other non-attorney time.

13. I reviewed a copy of "AIPLA's 2017 Report of the Economic Survey" dated June 2017. The hourly billing rates for partners Reginald J. Hill and Benjamin J. Bradford fall between the 25%-75% percentiles of average hourly billing rates in 2016 for intellectual property partners in the Los Angeles Consolidated Metropolitan Statistical Area ("CMSA").

14. Then associate Michael G. Babbitt's hourly billing rate is $42 above the third quartile (75%) of average hourly billing rates in 2016 for intellectual property associates in the Los Angeles CMSA. AIPLA had insufficient data to determine the 90th percentile for the Los Angeles or San Francisco CMSA, but Mr. Babbitt's hourly billing rate was less than the 90th percentile for "Other West," which includes the remaining areas of California and twelve other western states. Mr. Babbitt became a partner on January 1, 2017 and, like Messrs. Hill and Bradford, his hourly billing rate is between the 25%-75% percentiles of average hourly billing rates in 2016 for intellectual property partners.

15. I am a patent attorney with over 14 years of experience. While I am neither a partner nor an associate, my hourly billing rate is between the 25%-75% percentiles of average hourly billing rates in 2016 for intellectual property associates.

16. Schneider seeks a total of $581,133.15 for attorneys' fees incurred by Schneider to defend against Plaintiff's patent claim. Schneider's request is less than 30% of the fees that it has expended in this matter.

*   *   *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 14, 2018 in Chicago, Illinois.

                                       /s/ Lisa M. Schoedel
                                           Lisa M. Schoedel

# EXHIBIT 1

Exhibit 1
Declaration of Lisa M. Schoedel
No. 8:16-CV-1955-JAK-FFM

**Table 1**

### Task 1 - Claim Construction

| Attorney* | Rate Per Hour | Hours | Fee |
|---|---|---|---|
| Reginald Hill (Partner) | $679.50 | 16.7 | $11,347.65 |
| Reginald Hill (Partner) | $742.50 | 27.5 | $20,418.75 |
| Bejamin J. Bradford (Partner) | $612.00 | 92.5 | $56,610.00 |
| Bejamin J. Bradford (Partner) | $666.00 | 17 | $11,322.00 |
| Lisa M. Schoedel (Litigation Counsel) | $369.00 | 72.8 | $26,863.20 |
| Lisa M. Schoedel (Litigation Counsel) | $409.50 | 3.3 | $1,351.35 |
| **Fee Request for Task 1** | | **229.8** | **$127,912.95** |

### Task 2 - Discovery

| Attorney | Rate Per Hour | Hours | Fee |
|---|---|---|---|
| Reginald Hill (Partner) | $679.50 | 5.4 | $3,669.30 |
| Reginald Hill (Partner) | $742.50 | 42.8 | $31,779.00 |
| Bejamin J. Bradford (Partner) | $612.00 | 63.6 | $38,923.20 |
| Bejamin J. Bradford (Partner) | $666.00 | 159.3 | $106,093.80 |
| Michael G. Babbitt (Associate) | $567.00 | 1.7 | $963.90 |
| Lisa M. Schoedel (Litigation Counsel) | $369.00 | 54 | $19,926.00 |
| Lisa M. Schoedel (Litigation Counsel) | $409.50 | 405.8 | $166,175.10 |
| **Fee Request for Task 2** | | **732.6** | **$367,530.30** |

### Task 3 - Invalidity

| Attorney | Rate Per Hour | Hours | Fee |
|---|---|---|---|
| Bejamin J. Bradford (Partner) | $612.00 | 17.2 | $10,526.40 |
| Michael G. Babbitt (Associate) | $567.00 | 65.3 | $37,025.10 |
| **Fee Request for Task 3** | | **82.5** | **$47,551.50** |

### Task 4 - Summary Judgment

| Attorney | Rate Per Hour | Hours | Fee |
|---|---|---|---|
| Reginald Hill (Partner) | $679.50 | 17.1 | $11,619.45 |
| Reginald Hill (Partner) | $742.50 | 19.9 | $14,775.75 |
| Bejamin J. Bradford (Partner) | $612.00 | 5.8 | $3,549.60 |
| Bejamin J. Bradford (Partner) | $666.00 | 10.6 | $7,059.60 |
| Michael G. Babbitt (Associate) | $567.00 | 2 | $1,134.00 |
| **Fee Request for Task 4** | | **55.4** | **$38,138.40** |

| | | **Total** | **$581,133.15** |
|---|---|---|---|

*First rate is 2016 billing rate and second rate is 2017 billing rate for attorneys listed twice.

# EXHIBIT 2

Exhibit 2
Declaration of Lisa M. Schoedel
No. 8:16-CV-1955-JAK-FFM

| Table 2 | | | | | |
|---|---|---|---|---|---|
| **Attorney*** | **Rate** | **Hours by Task** | | **Totals** | |
| Reginald J. Hill (Partner) | 679.5 | Task | Total Hours Spent by Attorney on Task | Hours: | 39.2 |
| | | | | Amount: $ | $26,636.40 |
| | | Claim Construction | 16.7 | | |
| | | Discovery | 5.4 | | |
| | | Summary Judgment | 17.1 | | |
| Reginald J. Hill (Partner) | 742.5 | Task | Total Hours Spent by Attorney on Task | Hours: | 90.2 |
| | | | | Amount: $ | $66,973.50 |
| | | Claim Construction | 27.5 | | |
| | | Discovery | 42.8 | | |
| | | Summary Judgment | 19.9 | | |
| Benjamin J. Bradford (Partner) | 612 | Task | Total Hours Spent by Attorney on Task | Hours: | 179.1 |
| | | | | Amount: $ | $109,609.20 |
| | | Claim Construction | 92.5 | | |
| | | Discovery | 63.6 | | |
| | | Invalidity | 17.2 | | |
| | | Summary Judgment | 5.8 | | |
| Benjamin J. Bradford (Partner) | 666 | Task | Total Hours Spent by Attorney on Task | Hours: | 186.9 |
| | | | | Amount: $ | $124,475.40 |
| | | Claim Construction | 17 | | |
| | | Discovery | 159.3 | | |
| | | Summary Judgment | 10.6 | | |
| Michael G. Babbitt (Associate) | 567 | Task | Total Hours Spent by Attorney on Task | Hours: | 69 |
| | | | | Amount: $ | $39,123.00 |
| | | Discovery | 1.7 | | |
| | | Invalidity | 65.3 | | |
| | | Summary Judgment | 2 | | |
| Lisa M. Schoedel (Litigation Counsel) | 369 | Task | Total Hours Spent by Attorney on Task | Hours: | 126.8 |
| | | | | Amount: $ | $46,789.20 |
| | | Claim Construction | 72.8 | | |
| | | Discovery | 54 | | |
| Lisa M. Schoedel (Litigation Counsel) | 409.5 | Task | Total Hours Spent by Attorney on Task | Hours: | 409.1 |
| | | | | Amount: $ | $167,526.45 |
| | | Claim Construction | 3.3 | | |
| | | Discovery | 405.8 | | |

**Grand Total     $581,133.15**

*First rate is 2016 billing rate and second rate is 2017 billing rate for attorneys listed twice.