# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Power Analytics Corporation

V.

Case Number: 8:16-CV-1955-JAK-FFM

Operation Technology, Inc. d/b/a ETAP; ...

Judgment was entered in this action on __12/22/2017__ / __369__ against __Power Analytics Corporation__.
                                                             Date       Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount | Original |
|---|---|---|
| Filing fees: see L.R. 54-3.1 | | |
| Fees for service of process: see L.R. 54-3.2 | | |
| United States Marshal's fees: see L.R. 54-3.3 | | |
| Reporter's transcripts: see L.R. 54-3.4 | | |
| Depositions: see L.R. 54-3.5 | | |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | | |
| Docket fees: see L.R. 54-3.8 | | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 **(- $130,642.50. Non-specific documentation. Also, L.R. 54-3.10, "..necessarily filed and served.")** | **$0.00** | ~~$130,642.50~~ |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | | |
| Other Costs: see L.R. 54-3.12 (attach court order) | | |
| State Court costs: see L.R. 54-3.13 | | |
| Costs on appeal: see L.R. 54-4 | | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | | |
| **TOTAL** | **$0.00** | ~~$130,642.50~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

/s/ Benjamin J. Bradford        Benjamin J. Bradford
Signature        Print Name

Attorney for: Schneider Electric USA, Inc.

Costs are taxed in the amount of __$0.00__

**Kiry K. Gray**     By:    **J. Roper**     **7/17/2018**
Clerk of Court        Deputy Clerk        Date