# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC., d/b/a ETAP, OSISOFT LLC, and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | Case No. 8:16-cv-01955-JAK-FFM<br><br>**JUDGMENT**<br><br>**JS-6** |

IT IS ORDERED, ADJUDGED, and DECREED as follows:

    1.    The Third Amended Complaint of Power Analytics Corporation is dismissed WITH PREJUDICE.

    2.    Final Judgment is entered in favor of Defendants on Counts I-VIII of the Third Amended Complaint of Power Analytics Corporation.

3. This Order and the December 21, 2017 Judgment on the patent claims of the Second Amended Complaint resolve all claims that Plaintiff asserts in this action. Therefore, the Clerk is directed to close this action.

IT IS SO ORDERED.

Dated: September 7, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE